ORIGINAL

FILED
AUG 1 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BLR GROUP OF AMERICA, INC.,** | ) | |
| **1701 River Run, Suite 750,** **Fort Worth, Texas 76107-6553** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No:** 07-579 C |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant.** | ) | |

**RCFC 7.1 DISCLOSURE STATEMENT**

COMES NOW Plaintiff BLR Group of America, Inc., by and through its undersigned attorneys, and pursuant to Rule 7.1(a) of the Court of Federal Claims, states that it has no parent corporation, and that no publicly held corporation owns ten percent (10%) or more of its stock.

Respectfully submitted,

Timothy F. Noelker
(Counsel of Record)
Linda L. Shapiro
Ryan K. Manger
Mary Catherine Hodes

THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000

GREENSFELDER, HEMKER & GALE, P.C.
Thomas F. Hennessy, III, #01190156
12 Wolf Creek, Suite 100
Swansea, IL 62226
618-257-7308
FAX 618 257-7353

Attorneys for BLR Group of America, Inc.