# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | * |
| **BLR GROUP OF AMERICA, INC.** | * |
| **Plaintiff,** | * **No. 07-579C** |
| **v.** | * **Filed: September 10, 2007** |
| **UNITED STATES,** | * **cc: Chief Judge Damich** |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * | * |

**O R D E R**

The above-captioned case is a participating case in the United States Court of Federal Claims' Alternative Dispute Resolution (ADR) Automatic Referral Program and the undersigned is the ADR judge assigned to this case.

Therefore, the court, hereby, **SCHEDULES** an ADR meeting with the parties on **Tuesday, October 2, 2007, 2:30 p.m. E.S.T.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (314) 552-6000 and defendant's counsel at (202) 616-0302. The parties should be prepared to discuss the possibility of resolving all or part of the above-captioned case via alternative means.

Pursuant to the Second Amended General Order No. 44, the parties shall execute and submit an ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **Friday, September 28, 2007 at 12:00 p.m.** via facsimile no. (202) 357-6586. An example of the ADR Confidentiality Agreement is attached to General Order No. 44, and is located on the court's internet website at: http://www.uscfc.uscourts.gov/adr.htm. A copy of this order is being provided to the presiding judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**