IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLR GROUP OF AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-579C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of this Court, defendant, the United States, respectfully requests a 30-day enlargement of time within which to respond to the complaint of plaintiff, BLR Group of America, Inc. ("BLR"). Currently, our response is due on October 1, 2007. The extension would bring the date for responding to plaintiff's complaint to October 31, 2007. This is the defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has indicated that plaintiff is not opposed to this motion.

This 30-day request for enlargement is necessitated by the fact that Government counsel has received neither a litigation report nor draft response to plaintiff's complaint from the agency. According to agency counsel, agency personnel work and travel schedules prevented the agency from providing the Department of Justice with its litigation report and/or draft response. Because a litigation report and/or draft response to plaintiff's complaint is essential for formulating a response to plaintiff's claims, counsel for the Government has been unable to devote meaningful time to this case.

The additional time requested is necessary to enable the agency to provide the undersigned trial counsel with the materials, to enable the undersigned trial counsel to review the

agency's materials, coordinate the contents of our response with agency counsel, prepare a response, and to obtain the necessary internal approval.

The additional time requested by this motion also takes into account the undersigned trial counsel's work schedule, which has included over the last month and will include over the next month, briefing in the bid protest, RKR Joint Venture, Inc. v. United States, No. 07-630C, settlement negotiations in Croman Corp. v. United States, Nos. 98-405C and 01-40C, and numerous responsibilities in Adams v. United States, No. 90-162C..

For these reasons, defendant respectfully requests that the Court grant defendant's unopposed motion for an enlargement of time of 30 days, through and including October 31, 2007, within which to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes

TODD M. HUGHES
Deputy Director

/s/ William P. Rayel

WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0302
Facsimile: (202) 307-0972

September 24, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on September 24, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William P. Rayel
William P. Rayel