# In the United States Court of Federal Claims

| | |
|---|---|
| **BLR GROUP OF AMERICA, INC.,** | |
| **Plaintiff,** | **No. 07-579C** |
| **v.** | **Filed: October 2, 2007** |
| **UNITED STATES,** | **cc: Chief Judge Damich** |
| **Defendant.** | |

**O R D E R**

The court held an ADR Conference in the above-captioned case on October 2, 2007. The plaintiff expressed interest in ADR. The defendant indicated that additional time to review the case and to consult would be useful. The court, therefore, **SCHEDULES** another ADR Conference with the parties for **Monday, October 22, 2007, 12:30 p.m. EDT**. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (314) 552-6000, and defendant's counsel and agency counsel at (202) 616-0302. The parties should be prepared to discuss the possibility of resolving all or part of the above-captioned case via alternative means. A copy of this order is being provided to the Presiding Judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**