# In the United States Court of Federal Claims

BLR GROUP OF AMERICA, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 07-579C
Filed: October 22, 2007
cc: Chief Judge Damich

## O R D E R

The court held an ADR Conference in the above-captioned case on October 22, 2007. During the conference, the parties committed to discuss resolving the case short of litigation. To report on the results of their efforts in this regard, the parties shall file a joint status report on or before **Tuesday, November 13, 2007**. A copy of this order is being provided to the Presiding Judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**