IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLR GROUP OF AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-579C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of this Court, defendant, the United States, respectfully requests a 14-day enlargement of time within which to respond to the complaint of plaintiff, BLR Group of America, Inc. ("BLR"). Currently, our response is due on October 31, 2007. The extension would bring the date for responding to plaintiff's complaint to November 14, 2007. This is the defendant's second request for an enlargement of time for this purpose. Counsel for plaintiff has indicated that plaintiff is not opposed to this motion.

This 14-day request for enlargement is necessitated so that the parties may discuss possibilities of resolving this action through settlement. Additionally, if the parties are unable to resolve this action through settlement, the Government anticipates filing a motion to dismiss regarding the issue of whether this Court has jurisdiction to entertain challenges to contractors' performance evaluations. The Court is examining this issue in another case, Todd Construction v. United States, Fed. Cl. No. 07-324C (C.J. Damich), where briefing was completed upon the Government's motion to dismiss on October 12, 2007. Since Todd Construction is before the same presiding judge as this case, it would serve judicial economy for the Court to issue a decision in Todd Construction before this the parties brief a motion to dismiss in this case. If the Government's motion to dismiss in Todd Construction is decided before a Government motion

to dismiss is decided in this case, then, regardless of the outcome of Todd Construction, the major issue to be decided regarding any motion to dismiss in this case would be whether the Todd Construction decision is squarely on point or distinguishable from the instant case. The Court should have the benefit of full briefing upon this issue. This enlargement would make it more likely that the Court would rule upon the Government's motion to dismiss in Todd Construction before the Government files a motion to dismiss in this case.

For these reasons, defendant respectfully requests that the Court grant defendant's unopposed motion for an enlargement of time of 14 days, through and including November 14, 2007, within which to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes

TODD M. HUGHES
Deputy Director

/s/ William P. Rayel

WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0302
Facsimile: (202) 307-0972

October 23, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on October 23, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ William P. Rayel
William P. Rayel