IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLR GROUP OF AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-579C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ADR STATUS REPORT ON BEHALF OF THE PARTIES

Pursuant to the Court's order of October 22, 2007, defendant respectfully provides the following alternative dispute resolution ("ADR") status report on behalf of the parties. Counsel has discussed this report with plaintiff's counsel.

The parties have discussed the possibility of settlement but have not reached a settlement. Defendant intends to file its motion to dismiss for lack of subject matter jurisdiction on or before its due date, November 14, 2007. While defendant's motion to dismiss is pending, it does not intend to discuss settlement further, and thus, the parties do not believe ADR proceedings will aid in the resolution of this action at this time.

If defendant's motion to dismiss is denied, the parties respectfully suggest that they file an ADR status report within 30 days after a decision denying the motion to dismiss is issued, indicating whether they are willing to engage in any form of ADR to attempt to resolve this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes

TODD M. HUGHES
Deputy Director

/s/ William P. Rayel

WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0302
Facsimile: (202) 307-0972

November 13, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 13th day of November, 2007, a copy of the foregoing "DEFENDANT'S ADR STATUS REPORT ON BEHALF OF THE PARTIES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ William P. Rayel