# CONTRACTOR PERFORMANCE ASSESSMENT REPORTING SYSTEM (CPARS) POLICY GUIDE

## DEPARTMENT OF DEFENSE

## June 2007

PENGAD 800-631-6989
EXHIBIT
A

# CONTRACTOR PERFORMANCE ASSESSMENT REPORTING SYSTEM (CPARS)

The Federal Acquisition Regulation (FAR) requires that contractor performance information be collected (FAR Part 42) and used in source selection evaluations (FAR Part 15). In October 2004, the Department of Defense (DoD) Business Transformation Agency (BTA) was established to manage DoD's e-business enterprise solutions, including the Contractor Performance Assessment Reporting System (CPARS). The CPARS process establishes procedures for the collection and use of PPI for the business sector contracts listed in Table 1. CPARS-generated PPI is one of the tools used to communicate contractor strengths and weaknesses to source selection officials and Contracting Officers. Communication between the Government and contractor during the performance period is encouraged. The contractor performance evaluation contained in the CPARS is a method of *recording* contractor performance and should not be the sole method for *reporting* it to the contractor. CPARS should be an objective report of the performance during a period against the contract requirements. Usage of the automated CPARS collection capability is aimed at reducing reliance on paper, improving the business process, and being more efficient. This is one of several initiatives DoD has deployed to meet the Federal Government paperless contracting mandates. On December 17, 2004, the DoD Acquisition Technology and Logistics Defense Procurement and Acquisition Policy office designated CPARS as the Department's solution for collecting contractor performance information. CPARS collects contractor performance information and passes it to the Federal Past Performance Information Retrieval System (PPIRS) where it can be retrieved by Federal Government Agencies including the DoD Services. The CPARS Automated Information System (AIS) collection tool and other CPARS information can be accessed at http://cpars.navy.mil/. For additional assistance, contact the Customer Support Desk at Voice Phone: (603) 431-9460 extension 486 or DSN: 684-1690 extension 486 or through mailto:webptsmh@navy.mil.

All CPARS information is treated as "For Official Use Only/Source Selection Information in accordance with FAR 2.101 and 3.104" and the *DoD Guide to Collection and Use of Past Performance Information.* A CPAR is source selection information because it is in constant use to support ongoing source selections and contains sensitive data concerning a contractor and its performance. A Contractor Performance Assessment Report (CPAR) has the unique characteristic of always being pre-decisional in nature. Distribution of CPARs among activities will be made solely through use of DoD's PPIRS at http://www.ppirs.gov/. Access to the CPARS AIS and other performance information will be restricted to those individuals with an official need to know.

**SECTION A – POLICY** ........ **1**

1.0 INTRODUCTION ........ 1
1.1 BACKGROUND ........ 1
1.2 PURPOSE ........ 1
1.3 RESPONSIBILITY FOR COMPLETING CPARS ........ 1
1.4 RESPONSIBILITY FOR COMPLETING CPARS THAT HAVE CONTRACT PERFORMANCE AT MULTIPLE SITES ........ 2
1.5 USES OF SUMMARY CPAR DATA ........ 2
1.6 SUCCESSOR-IN-INTEREST/CHANGE-OF-NAME/NOVATION ........ 2
1.7 AIR FORCE CPAR REQUIREMENTS FOR PROGRAM EXECUTIVE OFFICER (PEO) PROGRAMS ... 2

**SECTION B - APPLICABILITY AND SCOPE** ........ **3**

2.0 BUSINESS SECTORS AND THRESHOLDS ........ 3
2.1 CPARS FOR INDEFINITE-DELIVERY-INDEFINITE-QUANTITY (IDIQ) CONTRACTS, BASIC ORDERING AGREEMENTS (BOAS) AND BLANKET PURCHASE AGREEMENTS (BPAS) ........ 3
*2.1.1 CPARs for Orders Under Federal Supply Schedules ........ 3*
2.2 JOINT VENTURES ........ 4
2.3 CLASSIFIED AND SPECIAL ACCESS PROGRAMS (SAPS) ........ 4
2.4 SECTION 8(A) DIRECT AWARDS ........ 4
2.5 AWARDS UNDER THE RANDOLPH-SHEPPARD ACT (RSA) TO A STATE LICENSING AGENCY (SLA) ........ 4
2.6 AWARDS TO THE CANADIAN COMMERCIAL CORPORATION (CCC) ........ 5
2.7 UNDEFINITIZED CONTRACTUAL ACTIONS (UCAS) ........ 5
2.8 SUBCONTRACTOR ASSESSMENTS ........ 5

**SECTION C – RESPONSIBILITIES ASSIGNED** ........ **5**

3.0 RESPONSIBILITIES ........ 5
3.1 MILITARY SERVICES AND OTHER DEFENSE AGENCIES (ODAS) ........ 5
3.2 SERVICE/AGENCY POINT OF CONTACT ........ 6
3.3 SENIOR COMMAND OFFICIAL ........ 6
3.4 REQUIRING ACTIVITY ........ 6
3.5 CPARS ROLES AND RESPONSIBILITIES ........ 7
*3.5.1 Activity CPARS Focal Point ........ 7*
*3.5.2 AO Representative (AOR) ........ 7*
*3.5.3 Assessing Official (AO) ........ 8*
*3.5.4 Designated Contractor Representative ........ 8*
*3.5.5 Reviewing Official (RO) ........ 9*

**SECTION D – FREQUENCY AND TYPES OF REPORTS** ........ **11**

4.0 FREQUENCY OF REPORTING ........ 11
4.1 INITIAL REPORTS ........ 11
4.2 INTERMEDIATE REPORTS ........ 11
4.3 FINAL REPORT ........ 11
4.4 OUT-OF-CYCLE REPORTS ........ 11
4.5 ADDENDUM REPORTS ........ 12

**SECTION E – ADMINISTRATIVE INFORMATION** ........ **12**

5.0 RECORDS RETENTION AND DISPOSITION ........ 12

5.1 CPAR MARKINGS AND PROTECTION ..... 12
*5.1.1 Internal Government Protection* ..... *12*
*5.1.2 External Government Protection* ..... *12*
5.2 FREEDOM OF INFORMATION ACT (FOIA) ..... 13
5.3 USE OF CPARS IN SOURCE SELECTION ..... 13
5.4 CPAR FORMAT ..... 13
5.5 LICENSE EXEMPTION ..... 13

**SECTION F - REFERENCES ..... 13**

6.0 DEPARTMENT OF DEFENSE (DOD) "GUIDE TO COLLECTION AND USE OF PAST PERFORMANCE INFORMATION, MAY 2003" ..... 13
6.1 USD (AT) MEMORANDUM DATED 20 NOVEMBER 1997, "COLLECTION OF PAST PERFORMANCE INFORMATION IN THE DEPARTMENT OF DEFENSE" ..... 13
6.2 USD (AT) DP MEMORANDUM DATED 29 JANUARY 1999, "CLASS DEVIATION — PAST PERFORMANCE" ..... 13
6.3 OSD MEMO DENOTING CPARS AS THE DOD ENTERPRISE SOLUTION ..... 13

**ATTACHMENT 1: BUSINESS SECTORS ..... A1-1**

**ATTACHMENT 2: EVALUATION RATING DEFINITIONS ..... A2-1**

**ATTACHMENT 3: INSTRUCTIONS FOR COMPLETING A SYSTEMS OR SHIP REPAIR AND OVERHAUL CPAR ..... A3-1**

**ATTACHMENT 4: INSTRUCTIONS FOR COMPLETING A SERVICES, INFORMATION TECHNOLOGY, OR OPERATIONS SUPPORT CPAR ..... A4-1**

**ATTACHMENT 5: LIST OF ACRONYMS ..... A5-1**

**ATTACHMENT 6: CPARS FEATURES ..... A6-1**

**ATTACHMENT 7: AIR FORCE SUPPLEMENT ..... A7-1**

**Section A – Policy**

## 1.0 Introduction

This document sets policy, assigns responsibilities and provides procedures for systematically assessing contractor performance as required by Federal Acquisition Regulation (FAR) Part 42.

## 1.1 Background

The Contractor Performance Assessment Reporting System (CPARS) is a paperless contracting initiative directed by DoD. Use of the CPARS Automated Information System (AIS) for the thresholds found in Table 1 is mandatory as it ensures that evaluations will be entered into the CPARS database to provide a centralized data repository of contractor performance information. Paper copies of the evaluations are to be used only for classified and special access programs. The automated CPARS must be used for all other evaluations meeting the criteria in Table 1.

## 1.2 Purpose

The primary purpose of the CPARS is to ensure that accurate data on contractor performance is current and available for use in source selections through the Past Performance Informational Retrieval System (PPIRS). Performance assessments will be used as a resource in awarding best value contracts and orders to contractors that consistently provide quality, on-time products and services that conform to contractual requirements. CPARS can be used to effectively communicate contractor strengths and weaknesses to source selection officials. Senior DoD and contractor officials may also use the information derived from the CPARS for other management purposes consistent with DoD guidance and policy.

The CPAR assesses a contractor's performance and provides a record, both positive and negative, on a given contract during a specified period of time. Each assessment must be based on objective data (or measurable, subjective data when objective data is not available) supportable by program[1] and contract management data, such as cost performance reports, customer comments, quality reviews, technical interchange meetings, production management reviews, contractor operations reviews, functional performance evaluations, earned contract incentives, award fee determinations, quality assurance evaluations, etc. Subjective assessments concerning the cause or ramifications of the contractor's performance may be provided, however, speculation or conjecture must not be included. Attachments 3 and 4 to this document contain the specific areas to be evaluated for the identified business sectors. A ***best practice*** is to include performance expectations in the Government and contractor's initial post-award meeting.

## 1.3 Responsibility for Completing CPARs

[1] Throughout this document, whenever "program" is used, it means the program, project, or task/delivery order for which the procurement was made.

Responsibility for completing quality CPARs in a timely manner rests with the Assessing Official (AO), who may be a Program Manager (PM), or the equivalent individual responsible for program, project, or task/job/delivery order execution. It may also mean the Performance Evaluator, Quality Assurance Evaluator, Requirements Indicator, or Contracting Officer's Representative (COR). For Air Force policy, see paragraph A7.1.

The value of CPARs to a future source selection team is inextricably linked to the care the AO takes in preparing a quality and timely narrative to accompany the CPAR ratings. It is of the utmost importance that the AO submits a rating consistent with the definitions of each rating (Attachment 2) and thoroughly describes the circumstances surrounding a rating.

The CPARS process is designed with a series of checks-and-balances to facilitate the objective and consistent evaluation of contractor performance. Both Government and contractor perspectives are captured on the CPAR form. The opportunity to review/comment on the CPAR by the designated Government and contractor personnel together makes a complete CPAR.

### 1.4 Responsibility for Completing CPARs that have Contract Performance at Multiple Sites

In the event there are multiple assessments on one contract due to geographically separated units, the AO of the office or unit with the preponderance of the effort (based on largest dollar value) on the contract will consolidate the multiple assessments and provide a consensus evaluation and rating of the performance prior to forwarding to the contractor.

### 1.5 Uses of Summary CPAR Data

Summary data from the CPARS database or from the reports themselves may be used to measure the status of industry performance and support continuous process improvement. Further analysis of data from the CPARS database may be accomplished by the CPAR Focal Point for internal Government use but is not authorized for release outside the Government.

### 1.6 Successor-in-Interest/Change-of-Name/Novation

See FAR 42.12 for guidance in these circumstances since the Dun & Bradstreet Universal Numbering System (DUNS), Commercial and Government Entity (CAGE) codes and contractor names may be affected in the CPARS. The AO of each contract affected by any such changes is ultimately responsible for ensuring that the contract information in the CPARS is current and correct.

### 1.7 Air Force CPAR Requirements for Program Executive Officer (PEO) Programs