BLR
GROUP

750 River Plaza
1701 River Run
Fort Worth, Texas 76107
USA

phone 817 870 4700
fax 817 870 4706
www.BLRGroup.com

November 27, 2006

Department of the Air Force
AMC Contracting Flight
Attn: Nancy Kreke, Contract Officer
AMC Specialized Contracting Branch
507 Symington Dr., Room W202
Scott AFB, IL 62225-5015
Via: e-mail and Fax: 1-618-256-3091

Dear Ms. Kreke,

This letter is sent in response to your e-mail dated November 21, 2006 regarding the CPARS Assessment of BLR Group of America, Inc. under Contract No. FA4452-06-C-0003.

Your e-mail states that the CPARS process is designed to fairly evaluate our performance under this specific contract. We have reviewed the CPARS assessment of BLR Group's performance and believe that a fair evaluation did not occur in this instance.

Accordingly, please accept this as BLR Group's written request for a meeting to discuss BLR Group's CPARS assessment, in accordance with the third to last paragraph of your November 21, 2006 email. We ask that the meeting occur no later than Thursday, December 7, 2006 so that we may be better informed and have ample time to respond to the CPARS assessment before expiration of the 30-day period allotted for our response. In that regard, I respectfully request that you send me, via e-mail, some suggested times and dates for the meeting, as well as a list of the individuals who you expect will be attending for the government.

S. A

Amar S. Murthy, President

EXHIBIT
B
PENGAD 800-631-6989