---

**From:** Shapiro, Linda
**Sent:** Wednesday, March 07, 2007 4:19 PM
**To:** 'Eric.Hassenplug@scott.af.mil'
**Subject:** FW: The PPIRS version of the CPAR
**Attachments:** PPIRS Version.pdf

Eric,

You will notice that the above version of the CPAR for BLR Group repeats all of the AO's comments at the beginning of the "Contractor's Comment" section.

Please remove this duplication at your very earliest convenience. Also, I would appreciate hearing from you when this is completed.

Thanks much.

**Linda L. Shapiro**
**Thompson Coburn LLP**
One US Bank Plaza
St. Louis, MO 63101

314-552-6107 (direct)
314-552-7107 (direct fax)
314-602-6107 (mobile)
lshapiro@thompsoncoburn.com
www.thompsoncoburn.com

PENGAD 800-631-6989
EXHIBIT
C