**Subject:** FW: [Fwd: CPARS Notification]

-------- Original Message --------
Subject: CPARS Notification
Date: Tue, 21 Nov 2006 10:22:50 -0500
From: Administrator <webptsmh@navy.mil> <mailto:webptsmh@navy.mil>
To: Amar@BLRGroup.com <Amar@BLRGroup.com> <mailto:Amar@BLRGroup.com>
CC: nancy.kreke@scott.af.mil <nancy.kreke@scott.af.mil> <mailto:nancy.kreke@scott.af.mil>

--------------------------------
11/21/2006 10:22:50
--------------------------------
CPARS NOTIFICATION
http://cpars.navy.mil
--------------------------------
Sent By/Respond To: nancy.kreke@scott.af.mil
AMAR MURPHY
Contractor
1701 River Run, Suite 750
Fort Worth, TX 76107

SUBJECT: CPARS assessment for CONTRACT FA445206C0003

Dear AMAR MURPHY:

Good performance by Federal contractors is essential. The Federal Acquisition Regulation requires all Federal agencies to collect past performance information on contracts. CPARS has been implemented to comply with this regulation and to ensure that source selection officials have a detailed assessment of contractors' past performance. We have performed an evaluation of your company's work on contract FA445206C0003 for the period 04/14/2006 through 09/30/2006.

Your CPARS assessment is accessible on the Internet at: http://cpars.navy.mil. You are encouraged to review the assessment, provide comments, and indicate your concurrence/non-concurrence with the Government's review. Comments are limited to the space provided (approximately 3 typed pages) and should focus on objective facts in the Government's narrative as well as providing your views on the causes and ramifications of the assessed performance. Your response is due back to our office within 30 calendar days after receipt of this notification.

If you do not sign and return the assessment within thirty (30) calendar days after receipt of this notification, the Government will have the option to annotate the assessment as follows and continue processing the assessment: 'The report was delivered/received by the contractor on 11/21/2006. The contractor neither signed nor offered comment in response to this assessment.' Also, partially completed comments that are not signed and returned to the Government shall be removed from the CPARS assessment.

The following guidelines apply concerning your use of the CPARS assessment:

a. Protect the CPARS assessment as 'source selection information.' After review, transmit the CPARS assessment back to our office by completing and submitting the form through the automated information system. If for some reason you are unable to view and/or submit the form through the automated system, contact the focal point for instructions. The focal point for AMC SCOTT AFB IL is ELAINE F FIX, who can be reached at 618.256.9985.

b. Strictly control access to the CPARS assessment within your organization. Ensure it is never released to persons or entities outside of your control.

c. Prohibit the use of or reference to CPARS assessment data for advertising, promotional material, pre-award surveys, production readiness reviews, or other similar purposes.



PENGAD 800-631-6989
EXHIBIT
D

If you desire a meeting to discuss this CPARS assessment, it should be requested in writing no later than seven days following your receipt of this notification. A meeting will then be held during your 30-day review period.

A copy of this CPARS assessment will be available through the automated system once it is completed by the Government. You will receive an automated email notification at the time of completion.

The CPARS process is designed to fairly evaluate your performance under this specific contract. The guidelines used to prepare this CPARS assessment are available on the Internet at the website provided above. If you have any questions, feel free to contact me at 618-256-9963 or nancy.kreke@scott.af.mil.

Sincerely,

NANCY KREKE

ASSESSING OFFICIAL

--

Sincerely,
Amar S. Murthy, President
<http://www.BLRGroup.com/>
+1 (817) 870-4700 (Tel)
+1 (817) 726-5500 (Mobile)
+1 (817) 870-4706 (Fax)
Innovative Solutions To Manage Flight Operations