# In the United States Court of Federal Claims

**No. 07-579 C**
**Filed: March 3, 2008**

BLR GROUP OF AMERICA, INC.

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge Margaret M. Sweeney**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

s/ John Buckley
Acting Clerk