# ATTACHMENT 1

# Contractor Performance Assessment Reporting System (CPARS) Guide

DEPARTMENT OF THE AIR FORCE

*March 2006*

# Contractor Performance Assessment Reporting System (CPARS)

The Federal Acquisition Regulation (FAR) requires that past performance information (PPI) be collected (FAR Part 42) and used in source selection evaluations (FAR Part 15). The Contractor Performance Assessment Reporting System (CPARS) process establishes procedures for the collection and use of PPI for the business sector contracts listed in Table 1. CPARS-generated PPI is one of the tools used to communicate contractor strengths and weaknesses to source selection officials and Contracting Officers (COs). Communication between the Government and contractor during the performance period is encouraged. The past performance evaluation contained in the CPARS is a method of *recording* contractor performance and should not be the sole method for *reporting* it to the contractor. Award fee and other vehicles are available for incentivizing performance; the CPARS should be an objective report of the performance during that period against the contract requirements. The Air Force's (AF) usage of the automated CPARS collection capability is aimed at reducing reliance on paper, improving the business process, and being more efficient. This is one of several initiatives the Air Force deployed to meet the Department of Defense's (DoD's) paperless contracting mandates. The Air Force (in accordance with AF FAR Supplement (AFFARS) 5342.1503 mandates use of the existing Navy CPARS tool to collect PPI and pass it to the Federal Past Performance Information Retrieval System (PPIRS) where PPI can be retrieved by Federal Agencies including the DoD Services. The CPARS Automated Information System (AIS) collection tool and other CPARS information can be accessed at http://cpars.navy.mil/. For additional assistance, contact the Customer Support Desk at Voice Phone: (603) 431-9460 extension 486 or DSN: 684-1690 extension 486 or through mailto:webptsmh@navy.mil.

All CPARS information is treated as "For Official Use Only/Source Selection Information in accordance with FAR 2.101 and 3.104" and the *DoD Guide to Collection and Use of Past Performance Information*. A CPAR is source selection information because it is in constant use to support ongoing source selections and contains sensitive data concerning a contractor and its performance. A Contractor Performance Assessment Report (CPAR) has the unique characteristic of always being pre-decisional in nature. Distribution of CPARs among activities will be made solely through use of DoD's PPIRS at http://www.ppirs.gov/. Access to the CPARS AIS and other PPI will be restricted to those individuals with an official need to know.

This revision of the *CPARS Guide* supersedes the February 2004 *Guide*. There were extensive revisions so the February 2004 *Guide* is replaced in total. Readers are encouraged to review the entire *Guide* to see changes in responsibilities, roles and form instructions. Links have been added in the Table of Contents and in the text of this *Guide*; in addition, a List of Acronyms has been included (Attachment 6).

# ~ TABLE OF CONTENTS ~

**Section A – Policy** .......... **1**

1.0 Introduction .......... 1
1.1 Background .......... 1
1.2 Purpose .......... 1
1.3 Responsibility for Completing CPARs .......... 2
1.4 Responsibility for Completing CPARs that have Contract Performance at Multiple Sites .......... 2
1.5 Uses of Summary CPAR Data .......... 2
1.6 CPAR Requirements for Program Executive Officer (PEO) Programs .......... 3
1.7 Successor-in-Interest/Change-of-Name/Novation .......... 3

**Section B - Applicability and Scope** .......... **4**

2.0 Business Sectors and Thresholds .......... 4
2.1 CPARS for Indefinite-Delivery-Indefinite-Quantity (IDIQ) Contracts, Basic Ordering Agreements (BOAs) and Blanket Purchase Agreements (BPAs) .......... 4
2.1.1 IDIQ Contracts Used by a Single AF Organization .......... 4
2.1.2 IDIQs Awarded for Use by Multiple Organizations, BOAs and BPAs .......... 4
2.2 Joint Ventures .......... 5
2.3 Classified and Special Access Programs (SAPs) .......... 5
2.4 Section 8(a) Direct Awards .......... 5
2.5 Awards under the Randolph-Sheppard Act (RSA) to a State Licensing Agency (SLA) .......... 5
2.6 Awards to the Canadian Commercial Corporation (CCC) .......... 6
2.7 Undefinitized Contractual Actions (UCAs) .......... 6

**Section C – Responsibilities Assigned** .......... **7**

3.0 Responsibilities .......... 7
3.1 Major Commands (MAJCOMs) and Direct Reporting Units (DRUs) .......... 7
3.2 MAJCOM/DRUs CPARS Focal Point (the CPARB Role) .......... 7
3.3 Requiring Activity .......... 7
3.4 CPARS Roles and Responsibilities .......... 8
3.4.1 Activity CPARS Focal Point .......... 8
3.4.2 AO Representative (AOR) .......... 8
3.4.3 Assessing Official (AO) .......... 8
3.4.4 Designated Contractor Representative .......... 9

3.4.5 Reviewing Official (RO) .......... 10

**Section D – Frequency and Types of Reports .......... 12**

4.0 Frequency of Reporting .......... 12

4.1 Initial Reports .......... 12

4.2 Intermediate Reports .......... 12

4.3 Final Report .......... 12

4.4 Out-of-Cycle Reports .......... 12

4.5 Addendum Reports .......... 13

**Section E – Administrative Information .......... 14**

5.0 Records Retention and Disposition .......... 14

5.1 License Exemption .......... 14

5.2 CPAR Markings and Protection .......... 14

5.2.1 Internal Government Protection .......... 14

5.2.2 External Government Protection .......... 14

5.2.3 Freedom of Information Act (FOIA) .......... 15

5.3 Use of CPARS in Source Selection .......... 15

5.4 Forms Prescribed .......... 15

**Section F – References .......... 16**

6.0 Department of Defense (DoD) "Guide to Collection and Use of Past Performance Information, May 2003" .......... 16

6.1 USD (AT) Memorandum dated 20 November 1997, "Collection of Past Performance Information in the Department of Defense" .......... 16

6.2 USD (AT) DP Memorandum dated 29 January 1999, "Class Deviation — Past Performance" .......... 16

**Attachments .......... 17**

1. Business Sectors .......... A1-1
2. Evaluation Ratings Definitions .......... A2-17
3. Form and Instructions for Completing a Systems CPAR .......... A3-1
4. Form and Instructions for Completing a Services, IT, or Operations Support CPAR .......... A4-17
5. Major Command Points of Contact .......... A5-1
6. List of Acronyms .......... A6-1
7. CPARS Features .......... A7-17

## Section A – Policy

### 1.0 Introduction

This document sets policy, assigns responsibilities and provides procedures for systematically assessing contractor performance as required by Federal Acquisition Regulation (FAR) Part 42.

### 1.1 Background

The Contractor Performance Assessment Reporting System (CPARS) is a paperless contracting initiative directed by SAF/AQC [see AF FAR Supplement (AFFARS) 5342]. Use of the CPARS Automated Information System (AIS) for the thresholds found in Table 1 is mandatory as it ensures that evaluations will be entered into the CPARS database to provide a centralized data repository of past performance information (PPI). Paper copies of the evaluations are to be used only for classified and special access programs. The automated CPARS must be used for all other evaluations meeting the criteria in Table 1.

### 1.2 Purpose

The primary purpose of the CPARS is to ensure that accurate data on contractor performance is current and available for use in source selections through the Past Performance Informational Retrieval System (PPIRS). Performance assessments will be used as a resource in awarding best value contracts and orders to contractors that consistently provide quality, on-time products and services that conform to contractual requirements. CPARS can be used to effectively communicate contractor strengths and weaknesses to source selection officials. Senior Air Force and contractor officials may also use information derived from the CPARS for other management purposes consistent with DoD guidance and policy.

The CPAR assesses a contractor's performance and provides a record, both positive and negative, on a given contract during a specified period of time. Each assessment must be based on objective data (or measurable, subjective data when objective data is not available) supportable by program[1] and contract management data, such as cost performance reports, customer comments, quality reviews, technical interchange meetings, production management reviews, contractor operations reviews, functional performance evaluations, earned contract incentives, quality assurance evaluations, etc. Subjective assessments concerning the cause or ramifications of the contractor's performance may be provided, however, speculation or conjecture must not be included. Attachments 3 and 4 to this document contain the specific areas to be evaluated for the identified business sectors. A ***best practice*** is to include performance expectations in the Government and contractor's initial post-award meeting.

---

[1] Throughout this document, whenever "program" is used, it means the program, project, or task/delivery order for which the procurement was made.

### 1.3 Responsibility for Completing CPARs

Responsibility for completing quality CPARS in a timely manner rests with the Program Manager (PM) or the equivalent individual responsible for project execution of each Command's or Direct Reporting Unit's (DRUs) contracts.

The value of CPARs to a future source selection team is inextricably linked to the care the Assessing Official (AO)[2] (PM *or equivalent individual* responsible for program, project, or task/delivery order execution) takes in preparing a quality and timely narrative to accompany the CPAR ratings. It is of the utmost importance that the AO submits a rating consistent with the definitions of each rating (Attachment 2) and thoroughly describes the circumstances surrounding a rating.

The CPARS process is designed with a series of checks-and-balances to facilitate the objective and consistent evaluation of contractor performance. Both Government and contractor perspectives are captured on the CPAR form. The opportunity to review/comment on the CPAR by the designated Government and contractor personnel together makes a complete CPAR.

### 1.4 Responsibility for Completing CPARs that have Contract Performance at Multiple Sites

In the event there are multiple assessments on one contract due to Geographically Separated Units (GSUs), the AO of the office or GSU with the preponderance of the effort (based on largest dollar value) on the contract will consolidate the multiple assessments and provide a consensus evaluation and rating of the performance prior to forwarding to the contractor.

### 1.5 Uses of Summary CPAR Data

Summary data from the CPARS database or from the reports themselves may be used to measure the status of industry performance and support continuous process improvement. Further analysis of data from the CPARS database may be accomplished by the CPAR Focal Point for internal Government use but is not authorized for release outside the Government.

[2] NOTE: For AFMC systems acquisitions, the AO will always be the person who has overall responsibility for acquisition of a system within the approved Acquisition Program Baseline and must be at least at the Squadron Commander/Director, Group Commander/Director, Wing Commander/Director level, or a PM that is a direct report to the Wing Commander/Director consistent with the level at which the program is organized.

## 1.6 CPAR Requirements for Program Executive Officer (PEO) Programs

SAF/AQ requires that Program Executive Officers (PEOs) present summary data at PEO portfolio reviews by providing a single CPAR chart on each Acquisition Category (ACAT) I program and on PEO program major development and production contracts; the hard copy will be marked "Source Selection Sensitive/For Official Use Only (SSI/FOUO)" and will not be displayed on overheads. For AFPEO/CM reviews, the CPARS ratings must be addressed in the annual review required by the Air Force Management and Oversight of the Acquisition of Services Process (MOASP).

## 1.7 Successor-in-Interest/Change-of-Name/Novation

See FAR 42.12 for guidance in these circumstances since the DUNS, CAGE codes and contractor names may be affected in the CPARS. The AO of each contract affected by any such changes is ultimately responsible for ensuring that the contract information in the CPARS is current and correct.

## Section B - Applicability and Scope

### 2.0 Business Sectors and Thresholds

PPI must be collected, and a CPAR completed, on contracts meeting the business sector definitions (Attachment 1) and thresholds (Table 1). The AO may elect to complete CPARS below the thresholds in Table 1. The nature of the effort to be acquired will determine which CPAR form is required (the Systems form or the Services, Information Technology, Operations Support form). If a given contract contains a mixture of types of efforts, the acquisition activity will determine which business sector is appropriate based upon the contract dollar value of the preponderance of the effort.

### 2.1 CPARS for Indefinite-Delivery-Indefinite-Quantity (IDIQ) Contracts, Basic Ordering Agreements (BOAs) and Blanket Purchase Agreements (BPAs)

It is the responsibility of the requiring activity to complete a CPAR in accordance with the reporting thresholds cited in Table 1 under the following conditions:

#### 2.1.1 IDIQ Contracts Used by a Single AF Organization

When multiple orders are placed against a single contract and the sum of the orders exceeds the thresholds established in Table 1, and the effort is similar, the AO may elect to prepare a single CPAR that includes all orders vice preparing separate CPARs for each order.

If the AO chooses to input a consolidated evaluation for all orders, the period of performance for the assessment shall be based on the effective date/award date of the basic contract and each subsequent, exercised option year period. As a minimum, on at least an annual basis, an evaluation shall be accomplished on all orders that were performed during the reporting period. Where possible, each order number and title may be included in Block 17. Narrative must be provided on the contractor's performance on each order (in Block 20) so that the breadth and quality information on the order is available for source selection official use.

If the AO chooses to prepare a separate CPAR for any single order that exceeds the threshold or chooses to provide individual evaluations for each order under the IDIQ, the period of performance for the assessments will be based on the effective date/award date of each individual order.

#### 2.1.2 IDIQs Awarded for Use by Multiple Organizations, BOAs and BPAs

It is the responsibility of the ordering/requiring activity to complete a separate CPAR for each order issued for IDIQs used by multiple organizations (e.g., commodity council, AFWAY, General Services Agency (GSA), etc.), for each order issued on a BOA and for each call issued against a BPA when that individual order/call exceeds the thresholds in Table 1. For these evaluations, the period of performance for the assessment shall be based on the effective date/award date of each individual order/call.

## 2.2 Joint Ventures

CPARs shall be prepared on contracts for joint ventures. When the joint venture has a unique Commercial and Government Entity (CAGE) code and Dun & Bradstreet Universal Numbering System (DUNS) number, a single CPAR will be prepared for the joint venture using those CAGE and DUNS codes. If the joint venture does not have a unique CAGE code and DUNS code, separate CPARS, containing identical narrative, will be prepared for each participating contractor and will reference that the evaluation is based on performance under a joint venture and will identify the contractors that were part of the joint venture.

## 2.3 Classified and Special Access Programs (SAPs)

Performance evaluations on classified and SAP contracts (although not exempt from past performance evaluations) will be processed, distributed and maintained in accordance with program security requirements and with AFPD 31-4, *Information Security* and AFI 31-401, *Information Security Program Management*. **Classified and SAP CPARs will not be entered into the CPARS AIS. Only in the case of classified CPARs will paper copies be used for evaluations.** (Note: For AFMC, hard copies of SAP CPARs will be provided to HQ AFMC/XRJ.)

Copies of SAP CPARs will be marked in accordance with *SAF/AO Security Pamphlet 1, Marking Guide for Special Access Required Material*, dated November 1997, and written in accordance with National Industrial Security Program Operating Manual Supplement (NISPOM Sup) and the implementers of the NISPOM Sup.

## 2.4 Section 8(a) Direct Awards

Pursuant to the authority of Defense Federal Acquisition Regulation Supplement (DFARS) 252.219-7009, Section 8(a) Direct Award (Mar 2002), 8(a) contracts are issued as a direct award between the contracting office and the 8(a) contractor pursuant to the Partnership Agreement dated February 1, 2002, between the Small Business Administration (SBA) and the DoD. Past performance evaluations for awards written under this authority shall be written on and coordinated directly with the 8(a) contractor.

## 2.5 Awards under the Randolph-Sheppard Act (RSA) to a State Licensing Agency (SLA)

Awards under the RSA to the SLA shall have annual performance evaluations completed on them if they meet the minimum evaluation thresholds in Table 1. The performance evaluations shall be written on the SLA (typically the State in which the federal installation is located) since the SLA has overall responsibility for all aspects of the performance of the contract awarded and the contract awarded has been made to the State (verify this with the information on the award cover page).

It is essential that evaluators list the Licensed Blind Operator and Third Party Agreement Holder in Block 15, Key Subcontractors and Description of Effort Performed, since the preponderance of the effort under awards through the RSA is performed by the Licensed Blind Operator and the Third Party Agreement Holder. Additionally, the CAGE code and the DUNS number for the Licensed Blind Operator and the Third Party Agreement Holder must be included in Block 15. By completing the information as outlined above, subsequent searches in PPIRS will allow source selection officials to obtain performance information when searching by SLA, Licensed Blind Operator or Third Party Agreement Holder.

## 2.6 Awards to the Canadian Commercial Corporation (CCC)

Awards to the CCC shall have annual performance evaluations completed on them if they meet the minimum evaluation thresholds in Table 1. The performance evaluations shall be written on the CCC since award was made to the CCC that has overall responsibility for performance of the contract (verify with information on the award cover page).

It is essential that evaluators list the Canadian subcontractor performing the work in Block 15, Key Subcontractors and Description of Effort Performed, since the Canadian subcontractor performs the awards to the CCC. Additionally, the CAGE code and the DUNS number for the Canadian subcontractor (if available) should be included in Block 15. By completing the information as outlined above, subsequent searches in the PPIRS will allow source selection officials to obtain performance information when searching by CCC or the Canadian subcontractor.

## 2.7 Undefinitized Contractual Actions (UCAs)

Assessment information regarding performance under a UCA shall be included in the annual evaluation. If the final negotiated contract type is not a cost-type, cost information for the period the UCA was in effect (if applicable) shall be included under the Cost rating element. If the final negotiated contract type is a cost-type, cost information for the entire period of performance shall be included under the Cost rating element. The narrative shall fully explain the contractor's performance during the UCA, including definitization of the contract action. The contractor's performance under the UCA shall be separately identified but considered in the overall annual ratings.

## Section C – Responsibilities Assigned

### 3.0 Responsibilities

### 3.1 Major Commands (MAJCOMs) and Direct Reporting Units (DRUs)

MAJCOMs and DRUs are responsible for overseeing the implementation and use of the CPAR system. AOs and Reviewing Officials (ROs) will normally be designated from within the command/activity/office/program that identifies the requirement and is in the best position to evaluate contractor performance.

### 3.2 MAJCOM/DRUs CPARS Focal Point (the CPARB Role)

The MAJCOM/DRU CPARS Focal Point shall be assigned to a staff contracting representative and authorized access to the MAJCOM/DRU account by the SAF/AQC CPARS representative. Duties of the MAJCOM/DRU CPAR Focal Point include:

- Coordination and submittal of subordinate organization CPARS Focal Points to the Navy CPARS PM
- Assistance to subordinate organization CPARS Focal Point (e.g., training, monitoring and policy)
- Evaluating quality and compliance metrics of subordinate organizations
- Providing metrics for management, as requested
- Reviewing and providing subordinate organization issues to the Air Force CPARS Focal Point and/or the Navy CPARS PM

### 3.3 Requiring Activity

The requiring activity will:

- Establish procedures to implement CPARS. These procedures will include training requirements for Focal Points, Assessing Official Representatives (AORs), AOs, ROs, and contractors, to ensure procedures for monitoring the timely completion of reports, report integrity (e.g., quality of reports), and overall CPAR system administration are in place. Compliance with submittal requirements by dollar value threshold and business sector should be monitored by comparison of contract award history information maintained by other computer systems (e.g., Standard Procurement System (SPS) or Federal Procurement Data System) with CPARs actually submitted
- Establish a CPAR Focal Point
- Register all new contracts meeting the thresholds identified in Table 1 in the CPARS AIS within 30 days after contract award with the information for blocks 1-17 of the CPAR form. Registering the contract will establish the record and facilitate subsequent CPARS reporting.

### 3.4 CPARS Roles and Responsibilities

#### 3.4.1 Activity CPARS Focal Point

The Activity CPARS Focal Point will be designated by completing a Focal Point Access Request Form located at the CPARS web site and obtaining coordination/approval from the MAJCOM/DRU Focal Point authority. The Activity CPARS Focal Point is responsible for:

- Training
- Assigning access authorization for Government and contractor personnel (complete contract authorization access based on information from the Contracting Officer (CO), Program/Project Manager, AO and contractor personnel authorized to appoint a designated representative)
- CPARS account management and maintenance (e.g., access changes)
- Control and monitoring of CPARs, including the status of overdue evaluations. The CPAR Focal Point at each activity is responsible for monitoring the status of late reports. Local processes should be established for the Focal Point to notify the Activity Commander or PEO, if applicable, of reports more than 30 days overdue
- Establishing processes to monitor the integrity (e.g., quality) of the report

While the Activity CPARS Focal Point is not directly responsible for the timely submission or content of CPARS reports, they are a resource for information regarding input of CPARS information. Although the Activity CPARS Focal Point is responsible for tracking and suspensing CPARs as they become due, this does not relieve the AOs of the responsibility for processing quality reports in a timely manner.

#### 3.4.2 AO Representative (AOR)

AORs typically are assigned from the technical, functional, quality assurance, specialty, program management or contracting offices. Multiple AORs may be assigned per contract. Each assigned AOR has the capability of inputting and reviewing information input by the other AORs. AORs are generally responsible for:

- Providing a timely and quality narrative
- Coordinating, off-line, to determine which AOR will select "finalize data and forward to AO" since any AOR has that capability (once that choice is selected, AORs are no longer able to input evaluation information)
- Assisting the AO or RO, as necessary

#### 3.4.3 Assessing Official (AO)

The AO is responsible for overall program execution and is responsible for preparing (see Attachments 3 and 4 for instructions on preparing report), reviewing, signing, and processing the CPAR. *Normal UserID/password authorization access in the CPARS AIS and its requirement for 128-bit encryption is equivalent to signature.* When an assessment by a RO is required, the CPAR should be completed and signed by the RO not later than 120 days

after the end of the evaluation period. AOs are encouraged to foster communication between the Government and contractor about their CPARS evaluations during the entire performance period and CPAR process. AO responsibility includes:

- Registering the contract in CPARS within 30 days of award by completing the basic contract information in Blocks 1-17 (this function may be provided by contractor personnel providing assistance to Government program offices, however, their access to the CPARS database is limited to only this function)
- Ensuring performance input from program management, technical, functional, quality assurance, contracting and other end users of the product or service is included in the evaluation
- Reviewing evaluation information provided by the AORs
- Input of evaluation information
- **Quality review of the entire evaluation**
- Forwarding the Government evaluation information to the contractor (check with local policy whether the RO or CO should be forwarded a copy prior to its submittal to the contractor)
- Reviewing comments from the designated contractor representative once the evaluation has been returned by the contractor or after 30 days have lapsed
- Modifying the CPAR comments and/or ratings after review of contractor comments, as determined by the AO. After receiving and reviewing the contractor's comments on the CPAR, the AO may revise the assessment, including the narrative. The AO will notify the contractor of any revisions made to a report as a result of the contractor's comments. Such a revised report will not be sent to the contractor for further comment. The contractor will have access to both the original and revised reports in the CPARS AIS when the Government finalizes the evaluation.
- Forwarding evaluations to the RO which are in disagreement or when requested by the contractor or when the contractor fails to respond to the assessment, or, in the alternative,
- Completing the evaluation if it does not require further RO review

### 3.4.4 Designated Contractor Representative

The contractor shall designate representatives to whom the evaluations will be sent automatically and electronically. The name, title, e-mail address and phone number of the designated contractor representative shall be provided to the AO who will, in turn, provide that information to the Activity CPARS Focal Point for authorization access. Any changes in designated contractor personnel shall be the sole responsibility of the contractor to inform the AO and the Activity CPARS Focal Point. The designated contractor representative has the authority to:

- Receive the Government evaluation from the AO
- Review/comment/return evaluation to AO within 30 days. If the contractor desires a meeting to discuss the CPAR, it must be requested, in writing, no later than seven calendar days from the receipt of the CPAR. This meeting will be held during the contractor's 30-day review period
- Request RO review

### 3.4.5 Reviewing Official (RO)[3]

The RO (Table 1) provides the check-and-balance when there is disagreement between the AO and the contractor. The RO must review and sign the assessment when there are significant differences between the AO and the contractor assessment. The RO has the authority to:

- Provide narrative comment (the RO's comments supplement those provided by the AO; they do not replace the ratings/narratives provided by the AO)
- Sign the CPAR (at this point, it is considered final and is posted in the CPARS AIS and is available for source selection official use in the PPIRS)

[3] Note: For AFMC, the RO must be at least the Wing Commander. Local processes will designate this individual. For PEO programs, the PEO will be given the option of acting as the RO. For Science and Technology (S&T) 6.4-funded contracts, the Air Force Research Laboratory (AFRL) Commander may delegate this authority to the Center Technology Director.

## Table 1 – Business Sector, Dollar Threshold and Reviewing Official

| Business Sector | Dollar Threshold[1] | Reviewing Official[2] |
|---|---|---|
| **Systems** (includes new development and major modifications) | >$5,000,000 | One level above the PM[3] |
| **Operations Support** | >$5,000,000[4] | One level above the AO |
| **Services** | >$1,000,000 | One level above the AO |
| **Information Technology**[5] | >$1,000,000 | One level above the AO |
| **Health Care** | >$100,000 | One level above the AO |
| **Fuels** | >$100,000 | One level above the AO |

[1]The contract thresholds for CPAR collection (see FAR 42.1502) apply to the "aggregate" value of contracts; that is, if a contract's original award value were less than the applicable threshold but subsequently the contract was modified and the new value is greater than the threshold, then assessments are required to be made, starting with the first anniversary that the contract's face value exceeded the threshold. If the total contract value including unexercised options and orders (for IDIQ contracts, total estimated value of unexercised options and orders) is expected to exceed the collection threshold, initiate the collection process at the start of the contract. Buying activities may choose to collect performance assessments for awards below these thresholds.

[2]Only required if there is a significant disagreement between the AO and the contractor on the assessment, if the Contractor does not respond to the evaluation, or if requested by the contractor in their choice selection during the 30 day comment period.

[3](Or equivalent individual) responsible for program, project or task/job order execution.

[4]For contracts under the $5M threshold, buying activities should continue to accumulate contractor performance data from existing management information system, which already capture data on timeliness of delivery and quality of product or service (examples of such performance information collection systems include the "Automated Best Value Method").

[5]The word "contract" as used in this document includes BPA issued under FAR 8.4 and task orders.

## Section D – Frequency and Types of Reports

### 4.0 Frequency of Reporting

Generally, reporting is done on an annual basis. When an out-of-cycle CPAR is required, however, it is acceptable to complete two CPARS in a given year for the contract. Out-of-cycle CPARs do not alter the annual reporting requirement. For example, if the regular CPAR period of performance ends on 30 September 2005 and an out-of-cycle CPAR is completed which covers a performance period that ends on 1 May 2005, the next intermediate CPAR report is still required to cover the period of performance from 1 October 2004 to 30 September 2005. A period of performance overlap is only permitted when an out-of-cycle CPAR report has been prepared.

### 4.1 Initial Reports

An initial CPAR is required for new contracts meeting the thresholds identified in Table 1 that have a period of performance greater than 365 days. The initial CPAR must reflect evaluation of at least the first 180 days of performance under the contract, and may include up to the first 365 days of performance. For contracts with a period of performance of less than 365 days, see "Final Reports" below.

### 4.2 Intermediate Reports

Intermediate CPARs are required every 12 months throughout the entire period of performance of the contract after the initial report and up to the final report. An intermediate CPAR is limited to contractor performance occurring after the preceding normal cycle CPAR. To improve efficiency in preparing the CPAR, it is recommended that the CPAR be completed together with other reviews (e.g., award fee determinations, major program events, program milestones and quality assurance surveillance records).

### 4.3 Final Report

A final CPAR will be completed upon contract completion, transfer of program management responsibility outside the original buying activity or delivery of the final major end item on contract. Final Reports are to be prepared on all contracts meeting the thresholds established in Table 1 with a period of performance of less than 365 days. The final CPAR does not include cumulative information but is limited to the period of contractor performance occurring after the preceding CPAR. The CPAR Focal Point has the authority to approve extensions when special circumstances arise.

### 4.4 Out-of-Cycle Reports

An Out-of-Cycle CPAR may be appropriate when there is a significant change in performance that alters the assessment in one or more evaluation area(s). The contractor may request an updated (new) assessment or the AO may unilaterally prepare an updated (new) evaluation and process an Out-of-Cycle (new) CPAR through the automated

CPAR system. The determination as to whether or not to update an evaluation will be made solely by the AO. The evaluation will follow the same workflow as the annual evaluations and will be posted electronically in the CPARS AIS and PPIRS after review/coordination through the Government and contractor.

### 4.5 Addendum Reports

Addendum reports may be prepared, after the final past performance evaluation, to record the contractor's performance relative to contract closeout, warranty performance and other administrative requirements.

## Section E – Administrative Information

### 5.0 Records Retention and Disposition

All records created under this document will be retained and disposed of according to AFI 37-138, *Records Disposition-Procedures and Responsibilities* and AFMAN 37-139, *Records Disposition Schedule* and in accordance with any applicable security program requirements. Refer to paragraph 2.3 of this Guide for classified and SAP contracts.

### 5.1 License Exemption

The reporting requirements in this paragraph are exempt from licensing according to paragraph 3.16, AFI 33-324, *The Information Collections and Reports Management Program, Controlling Internal, Public, and Interagency Air Force Information Collections.*

### 5.2 CPAR Markings and Protection

Those granted access to the CPARS are responsible for ensuring that CPARs are appropriately marked and handled. All CPAR forms, attachments and working papers must be marked "FOR OFFICIAL USE ONLY/SOURCE SELECTION INFORMATION - SEE FAR 2.101 AND 3.104" according to AFI 37-131, Freedom of Information Act Program, FAR 3.104, and 41 USC Sect. 423.

CPARs may also contain information that is proprietary to the contractor. Information contained on the CPAR, such as trade secrets and protected commercial or financial data obtained from the contractor in confidence, must be protected from unauthorized disclosure. **AOs and ROs shall annotate on the CPAR if it contains material that is a trade secret, etc., to ensure that future readers of the evaluations in the PPIRS are informed and will protect as required.** The following guidance applies to protection both internal and external to the government:

#### 5.2.1 Internal Government Protection

CPARs must be treated as source selection information at all times. Information contained in the CPAR must be protected in the same manner as information contained in source selection files. (See FAR 3.104 and 41 USC Sect. 423)

#### 5.2.2 External Government Protection

Due to the sensitive nature of CPARs, disclosure of CPAR data to contractors other than the contractor that is the subject of the report, or other entities outside the Government, is not authorized. A contractor will be granted access to its CPARs maintained in the CPARS AIS by the activity Focal Point.

### 5.2.3 Freedom of Information Act (FOIA)

On those occasions when a FOIA request is received for CPAR records, the unit FOIA office must refer the request to the CPAR Focal Point for coordination. CPARs are exempt from FOIA release because they are considered source selection information.

## 5.3 Use of CPARS in Source Selection

CPARs provide an assessment of ongoing performance of contractors. Each report consists of a narrative evaluation by the AO, the contractor's comments, if any, relative to the assessment and the RO's acknowledged consideration and reconciliation of significant discrepancies between the AO's evaluation and the contractor's comments. Source selection officials retrieve CPARS by using the PPIRS.

## 5.4 Forms Prescribed

See Attachments 3 or 4 or http://www.cpars.navy.mil. For contracts that contain supplies or services from more than one business sector, use the form that represents the preponderance of the dollar value of the contract requirements.

**Section F - References**

**6.0** Department of Defense (DoD) "Guide to Collection and Use of Past Performance Information, May 2003"

**6.1** USD (AT) Memorandum dated 20 November 1997, "Collection of Past Performance Information in the Department of Defense"

**6.2** USD (AT) DP Memorandum dated 29 January 1999, "Class Deviation — Past Performance"

**Attachments**

1. Business Sectors
2. Evaluation Ratings Definitions
3. Form and Instructions for Completing a Systems CPAR
4. Form and Instructions for Completing a Services, Information Technology, or Operations Support CPAR
5. Major Command Points of Contact
6. List of Acronyms
7. CPARS Features

# Key Business Sectors

### Systems

Generally, this sector includes products that require a significant amount of new engineering development work. Includes major modification/upgrade efforts for existing systems, as well as acquisition of new systems, such as aircraft, ships, etc. Also includes program budget account code 6.4-funded projects. More specifically-

Aircraft: Includes fixed and rotary wing aircraft, and their subsystems (propulsion, electronics, communications, ordnance, etc.)

Shipbuilding: Includes ship design and construction, ship conversion, small craft (e.g., rigid inflatable boats) and associated contractor-furnished equipment, as well as ship overhaul and repair.

Space: Includes all satellites (communications, early warning, etc.), all launch vehicles, strategic ballistic missiles, and all associated subsystems, including guidance and control.

Ordnance: Includes all artillery systems (except non-Precision Guided Munitions (PGM) projectiles), tactical missiles (air-to-air, air-to-ground, surface-to-air, and surface-to-surface) and their associated launchers, and all PGM weapons and submunitions, such as the Joint Direct Attack Missile, the Sensor-Fused Weapon and the “Brilliant Antitank” weapon.

Ground Vehicles: Includes all tracked combat vehicles (e.g., tanks and armored personnel carriers), wheeled vehicles (e.g., trucks, trailers, specialty vehicles), and construction and material handling equipment requiring significant new engineering development. Does not include commercial equipment typically acquired from existing multiple award “schedule” contracts (e.g., staff cars, base fire trucks, etc.)

Training Systems: Generally, includes computer-based (or embedded) virtual and synthetic environments and systems of moderate to high complexity capable of providing training for air, sea, and land-based weapons, platforms, and support systems readiness. Does not include operation and maintenance support services beyond the scope of the initial training system acquisition, or basic and applied research in these areas.

Other Systems: Includes technologies and products that, when incorporated into other systems such as aircraft and ships, are often categorized as subsystems. However, many of these products are often acquired as systems in their own right, either as “stand-alone” acquisitions or as the object major modification/upgrade efforts for ships, aircraft, etc. Examples of other systems include Command, Control, Communication, Computer and Intelligence (C4I) systems, airborne and shipborne tactical computer systems, electrical power and hydraulic systems, radar and sonar systems, fire control systems, electronic warfare systems, and propulsion systems (turbine engines—aviation and maritime, diesel engine power installations - maritime and combat vehicle). Does not include tactical voice radios with commercial equivalents, personal

Global Positioning System (GPS) receivers, non-voice communication systems with commercial equivalents (See Operations Support and Information Technology sectors).

## Services

Generally, this sector includes all contracted services except those which are an integral part of a systems contract or related to "Science & Technology," "Construction & Architect--Engineering Services," "Information Technology", and "Health Care." Services are further defined below:

Professional/Technical & Management Support Services: Includes all consultant services - those related to scientific, health care services, and technical matters (e.g., engineering, computer software engineering and development), as well as those related to organizational structure, human relations, etc. Includes office administrative support services (e.g., operation of duplication centers, temporary secretarial support, etc.). Does not include any basic or applied research that will result in new or original works, concepts or applications, but does include contract advice on the feasibility of such research, as well as evaluation of research results.

Repair & Overhaul: Services related to the physical repair and overhaul of aircraft, ground vehicles, etc., and any associated subsystems or components. Includes condition evaluations of individual items received for repair or overhaul, but does not include evaluations of the feasibility or the benefits of the overall project. Does not include Ship Repair and Overhaul that is included in the Shipbuilding sector.

Installation Services: Includes services for grounds maintenance (grass cutting, shrubbery maintenance or replacement, etc.). Includes services related to cleaning, painting, and making minor repairs to buildings and utilities services, etc. Includes contracted security and guard services. Includes installation and maintenance of fencing. It also includes minor electrical repairs (e.g., replacing outlets, changing light bulbs, etc.), minor road surface repairs (patching cracks, filling in potholes, etc.), relocation of individual telephone lines and connections, snow removal. (See Construction for the installation services covered by that sector.)

Transportation and Transportation-Related Services: Includes services related to transportation by all the land, water, and air routes, and transportation efforts, which support movement of U.S. forces and their supplies during peacetime training, conflict, or war. Consists of those military and commercial efforts, services and systems organic to, contracted for, or controlled by the DoD.

## Information Technology

This sector includes any equipment or interconnected system or subsystem of equipment, that is used in the automatic acquisition, storage, manipulation, management, movement, control, display, switching, interchange, transmission or reception of data or information. Generally, includes all computers, ancillary equipment, software, firmware and similar procedures, services (including support services), and related resources. Does not include any military-unique C4I systems and components included under Systems, such as JTIDS, Aegis, etc. More specifically-

Software: A set of computer programs, procedures, and associated documentation concerned with the operations of a data processing system; e.g., compilers, library routines, manuals and circuit diagrams. Information that may provide instructions for computers; data for documentation; and voice, video, and music for entertainment and education.

Hardware: Physical equipment as opposed to programs, procedures, rules and associated documentation. In automation, the physical equipment or devices forming a computer and peripheral components.

Telecommunications Equipment or Services: Circuits or equipment used to support the electromagnetic and/or optical dissemination, transmission, or reception of information via voice, data, video, integrated telecommunications transmission, wire, or radio. The equipment or service must be a complete component capable of standing alone. This includes the following type of items; telephones, multiplexers, a telephone switching system, circuit termination equipment, radio transmitter or receiver, a modem, card cage with the number and type of modem cards installed, etc. This does not include the following type of items: a chip, circuit card, equipment rack, power cord, a microphone, headset, etc.

**Operations Support**

Generally, this sector includes spares and repair parts for existing systems. Also includes products that require a lesser amount of engineering development work than "Systems," or that can be acquired "build-to-print," "non-developmental," or commercial off the shelf. More specifically-

Mechanical: Includes transmissions (automotive and aviation), landing gear, bearings, and parts/components related to various engines (turbine wheels, impellers, fuel management and injection systems, etc.)

Structural: Includes forgings; castings; armor (depleted uranium, ceramic, and steel alloys); and steel, aluminum, and composite structural components. Does not include "bare" airframes, ships, or combat vehicles (i.e., without engines and electronics).

Electronics: Includes parts and components related to digitization, guidance and control, communications, and electro-optical and optical systems. Includes individual resistors, capacitors, circuit cards, etc., as well as "modules" such as radio-frequency receivers and transmitters. Includes tactical voice radios, personal Global Positioning System receivers, etc.

Electrical: Includes electric motors, thermal batteries, auxiliary power units, and associated spares and component parts.

Ammunition: Includes all small arms ammunition and non-Precision Guided Munitions artillery rounds.

Troop Support: Includes all food and subsistence items. Includes all clothing and textile-related items, including uniforms, tentage, personal ballistic protective gear, life preservation devices,

etc. Includes all medical supplies and equipment, including medicines and diagnostic equipment (X-ray machines, etc.). Does not include any recreational or morale/welfare items.

Base Supplies: Includes all consumables and personal property items needed to maintain installations, bases, ports, etc. Includes small tools and cleaning and preservation equipment and supplies (paints, brushes, cleaning solvents, etc.). Does not include any grounds maintenance, construction, security, or other types of services.

Fuels: Includes all bulk fuels, lubricants, and natural gas, coal, storage, and other commodities and related support services.

## Unique Business Sectors

### Architect - Engineering Services

Professional services of an architectural or engineering nature, as defined by State law, if applicable, which are required to be performed or approved by a person licensed, registered, or certified to provide such services. These services include, research, planning, development, design, construction, alteration, or repair of real property. Incidental services include studies, investigations, surveying and mapping, tests, evaluations, consultations, comprehensive planning, program management, conceptual designs, plans and specifications (drawings, specifications and other data for and preliminary to the construction), value engineering, construction phase services, soils engineering, drawing reviews, preparation of operating and maintenance manual, and other related services. Use Architect-Engineer Contract Administration Support System (ACASS) for past performance collection in accordance with FAR 36.604.

### Construction

Construction, alteration, or repair (including dredging, excavating, and painting) of buildings, structures, or other real property. The terms "buildings, structures, or other real property" includes but are not limited to improvements of all types, such as bridges, dams, plants, highways, parkways, streets, subways, tunnels, sewers, mains, power lines, cemeteries, pumping stations, railways, airport facilities, terminals, docks, piers, wharves, ways, lighthouses, buoys, jetties, breakwaters, levees, canals, and channels. Construction does not include the manufacture, production, furnishing, construction, alteration, repair, processing, or assembling of vessels, aircraft, or other kinds of personal property. Design-Build: Combining design and construction in a single contract with one contractor. Use Construction Contractor Appraisal Support System (CCASS) for past performance collection in accordance with FAR 36.201.

### Science and Technology

Includes all contracted basic research and some applied research. Includes construction of “proof-of-principle” working prototypes. Includes projects funded by program budget accounts 6.1 (Basic Research), 6.2 (Exploratory Development), and 6.3 (Advanced Technology

Development), but does not include projects funded by 6.4 accounts or similarly oriented appropriations. (Those projects are covered by the Systems sector).

For the Science and Technology sector, PPI must be collected only at the time of the particular acquisition. No dollar threshold or the requirement to maintain an automated database has been established for this category. Collection of science and technology PPI must be limited to relevant information as determined by the Source Selection team. Requests for PPI must be tailored to each procurement during the source selection process, with emphasis placed on the expertise of key personnel.

| Rating | Definition | Note |
|---|---|---|
| **Dark Blue/ Exceptional** | Performance meets contractual requirements and exceeds many to the Government's benefit. The contractual performance of the element or sub-element being assessed was accomplished with few minor problems for which corrective actions taken by the contractor was highly effective. | To justify an Exceptional rating, identify multiple significant events and state how they were of benefit to the Government. A singular benefit, however, could be of such magnitude that it alone constitutes an Exceptional rating. Also, there should have been NO significant weaknesses identified. |
| **Purple/Very Good** | Performance meets contractual requirements and exceeds some to the Government's benefit. The contractual performance of the element or sub-element being assessed was accomplished with some minor problems for which corrective actions taken by the contractor was effective. | To justify a Very Good rating, identify a significant event and state how it was a benefit to the Government. There should have been no significant weaknesses identified. |
| **Green/ Satisfactory** | Performance meets contractual requirements. The contractual performance of the element or sub-element contains some minor problems for which corrective actions taken by the contractor appear or were satisfactory. | To justify a Satisfactory rating, there should have been only minor problems, or major problems the contractor recovered from without impact to the contract. There should have been NO significant weaknesses identified. Per DOD policy, a fundamental principle of assigning ratings is that contractors will not be assessed a rating lower than Satisfactory solely for not performing beyond the requirements of the contract. |
| **Yellow/ Marginal** | Performance does not meet some contractual requirements. The contractual performance of the element or sub-element being assessed reflects a serious problem for which the contractor has not yet identified corrective actions. The contractor's proposed actions appear only marginally effective or were not fully implemented. | To justify Marginal performance, identify a significant event in each category that the contractor had trouble overcoming and state how it impacted the Government. A Marginal rating should be supported by referencing the management tool that notified the contractor of the contractual deficiency (e.g., management, quality, safety, or environmental deficiency report or letter). |
| **Red/ Unsatisfactory** | Performance does not meet most contractual requirements and recovery is not likely in a timely manner. The contractual performance of the element or sub-element contains a serious problem(s) for which the contractor's corrective actions appear or were ineffective. | To justify an Unsatisfactory rating, identify multiple significant events in each category that the contractor had trouble overcoming and state how it impacted the Government. A singular problem, however, could be of such serious magnitude that it alone constitutes an unsatisfactory rating. An Unsatisfactory rating should be supported by referencing the management tools used to notify the contractor of the contractual deficiencies (e.g., management, quality, safety, or environmental deficiency reports, or letters). |

NOTE 1: Plus or minus signs may be used to indicate an improving (+) or worsening (-) trend insufficient to change the assessment status.
NOTE 2: N/A (not applicable) should be used if the ratings are not going to be applied to a particular area for evaluation.

FOR OFFICIAL USE ONLY / SOURCE SELECTION INFORMATION – SEE FAR 3.104

# CONTRACTOR PERFORMANCE ASSESSMENT REPORT (CPAR) SYSTEMS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. NAME/ADDRESS OFCONTRACTOR *(DIVISION)* | | 2. ☐ INITIAL | ☐ INTER-MEDIATE | ☐ FINAL REPORT | ☐ OUT OF CYCLE | ☐ ADDENDUM | |
| | | 3. PERIOD OF PERFORMANCE BEING ASSESSED | | | | | |
| CAGE CODE | DUNS + 4 NUMBER | 4a. CONTRACT NUMBER | | | | 4b. DOD BUSINESS SECTOR & SUB-SECTOR | |
| FSC OR SERIVCE CODE | NAICS | 5. CONTRACTING OFFICE (ORGANIZATION AND CODE) | | | | | |
| 6. LOCATION OF CONTRACT PERFORMANCE *(If not in item 1)* | | 7a. CONTRACTING OFFICER | | | | 7b. PHONE NUMBER | |
| | | 8a. CONTRACT AWARD DATE | | 8b. CONTRACT EFFECTIVE DATE | | 9. CONTRACT COMPLETION DATE | |
| | | 10. CONTRACT PERCENT COMPLETE / DELIVERY ORDER STATUS | | | | | |
| | | 11. AWARDED VALUE | | | | 12. CURRENT CONTRACT DOLLAR VALUE | |
| | | 13. | ☐ COMPETITIVE | | | ☐ NON-COMPETITIVE | |

| 14. | CONTRACT TYPE | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ FFP | ☐ FPI | ☐ FPR | ☐ CPFF | ☐ CPIF | ☐ CPAF | ☐ OTHER | MIXED: |

15. KEY SUBCONTRACTORS AND DESCRIPTION OF EFFORT PERFORMED

16. PROGRAM TITLE AND PHASE OF ACQUISITION *(If applicable)*

17. CONTRACT EFFORT DESCRIPTION (*Highlight key components, technologies and requirements; key milestone events and major modifications to contract during this period.)*

| 18. EVALUATE THE FOLLOWING AREAS | PAST COLOR | RED | YELLOW | GREEN | PURPLE | DARK BLUE | N/A |
|---|---|---|---|---|---|---|---|
| a. TECHNICAL (QUALITY OF PRODUCT) | | | | | | | |
| (1) PRODUCT PERFORMANCE | | | | | | | |
| (2) SYSTEMS ENGINEERING | | | | | | | |
| (3) SOFTWARE ENGINEERING | | | | | | | |
| (4) LOGISTIC SUPPORT/SUSTAINMENT | | | | | | | |
| (5) PRODUCT ASSURANCE | | | | | | | |
| (6) OTHER TECHNICAL PERFORMANCE | | | | | | | |
| b. SCHEDULE | | | | | | | |
| c. COST CONTROL | | | | | | | |
| d. MANAGEMENT | | | | | | | |
| (1) MANAGEMENT RESPONSIVENESS | | | | | | | |
| (2) SUBCONTRACT MANAGEMENT | | | | | | | |
| (3) PROGRAM MANAGEMENT & OTHER MANAGEMENT | | | | | | | |
| e. OTHER AREAS | | | | | | | |
| (1) | | | | | | | |
| (2) | | | | | | | |

DD Form 2848, April 2002 FOR OFFICIAL USE ONLY *(When Filled In)*

| 19. VARIANCE (Contract to date) | CURRENT | COMPLETION |
|---|---|---|
| COST VARIANCE (%) | | |
| SCHEDULE VARIANCE (%) | | |

20. ASSESSING OFFICIAL (i.e. PROGRAM MANAGER OR EQUIVALENT INDIVIDUAL RESPONSIBLE FOR PROGRAM, PROJECT, OR TASK/JOB ORDER EXECUTION) NARRATIVE (SEE PARA. 1.3)

| | | |
|---|---|---|
| 21. TYPE NAME AND TITLE OF ASSESSING OFFICIAL (SEE PARA. 1.3) | ORGANIZATION AND CODE | PHONE NUMBER |
| EMAIL ADDRESS: | | FAX NUMBER |
| SIGNATURE | | DATE |

22. CONTRACTOR COMMENTS (Contractor's Option)

| | |
|---|---|
| 23. TYPE NAME AND TITLE OF CONTRACTOR REPRESENTATIVE | PHONE NUMBER |
| EMAIL ADDRESS: | FAX NUMBER |
| SIGNATURE | DATE |

24. REVIEW BY REVIEWING OFFICIAL (Comments Optional)

| | | |
|---|---|---|
| 25. TYPE NAME AND TITLE OF REVIEWING OFFICIAL | ORGANIZATION AND CODE | PHONE NUMBER |
| EMAIL ADDRESS: | | FAX NUMBER |
| SIGNATURE | | DATE |

A3.1 The Systems Business Sub-Sectors are Aircraft, Shipbuilding, Space, Ordnance, Ground Vehicles, Training Systems, or Other Systems.

A3.2 **Block 1 - Name/Address of Contractor**. State the name and address of the division or subsidiary of the contractor that is performing the contract. Identify the parent corporation (no address required). Identify the CAGE code, DUNS+4 number, Federal Supply Classification (FSC) or Service Code, and North American Industrial Classification System (NAICS) Code. All codes can be accessed by using the on-screen "lookup" function provided in the electronic form.

A3.3 **Block 2 - Type Report**. Indicate whether the CPAR is an initial, intermediate, or final report. If this is an "out-of-cycle" report, select "out-of-cycle." If this is a report to record contractor performance relative to contract closeout or other administrative requirements, select "Addendum."

A3.4 **Block 3 - Period of Performance Being Assessed**. State the period of performance covered by the report (dates must be in MM/DD/YYYY format). The initial period of performance should not cover less than six months of actual performance.

A3.4.1 **Period of Performance for Delayed Starts, Protests or Phase-In Periods.** In the case of delayed starts or protests, the initial period of performance may cover more than twelve months of time since contract award, but normally no more than twelve months of actual contract performance. Initial periods reporting on performance greater than 12 months (such as for phase-in periods) must be approved by the CPAR Focal Point and coordinated with the contractor. The period of performance should not already include reported efforts except when an out-of-cycle CPAR has been processed.

A3.4.2 **Period of Performance for Intermediate/Final Reports.** CPAR assessments for intermediate and final reports should cover a 12 month period of performance. Exceptions to this rule for special circumstances, such as a period of performance that ends one month before contract completion or in those instances (up to six months beyond the annual period) where the performance has been extended must be approved by the CPAR Focal Point.

A3.4.3 **Period of Performance for Out-of-Cycle Reports.** Select "Out-of-Cycle" from the drop-down menu if the AO elects to prepare an out-of-cycle report which will be posted to the CPARS AIS for a time period which overlaps the regularly scheduled performance period if there has been a significant change in the performance which alters the assessment in one or more evaluation area(s) since the last performance period. If the AO chooses to have the Out-of-Cycle report posted in the CPARS AIS (and ultimately the PPIRS), the CPAR will be processed through the regular work flow (Government and contractor review). See paragraph 4.4 for more information on Out-of-Cycle reports.

A3.5 **Block 4a - Contract Number.** Use the contract number as identified on the contract, except in the case of BOAs, BPAs, GSA schedule and other service/agency orders. If an order/call is issued under a BOA, BPA, GSA schedule or other service/agency contract/agreement, the contract number in CPARS should match the master contract number.

The order/call number field should be used to reflect the contract/schedule/agreement number for the order/call.

A3.6 **Block 4b - DoD Business Sector and Sub-Sector**. Identify the DoD System business sector and subsector, Aircraft, Shipbuilding, Space, ordnance, Ground Vehicles, Training Systems, or Other Systems.

A3.7 **Block 5 - Contracting Office (Organization and Code)**. Identify the contracting office symbol; AF users do not need to include a code.

A3.8 **Block 6 - Location of Contract Performance**. Provide a geographical reference (e.g., nearest city and installation name) if performance is on a military installation.

A3.9 **Block 7a – Contracting Officer.** Self-explanatory.

A3.9.1 **Block 7b. - Phone Number.** Include commercial phone number and DSN in the following format: (XXX)XXX-XXXX DSN XXXXXXX.

A3.10 **Block 8a** - **Contract Award Date**. Identify the date of contract award or select the date on the on-screen, drop-down calendar.

A3.10.1 **Block 8b – Contract Effective Date.** Identify the date (MM/DD/YYYY) that actual contract performance is set to begin or select the on-screen calendar only if that date is later than Block 8a, Contract Award Date.

A3.11 **Block 9 - Contract Completion Date**. Identify the last possible date of contract performance (e.g., the last day of the last option period) or select the date on the on-screen, drop-down calendar.

A3.12 **Block 10 - Contract Percent Complete/Delivery Order Status**. State the current percent of the contract that is complete. If Cost Performance Reports (CPR) or Cost/Schedule Status Reports (C/SSR) data is available, calculate percent complete by dividing cumulative Budgeted Cost of Work Performed (BCWP) by Contract Budget Base (CBB) (less management reserve) and multiply by 100. CBB is the sum or negotiated cost plus estimated cost of authorized undefinitized work. If CPR or C/SSR data is not available, estimate percent complete by dividing the number of months elapsed by total number of months in contract period of performance and multiplying by 100. In the event an Indefinite Delivery (ID) contract is utilized, estimate the percent complete.

A3.13 **Block 11 - Awarded Value**. Enter the total value of the contract, including unexercised options. For delivery/task/job order contracts where orders will be assessed under a single CPAR, enter the maximum ordering amount under the contract, including options. For delivery/task/job order contracts where orders will be assessed on an individual basis, enter the awarded value of the individual order. For BOAs/BPAs where orders/calls will be assessed individually, enter the awarded value of the individual order/call.

A3.14 **Block 12 - Current Contract Dollar Value**. State the current obligated amount including modifications and options that have been exercised. For incentive contracts, state the target price or total estimated amount. For delivery/task/job order contracts where orders will be assessed under a single CPAR, state the total amount obligated on all delivery orders, including modifications. For delivery/task/job order contracts where orders will be assessed on an individual basis, state the current obligated amount of the individual order, including modifications. For BOAs/BPAs where orders/calls will be assessed individually, state the current obligated amount of the individual order/call, including modifications.

A3.15 **Block 13 - Basis of Award.** Identify the basis of award by selecting competitive or non-competitive. If the CPAR is for a single order/call, select the basis of award for that order/call.

A3.16 **Block 14 - Contract Type.** Identify the contract type. For mixed contract types, select the predominant contract type and identify the other contract type in the "mixed" block.

A3.17 **Block 15 - Key Subcontractors and Description of Effort Performed.** Identify subcontractors, including CAGE code and DUNS +4 number, performing either a critical aspect of the contracted effort or more than 25 percent of the dollar value of the effort. See paragraph 2.5 and paragraph 2.6 for awards under the Randolph-Sheppard Act and to the Canadian Commercial Corporation, respectively.

A3.18 **Block 16 - Program Title and Phase of Acquisition**. Provide a descriptive narrative of the program. Spell out all abbreviations and acronyms. Identify overall program phase and production lot (for example, concept development, engineering and manufacturing development, low-rate initial production, or full-rate production (Lot 1)), and any specific aspects of the phase of the acquisition being evaluated. Identify milestone phases, if applicable.

A3.19 **Block 17 - Contract Effort Description**. This section is of critical importance to future source selection teams. The description should be detailed enough to assist a future source selection officials in determining the relevance of this program to their source selection. It is important to address the complexity of the contract effort and the overall technical risk associated with accomplishing the effort. For intermediate CPARs, a description of key milestone events that occurred in the review period may be beneficial (e.g., Critical Design Review (CDR), Functional Configuration Audit (FCA)), as well as major contract modifications during the period. Ensure all acronyms are identified.

Provide a complete description of the contract effort that identifies key technologies, components, subsystems, and requirements. For task/delivery/job order contracts, state the number of tasks issued during the period, tasks completed during the period, and tasks that remain active.

For contracts that include multiple functional disciplines or activities, separate them into categories to:

(1) reflect the full scope of the contract, and

(2) allow grouping of similar work efforts within the categories to avoid unnecessary segregation of essentially similar specialties or activities. Each category or area should be separately numbered, titled and described within Block 17 to facilitate cross-referencing with the evaluation of the contractor's performance within each category in Blocks 18 and 19.

A3.20 **Block 18 - Evaluation Areas.** Evaluate each area based on the following criteria:

A3.20.1 Each area assessment must be based on objective data that will be provided in Block 20. Facts to support specific areas of evaluation must be requested from the AORs, AOs and other Government specialists familiar with the contractor's performance on the contract under review. Such specialists may, for example, be from engineering, manufacturing, quality, logistics (including provisioning), contracting, maintenance, security, etc.

A3.20.2 The amount of risk inherent in the effort should be recognized as a significant factor and taken into account when assessing the contractor's performance. For example, if a contractor meets an extremely tight schedule, a dark blue (exceptional) may be appropriate, or meeting a tight schedule with few delinquencies, a green (satisfactory) with a plus sign assessment may be given in recognition of the inherent schedule risk. When a contractor identifies significant technical risk and takes action to abate those risks, the effectiveness of these actions should be included in the narrative supporting the Block 18 ratings.

A3.20.3 The CPAR is designed to assess prime contractor performance. In those evaluation areas where subcontractor actions have significantly influenced the prime contractor's performance in a negative or positive way, record the subcontractor actions in Block 20.

A3.20.4 Many of the evaluation areas in Block 18 represent groupings of diverse elements. The AO should consider each element and use the area rating to highlight significant issues. In addition, the AO should clearly focus on the contractor's "results" as they may be appropriate for the period being assessed in determining the overall area rating.

A3.20.5 Evaluate all areas which pertain to the contract under evaluation unless they are not applicable (N/A).

A3.20.6 When performance has changed from one period to another such that a change in ratings results, the narrative in Block 20 must address each change.

A3.20.7 The AO should use customary industry quantitative measures where they are applicable if the contract is for commercial products.

A3.20.8 Ratings will be in accordance with the definitions described in Attachment 2, "Evaluation Ratings Definitions."

A3.21 **Block 18a - Technical (Quality of Product)**. This element is comprised of an overall rating and six sub-elements. Activity critical to successfully complying with contract requirements must be assessed within one or more of these sub-elements. The overall rating at the element level is the AO's integrated evaluation as to what most accurately depicts the

contractor's technical performance or progress toward meeting requirements. This assessment is not a roll-up of the sub-element assessments.

A3.21.1 **Block 18a(1) - Product Performance.** Assess the achieved product performance relative to performance parameters required by the contract.

A3.21.2 **Block 18a(2) - Systems Engineering.** Assess the contractor's effort to transform operational needs and requirements into an integrated system design solution.

A3.21.2.1 Areas of focus should be: the planning and control of technical program tasks, the quality and adequacy of the engineering support provided throughout all phases of contract execution, the integration of the engineering specialties, management of interfaces, interoperability, and the management of a totally integrated effort of all engineering concerns to meet cost, technical performance, and schedule objectives.

A3.21.2.2 System engineering activities ensure that integration of these engineering concerns is addressed up-front and early in the design/development process. The assessment should cover these disciplines: systems architecture, design, manufacturing, integration and support, configuration control, documentation, test and evaluation.

A3.21.2.3 The assessment for test and evaluation should consider success/problems/failure in developing test and evaluation objectives; planning (ground/air/sea) test, simulations and/or demonstrations; in accomplishing those objectives and on the timeliness of coordination and feedback of the test results (simulations/demonstrations) into the design and/or manufacturing process.

A3.21.2.4 Other activities include: producibility engineering, logistics support analysis, supportability considerations (maintenance personnel/skills availability or work-hour constraints, operating and cost constraints, allowable downtime, turn-around-time to service/maintain the system, standardization requirements), survivability, human factors, reliability, quality, maintainability, availability, inspectability, etc. Although some of these activities will be specifically addressed in other elements/sub-elements (such as product assurance), the focus of the assessment of systems engineering is on the integration of those specific disciplines/activities.

A3.21.2.5 The assessment of systems engineering needs to remain flexible to allow the evaluator to account for program-unique technical concerns and to allow for the changing systems engineering environment as a program moves through the program phases, e.g., Engineering and Manufacturing Development, Production.

A3.21.3 **Block 18a(3) - Software Engineering.** Assess the contractor's success in meeting contract requirements for software development, modification, or maintenance. Results from Software Capability Evaluations (SCEs) [using the Software Engineering Institute (SEI) Capability Maturity Model (CMM) as a means of measurement], Software Development Capability Evaluations (SDCEs), or similar software assessments may be used as a source of information to support this evaluation. Consider the amount and quality of software development resources devoted to support the contract effort.

A3.21.4 **Block 18a(4) - Logistic Support/Sustainment.** Assess the success of the contractor's performance in accomplishing logistics planning. For example, maintenance planning; manpower and personnel; supply support; support equipment; technical provisioning data; training and support; computer resources support; facilities; packaging, handling, storage and transportation; design interface; the contractor's performance of logistics support analysis activities and the contractor's ability to successfully support fielded equipment. When the contract requires technical and/or engineering data deliverables, the cognizant cataloging and/or standardization activity comments should be solicited.

A3.21.5 **Block 18a(5) - Product Assurance.** Assess how successfully the contractor meets program quality objectives; e.g., producibility, reliability, maintainability, inspectability, testability, and system safety, and controls the overall manufacturing process. The PM must be flexible in how contractor success is measured, e.g., data from design test/operational testing successes, field reliability and maintainability and failure reports, user comments and acceptance rates, improved subcontractor and vendor quality, and scrap and rework rates. These quantitative indicators may be useful later, for example, in source selection evaluations, in demonstrating continuous improvement, quality and reliability leadership that reflects progress in total quality management. Assess the contractor's control of the overall manufacturing process to include material control, shop floor planning and control, statusing and control, factory floor optimization, factory design, and factory performance.

A3.21.6 **Block 18a(6) - Other Technical Performance.** Assess all the other technical activity critical to successful contract performance. Identify any additional assessment aspects that are unique to the contract or that cannot be captured in another sub-element.

A3.22 **Block 18b - Schedule.** Assess the timeliness of the contractor against the completion of the contract, task orders, milestones, delivery schedules, administrative requirements, etc. Assess the contractor's adherence to the required delivery schedule by assessing the contractor's efforts during the assessment period that contribute to or affect the schedule variance. Also, address significance of scheduled events (e.g., design reviews), discuss causes, and assess the effectiveness of contractor corrective actions.

A3.23 **Block 18c - Cost Control. (<u>Not Applicable for Firm-Fixed Price or Firm-Fixed Price with Economic Price Adjustment</u>).** Assess the contractor's effectiveness in forecasting, managing, and controlling contract cost. Is the contractor experiencing cost growth or underrun, discuss the causes and contractor-proposed solutions for the cost overruns. For contracts where task or contract sizing is based upon contractor-provided person hour estimates, the relationship of these estimates to ultimate task cost should be assessed. In addition, the extent to which the contractor demonstrates a sense of cost responsibility, through the efficient use of resources, in each work effort should be assessed.

A3.23.1 Assessment information regarding performance under a UCA shall be included in the annual evaluation. If the final negotiated contract type is not a cost-type, cost information for the period the UCA was in effect shall be included under the Cost element. The contractor's performance under the UCA shall be separately identified but considered in the overall annual ratings.

A3.24 **Block 18d - Management.** This element is comprised of an overall rating and three sub-elements. Activity critical to successfully executing the contract must be assessed within one or more of the sub-elements. This overall rating at the element level is the AO's integrated assessment as to what most accurately depicts the contractor's performance in managing the contracted effort. It is not a roll-up of the sub-element assessments.

A3.24.1 **Block 18d(1) - Management Responsiveness.** Assess the timeliness, completeness and quality of problem identification, corrective action plans, proposal submittals (especially responses to change orders, Engineering Change Proposals (ECPs), or other UCAs), the contractor's history of reasonable and cooperative behavior, effective business relations, and customer satisfaction. Consider the contractor's responsiveness to the program as it relates to meeting contract requirements during the period covered by the report.

A3.24.2 **Block 18d(2) - Subcontract Management.** Assess the contractor's success with timely award and management of subcontracts. If the contract has a small business subcontracting plan, the evaluation must address whether the contractor met its small business subcontracting plan goals.

- Identify the percentage of the contract work that was represented by subcontracted efforts.
- Assess the prime contractor's effort devoted to managing subcontracts and whether subcontractors were an integral part of the contractor's team.
- Consider efforts taken to ensure early identification of subcontract problems and the timely application of corporate resources to preclude subcontract problems from impacting overall prime contractor performance.

A3.24.3 **Block 18d(3) - Program Management and Other Management.** Assess the extent to which the contractor discharges its responsibility for integration and coordination of all activity needed to execute the contract; identifies and applies resources required to meet schedule requirements; assigns responsibility for tasks/actions required by contract; communicates appropriate information to affected program elements in a timely manner. Assess the contractor's risk management practices, especially the ability to identify risks and formulate and implement risk mitigation plans. If applicable, identify any other areas that are unique to the contract, or that cannot be captured elsewhere under the Management element.

A3.24.3.1 Integration and coordination of activities should reflect those required by the Integrated Master Plan/Schedule. Also consider the adequacy of the contractor's mechanisms for tracking contract compliance, recording changes to planning documentation and management of cost and schedule control system, and internal controls, as well as the contractor's performance relative to management of data collection, recording, and distribution as required by the contract.

A3.25 **Block 18e - Other Areas.** Specify additional evaluation areas that are unique to the contract or that cannot be captured elsewhere on the form. More than one type of entry may be included but should be separately labeled. If extra space is needed, use Block 20.

A3.25.1 If the contract contains an award fee clause, enter "award fee" in the "Other Areas" Block (18e). The AO should translate the award fee earned to color ratings which could prove more useful for using past performance to assess future performance risk in upcoming source selections. If award fee information is included in the CPAR, use Block 20 to provide a description for each award fee. Include the scope of the award fee by describing the extent to which it covers the total range of contract performance activities, or is restricted to certain elements of the contract.

A3.25.2 If any other type of contract incentive is included in the contract (excluding contract shareline incentives on fixed price or cost-type contracts), it should be reported in a manner similar to the procedures described above for award fee (by entering "Incentive" in Block 18e).

A3.25.3 Use Block 18e in those instances where an aspect of the contractor's performance does not fit into any of the other blocks on the form. As an example, this block may be used to address security issues, provide an assessment of provisioning line items or other areas as appropriate.

A3.26 **Block 19 - Variance (Contract-to-Date).** If Cost Performance Report (CPR) or Cost/Schedule Status Review (C/SSR) data are available, identify the current percent cost variance to date, the Government's estimated completion cost variance (percent), and the cumulative schedule variance (percent). Indicate the cutoff date for the CPR or C/SSR used.

A3.26.1 Compute current cost variance percentage by dividing cumulative cost variance to date (column 11 of the CPR, column 6 of the C/SSR) by the Budgeted Cost of Work Performed (BCWP) and multiply by 100.

A3.26.2 Compute completion cost variance percentage by dividing the Contract Budget Baseline (CBB) less the Government's Estimate At Completion (EAC) by CBB and multiplying by 100. The calculation is [(CBB - EAC)/CBB] X 100. The CBB must be the current budget base against which the contractor is performing (including formally established Over Target Baselines (OTB)). If an OTB has been established since the last CPAR, a brief description in Block 20 of the nature and magnitude of the baseline adjustment must be provided. Subsequent CPARs must evaluate cost performance in terms of the revised baseline and reference the CPAR that described the baseline adjustment. For example, "The contract baseline was formally adjusted on (date); see CPAR for (period covered by report) for an explanation."

A3.26.3 Compute cumulative schedule variance percentage by dividing the Budgeted Cost of Work Performed (BCWP) less budgeted cost of work scheduled (BCWS) by BCWS and multiply by 100. The calculation is [(BCWP - BCWS)/BCWS] X 100. If the schedule variance exceeds 15 percent (positive or negative), briefly discuss in Block 20 the significance of this variance for the contract effort.

A3.27 **Block 20 - AO Narrative** (see paragraph 1.3). A factual narrative is required for all assessments regardless of color rating (e.g., even "green" or “satisfactory” ratings require narrative support). Cross-reference the comments in Block 20 to their corresponding evaluation area in Block 18 or 19. Each narrative statement in support of the area assessment must contain objective data. An exceptional cost performance assessment could, for example, cite the current

underrun dollar value and estimate at completion. A marginal engineering design/support assessment could, for example, be supported by information concerning personnel changes. Key engineers familiar with the effort may have been replaced by less experienced engineers. Sources of data include operational test and evaluation results; technical interchange meetings; production readiness reviews; earned contract incentives; or award fee evaluations. The AO's comments in Block 20 may be up to 16,000 characters (approximately three pages) in the CPARS AIS.

A3.27.1 The AO must choose the applicable choice to the following statement after block 20: "Given what I know today about the contractor's ability to execute what he promised in his proposal, I (definitely would not, probably would not, might or might not, probably would or definitely would) award to him today given that I had a choice."

A3.28 **Block 21 - AO Signature.** The AO enters his or her name, title, and organization (AF users do not include a code), phone number (in the following format: (XXX)XXX-XXXX DSNXXXXXXX), email address, FAX number, and signs and dates the form prior to making it available to the contractor for review.

A3.29 **Block 22 - Contractor Comments.** Completed at the option of the contractor. The contractor's narrative comments may be up to 16,000 characters (approximately three pages).

A3.30 **Block 23 - Contractor Representative Signature.** The contractor representative reviewing/commenting on the CPAR will enter his or her name, title, phone number, email address, FAX number, and signs and dates the form prior to returning it to the AO.

A3.31 **Block 24 - RO Comments.** The RO must acknowledge consideration of any significant discrepancies between the AO assessment and the contractor's comments. The RO's narrative comments may be up to 16,000 characters (approximately three pages).

A3.32 **Block 25 - RO Signature.** The RO will enter his or her name, title, organization (AF users do not include a code), phone number (in the following format: (XXX)XXX-XXXX DSNXXXXXXX), email address, FAX number, and date when completing the CPAR. (See Table 1 for guidance as to who may act as the RO.)

FOR OFFICIAL USE ONLY / SOURCE SELECTION INFORMATION – SEE FAR 2.101 and 3.104 (when filled in)

# CONTRACTOR PERFORMANCE ASSESSMENT REPORT (CPAR)

**SERVICES
INFORMATION TECHNOLOGY
OPERATIONS SUPPORT**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. NAME/ADDRESS OF CONTRACTOR *(DIVISION)* | | 2. | ☐ | INITIAL | ☐ | INTER-MEDIATE | ☐ | FINAL REPORT | ☐ | OUT OF CYCLE | ☐ ADDENDUM |
| | | 3. PERIOD OF PERFORMANCE BEING ASSESSED | | | | | | | | | |
| CAGE CODE | DUNS + 4 NUMBER | 4a. CONTRACT NUMBER | | | | | 4b. DOD BUSINESS SECTOR & SUBSECTOR | | | | |
| FSC OR SERVICE CODE | NAICS | 5. CONTRACTING OFFICE (ORGANIZATION AND CODE) | | | | | | | | | |
| 6. LOCATION OF CONTRACT PERFORMANCE *(If not in item 1)* | | 7a. CO | | | | | 7b. PHONE NUMBER | | | | |
| | | 8a. CONTRACT AWARD DATE | | 8b. CONTRACT EFFECTIVE DATE | | | 9. CONTRACT COMPLETION DATE | | | | |
| | | 10. N/A | | | | | | | | | |
| | | 11. AWARDED VALUE | | | | | 12. CURRENT CONTRACT DOLLAR VALUE | | | | |
| | | 13. | ☐ | COMPETITIVE | | | ☐ | NON-COMPETITIVE | | | |

| 14. | CONTRACT TYPE | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ FFP | ☐ FPI | ☐ FPR | ☐ CPFF | ☐ CPIF | ☐ CPAF | ☐ OTHER | MIXED: |

15. KEY SUBCONTRACTORS AND DESCRIPTION OF EFFORT PERFORMED

16. PROGRAM TITLE AND PHASE OF ACQUISITION *(If applicable)*

17. CONTRACT EFFORT DESCRIPTION (Highlight key components, technologies and requirements; key milestone events and major modifications to contract during this period.)

| | | CURRENT RATING | | | | | |
|---|---|---|---|---|---|---|---|
| 18. EVALUATE THE FOLLOWING AREAS | PAST RATING | Unsatisfactory | Marginal | Satisfactory | Very Good | Exceptional | N/A |
| a. QUALITY OF PRODUCT OR SERVICE | | | | | | | |
| b. SCHEDULE | | | | | | | |
| c. COST CONTROL | | | | | | | |
| d. BUSINESS RELATIONS | | | | | | | |
| e. MANAGEMENT OF KEY PERSONNEL * | | | | | | | |
| f. OTHER AREAS | | | | | | | |
| (1) | | | | | | | |
| (2) | | | | | | | |
| (3) | | | | | | | |
| (4) | | | | | | | |
| (5) | | | | | | | |
| (6) | | | | | | | |
| (7) | | | | | | | |

DD Form 2846, September 2002 FOR OFFICIAL USE ONLY (When Filled In)

* Not applicable to Operations Support

FOR OFFICIAL USE ONLY / SOURCE SELECTION INFORMATION – SEE FAR 2.101 and 3.104 (when filled in)

| | | |
|---|---|---|
| 19. N/A | | |
| | | |
| | | |

20. ASSESSING OFFICIAL (i.e. PM OR EQUIVALENT INDIVIDUAL RESPONSIBLE FOR PROGRAM, PROJECT, OR TASK/JOB ORDER EXECUTION) NARRATIVE (SEE PARA. 1.3)

| | | |
|---|---|---|
| 21. TYPE NAME AND TITLE OF ASSESSING OFFICIAL (SEE PARA. 1.3) | ORGANIZATION AND CODE | PHONE NUMBER |
| EMAIL ADDRESS: | | FAX NUMBER |
| SIGNATURE | | DATE |

22. CONTRACTOR COMMENTS (Contractor's Option)

| | |
|---|---|
| 23. TYPE NAME AND TITLE OF CONTRACTOR REPRESENTATIVE | PHONE NUMBER |
| EMAIL ADDRESS: | FAX NUMBER |
| SIGNATURE | DATE |

24. REVIEW BY REVIEWING OFFICIAL (Comments Optional)

| | | |
|---|---|---|
| 25. TYPE NAME AND TITLE OF REVIEWING OFFICIAL | ORGANIZATION AND CODE | PHONE NUMBER |
| EMAIL ADDRESS: | | FAX NUMBER |
| SIGNATURE | | DATE |

DD Form 2846, September 2002 FOR OFFICIAL USE ONLY (When Filled In)

A4.1 All business sectors, except Systems, Ship Repair and Overhaul and construction and architect-engineer, will be completed on this form.

A4.2 **Block 1 - Name/Address of Contractor**. State the name and address of the division or subsidiary of the contractor that is performing the contract. Identify the parent corporation (no address required). Identify the CAGE code, DUNS+4 number, Federal Supply Classification (FSC) or Service Code, and North American Industrial Classification System (NAICS) code. All codes can be accessed by using the on-screen “lookup” function provided in the electronic form.

A4.3 **Block 2 - Type Report**. Indicate whether the CPAR is an initial, intermediate, or final report. If this is an “out-of-cycle” report, select “out-of-cycle.” If this is a report to record contractor performance relative to contract closeout or other administrative requirements, select “Addendum.”

A4.4 **Block 3 - Period of Performance Being Assessed**. State the period of performance covered by the report (dates must be in MM/DD/YYYY format). The initial period of performance should not cover less than six months of actual performance.

A4.4.1 **Period of Performance for Delayed Starts, Protests or Phase-In Periods.** In the case of delayed starts or protests, the initial period of performance may cover more than twelve months of time since contract award, but normally no more than twelve months of actual contract performance. Initial periods reporting on performance greater than 12 months (such as for phase-in periods) must be approved by the CPAR Focal Point and coordinated with the contractor. The period of performance should not already include reported efforts except when an out-of-cycle CPAR has been processed.

A4.4.2 **Period of Performance for Intermediate/Final Reports.** CPAR assessments for intermediate and final reports should cover a 12 month period of performance. Exceptions to this rule for special circumstances, such as a period of performance that ends one month before contract completion or in those instances (up to six months beyond the annual period) where the performance has been extended must be approved by the CPAR Focal Point.

A4.4.3 **Period of Performance for Out-of-Cycle Reports.** Select “Out-of-Cycle” from the drop-down menu if the AO elects to prepare an out-of-cycle report which will be posted to the CPARS AIS for a time period which overlaps the regularly scheduled performance period if there has been a significant change in the performance which alters the assessment in one or more evaluation area(s) since the last performance period. If the AO chooses to have the Out-of-Cycle report posted in the CPARS AIS (and ultimately the PPIRS), the CPAR will be processed through the regular work flow (Government and contractor review). See paragraph 4.4 for more information on Out-of-Cycle reports.

A4.5 **Block 4a - Contract Number**. Use the contract number as identified on the contract, except in the case of BOAs, BPAs, GSA schedule and other service/agency orders. If an order/call is issued under a BOA, BPA, GSA schedule or other service/agency contract/agreement, the contract number in CPARS should match the

master contract number. The order number field should be used to reflect the contract/schedule/agreement number for the order/call.

A4.6 **Block 4b - DoD Business Sector and Sub-Sector.** The Services sub-sectors are: Professional/Technical and Management Support Services, Repair and Overhaul (excludes ship repair and overhaul), Installation Services and DoD Transportation System Services. The Information Technology sub-sectors are: Software, Hardware, and Telecommunications Equipment or Services. The Operations Support sub-sectors are: Mechanical, Structural, Electronics, Electrical, Ammunition, Troop Support, Base Supplies and Fuels.

A4.7 **Block 5 - Contracting Office (Organization and Code)**. Identify the contracting office symbol; AF users do not need to include a code.

A4.8 **Block 6 - Location of Contract Performance**. Provide a geographical reference (e.g., nearest city and installation name) if performance is on a military installation.

A4.9 **Block 7a – Contracting Officer.** Self-explanatory.

A4.9.1 **Block 7b. - Phone Number.** Include the commercial phone number and DSN in the following format: (XXX)XXX-XXXX DSN XXXXXXX.

A4.10 **Block 8a - Contract Award Date**. Identify the date of contract award or select the date on the on-screen, drop-down calendar.

A4.10.1 **Block 8b – Contract Effective Date.** Identify the date (MM/DD/YYYY) that actual contract performance is set to begin or select the on-screen calendar date only if that date is later than Block 8a, Contract Award Date.

A4.11 **Block 9 - Contract Completion Date**. Identify the last possible date of contract performance (e.g., the last day of the last option period) or select the date on the on-screen, drop-down calendar.

A4.12 **Block 10 - N/A**. Not applicable.

A4.13 **Block 11 - Awarded Value**. Enter the total value of the contract, including unexercised options. For delivery/task/job order contracts where orders will be assessed under a single CPAR, enter the maximum ordering amount under the contract, including options. For delivery/task/job order contracts where orders will be assessed on an individual basis, enter the awarded value of the individual order. For BOAs/BPAs where orders/calls will be assessed individually, enter the awarded value of the individual order.

A4.14 **Block 12 - Current Contract Dollar Value**. State the current obligated amount including modifications and options that have been exercised. For incentive contracts, state the target price or total estimated amount. For delivery/task/job order contracts where orders will be assessed under a single CPAR, state the total amount obligated on all delivery orders, including modifications. For delivery/task/job order contracts where

orders will be assessed on an individual basis, state the current obligated amount of the individual order, including modifications. For BOAs where orders will be assessed individually, state the current obligated amount of the individual order, including modifications.

A4.15 **Block 13 - Basis of Award.** Identify the basis of award by selecting competitive or non-competitive. If the CPAR is for a single order/call, select the basis of award for that order/call.

A4.16 **Block 14 - Contract Type.** Identify the contract type. For mixed contract types, select the predominant contract type and identify the other contract type in the "mixed" block.

A4.17 **Block 15 - Key Subcontractors and Description of Effort Performed.** Identify subcontractors, including CAGE code and DUNS +4 number, performing either a critical aspect of the contracted effort or more than 25 percent of the dollar value of the effort. If possible, include the amount of subcontract costs of the total contract effort. Discussion of the prime contractor's management of the subcontractor should be included in Block 18d-Business Relations. See paragraph 2.5 and paragraph 2.6 for awards under the Randolph-Sheppard Act and to the Canadian Commercial Corporation, respectively.

A4.18 **Block 16 - Program Title and Phase of Acquisition**. Provide a descriptive narrative of the program. Spell out all abbreviations and acronyms. Identify the type of services (for example, professional services, maintenance, installation or information technology services).

A4.19 **Block 17 - Contract Effort Description**. Provide a description of the contract effort that identifies the key requirements and/or type of effort. This section is of critical importance to future source selection officials. The description should be detailed enough so that it can be used in determining the relevance of this program to future source selections. It is important to address the complexity of the contract effort and the overall technical risk associated with accomplishing the effort. Ensure acronyms are identified. For task/delivery order contracts, state the number of orders issued during the period.

A4.20 **Block 18 - Evaluation Areas**. Evaluate each area based on the following criteria:

A4.20.1. Each area assessment must be supported by objective data (or subjective observations) that will be provided in Block 20. Facts to support specific areas of evaluation must be requested from the PM, CO and other Government specialists familiar with the contractor's performance on the contract under review. Such specialists may, for example include the CO's Representative (COR) for the program and may also be from engineering, manufacturing, quality, logistics (including provisioning), contracting, maintenance, security, data, etc.

A4.20.2 The amount of risk inherent in the effort should be recognized as a significant factor and taken into account when assessing the contractor's performance. When a

contractor identifies significant technical risk and takes action to abate those risks, the effectiveness of these actions should be included in the narrative supporting the Block 18 ratings.

A4.20.3 The CPAR is designed to assess prime contractor performance. In those evaluation areas where subcontractor actions have significantly influenced the prime contractor's performance in a negative or positive way, record the subcontractor actions in Block 20.

A4.20.4 Evaluate all areas which pertain to the contract under evaluation, unless they are not applicable ("N/A").

A4.20.5 When performance has changed from one period to another such that a change in ratings results, the narrative in Block 20 must address each change.

A4.20.6 The AO should use customary industry quantitative measures where they are applicable if the contract is for commercial products.

A4.20.7 Ratings will be in accordance with the definitions in Attachment 2.

A4.20.8. Per DoD policy, a fundamental principle of assigning ratings is that contractors will not be assessed a rating lower than satisfactory solely for not performing beyond the requirements of the contract.

A4.21 **Block 18a - Quality of Product or Service**. Assess the contractor's conformance to contract requirements, specifications and standards of good workmanship (e.g., commonly accepted technical, professional, environmental, or safety and health standards). List and assess any sub-elements to indicate different efforts where appropriate. Include, as applicable, information on the following:

- Are reports/data accurate?
- Does the product or service provided meet the specifications of the contract?
- Does the contractor's work measure up to commonly accepted technical or professional standards?
- What degree of Government technical direction was required to solve problems that arise during performance?

**For Operations Support:** Assess how successfully the contractor meets program quality objectives such as producibility, reliability, maintainability and inspectability. The AO must be flexible in how contractor success is measured; e.g., using data from field reliability and maintainability and failure reports, user comments and acceptance rates, and scrap and rework rates. These quantitative indicators may be useful later, for example, in source selection evaluations, in demonstrating continuous improvement, quality and reliability leadership that reflects progress in total quality management. Assess the contractor's control of the overall production process to include material control, shop planning and control, and statusing.

A4.22 **Block 18b - Schedule**. Assess the timeliness of the contractor against the completion of the contract, task orders, milestones, delivery schedules, and administrative requirements (e.g., efforts that contribute to or affect the schedule variance).

This assessment of the contractor's adherence to the required delivery schedule should include the contractor's efforts during the assessment period that contributes to or affect the schedule variance. This element applies to contract closeout activities as well as contract performance. Instances of adverse actions such as the assessment of liquidated damages or issuance of Cure Notices, Show Cause Notices, and Delinquency Notices are indicators of problems which may have resulted in variance to the contract schedule and should, therefore, be noted in the evaluation.

A4.23 **Block 18c - Cost Control**. **(Not required for Firm-Fixed Price or Firm-Fixed Price with Economic Price Adjustment).** Assess the contractor's effectiveness in forecasting, managing, and controlling contract cost. Include, as applicable, the following information:

- Does the contractor keep within the total estimated cost (what is the relationship of the negotiated costs and budgeted costs to actuals)?
- Did the contractor do anything innovative that resulted in cost savings?
- Were billings current, accurate and complete?
- Are the contractor's budgetary internal controls adequate?

Assessment information regarding performance under a UCA shall be included in the annual evaluation. If the final negotiated contract type is not a cost-type, cost information for the period the UCA was in effect shall be included under the cost element. The contractor's performance under the UCA shall be separately identified but considered in the overall annual ratings.

A4.24 **Block 18d - Business Relations**. Assess the integration and coordination of all activity needed to execute the contract, specifically the timeliness, completeness and quality of problem identification, corrective action plans, proposal submittals, the contractor's history of reasonable and cooperative behavior (to include timely identification of issues in controversy), customer satisfaction, timely award and management of subcontracts. If the contract has a small business subcontracting plan, the evaluation must address whether the contractor met its small business subcontracting plan goals. Include, as applicable, information on the following:

- Is the contractor oriented toward the customer?
- Is interaction between the contractor and the government satisfactory or does it need improvement?
- Include the adequacy of the contractor's accounting, billing, and estimating systems and the contractor's management of Government Property (GFP) if a substantial amount of GFP has been provided to the contractor under the contract.
- Identify the percentage of the contract work that was represented by subcontracted efforts

- Address the timeliness of awards to subcontractors and management of subcontractors, including subcontract costs. Consider efforts taken to ensure early identification of subcontract problems and the timely application of corporate resources to preclude subcontract problems from impacting overall prime contractor performance.
- Assess the prime contractor's effort devoted to managing subcontracts and whether subcontractors were an integral part of the contractor's team.

A4.25 **Block 18e - Management of Key Personnel (For Services and Information Technology Business Sectors only - Not Applicable to Operations Support)**. Assess the contractor's performance in selecting, retaining, supporting, and replacing, when necessary, key personnel. For example:

- How well did the contractor match the qualifications of the key position, as described in the contract, with the person who filled the key position?
- Did the contractor support key personnel so they were able to work effectively?
- If a key person did not perform well, what action was taken by the contractor to correct this?
- If a replacement of a key person was necessary, did the replacement meet or exceed the qualifications of the position as described in the contract schedule?

A4.26 **Block 18f - Other Areas**. Specify additional evaluation areas that are unique to the contract, or that cannot be captured elsewhere on the form. More than one type of entry may be included, but should be separately labeled. If extra space is needed, use Block 20.

A4.26.1 If the contract contains an award fee clause, enter "award fee" in the "Other Areas" Block (18e). The AO should translate the award fee earned to color ratings which could prove more useful for using past performance to assess future performance risk in upcoming source selections. If award fee information is included in the CPAR, use Block 20 to provide a description for each award fee. Include the scope of the award fee by describing the extent to which it covers the total range of contract performance activities, or is restricted to certain elements of the contract.

A4.26.2 If any other type of contract incentive is included in the contract (excluding contract shareline incentives on fixed price or cost-type contracts), it should be reported in a manner similar to the procedures described above for award fee (by entering "Incentive" in Block 18e).

A4.26.3 Use Block 18f in those instances where an aspect of the contractor's performance does not fit into any of the other blocks on the form.

A4.27 **Block 19 – N/A**. Not applicable.

A4.28 **Block 20 - Assessing Official Narrative** (see paragraph 1.3). A factual narrative is required for all assessments regardless of rating. Cross-reference the comments in Block 20 to their corresponding evaluation area in Block 18. Each narrative statement in

support of the area assessment must contain objective data. An exceptional cost performance assessment could, for example, cite the current underrun dollar value and estimate at completion. A marginal assessment could, for example, be supported by information concerning personnel changes or schedule delinquency rate. Key personnel familiar with the effort may have been replaced by less experienced personnel. Sources of the data used by the AO for the assessment may include customer/field surveys or evaluation of contractor reports. The CO should be contacted to ensure that all applicable data has been incorporated. Block 20 comments may be up to 16,000 characters (approximately three pages) in the CPARS AIS.

A4.28.1 The AO must choose the applicable choice to the following statement after Block 20: "Given what I know today about the contractor's ability to execute what he promised in his proposal, I (definitely would not, probably would not, might or might not, probably would or definitely would) award to him today given that I had a choice."

A4.29 **Block 21 - AO Signature**. The AO enters his or her name, title, and organization (AF users do not include a code), phone number (in the following format: (XXX)XXX-XXXX DSNXXXXXXX), email address, FAX number, and signs and dates the form prior to making it available to the contractor for review.

A4.30 **Block 22 - Contractor Comments.** Completed at the option of the contractor. The contractor's narrative comments may be up to 16,000 characters (approximately three pages).

A4.31 **Block 23 - Contractor Representative Signature.** The contractor representative reviewing/commenting on the CPAR will enter his or her name, title, phone number, email address, FAX number, and signs and dates the form prior to returning it to the AO.

A4.32 **Block 24 - RO Comments.** The RO must acknowledge consideration of any significant discrepancies between the AO assessment and the contractor's comments. The RO's narrative comments may be up to 16,000 characters (approximately three pages).

A4.33 **Block 25 - RO Signature.** The RO will enter his or her name, title, organization (AF users do not include a code), phone number (in the following format: (XXX)XXX-XXXX DSNXXXXXXX), email address, FAX number, and date when completing the CPAR. (See Table 1 for guidance as to who may act as the RO.)

# SECRETARY OF THE AIR FORCE (CONTRACTING)

**SAF/AQC**
1060 Air Force Pentagon
Washington DC 20330-1060
(703)588-7062, DSN 425-7062

## MAJOR COMMANDS

**Air Combat Command**
ACC/LGC
130 Douglas Street, Suite 210
Langley AFB VA 23665-2791
(757) 764-5373, DSN 574-5373

**Air Education & Training Command**
AETC/LGC
555 E. Street East
Randolph AFB TX 78150-4440
(210) 652-2821, DSN 487-2821

**Air Force Materiel Command**
AFMC/PK
4375 Chidlaw Road
Wright-Patterson AFB OH 45433-5006
(937) 257-8982, DSN 787-8982

**Air Force Reserve Command**
HQ AFRC/LGC
255 Richard Ray Blvd
Robins AFB GA 31098-1637
(912) 327-1610, DSN 497-1610

**Air Force Space Command**
AFSPC/MSK
150 Vandenberg Street, Suite 1105
Peterson AFB CO 80914-4350
(719)554-2652, DSN 692-2652

**Air Force Special Operations Command**
AFSOC/PKM
100 Bartley Road, Ste 224
Hurlburt Field, FL 32544-5273
(850) 884-2042, DSN 579-2042

**Air Mobility Command**
AMC/A7KJ
507 Symington Dr, Rm 1054
Scott AFB IL 62225-5022
(618) 229-0184, DSN 779-0184

**Pacific Air Force**
PACAF/LGC
25 E Street, Suite I-326
Hickam AFB HI 96853-5427
(315) 449-8566

**United States Air Forces – Europe**
USAFE/LGC
Unit 3050, Box 110
APO AE 09094-0110 Ramstein, GE
DSN 314-480-2224

## DIRECT REPORTING UNITS

**Air Force Academy (USAFA)**
10 Air Base Wing
10 ABW/LGC
8110 Industrial Drive, Suite 200
USAF Academy CO 80840-2315
(719) 333-2934, DSN 333-2934

**11th Wing**
**11 CONS/LGC**
110 Luke Avenue, Room 200
Bolling AFB DC 20332-0305
202-767-8107, DSN 297-8107

**Air Force Operational Test and Evaluation Center (AFOTEC)**
8500 Gibson Blvd SE
Kirtland AFB, NM 87117-5558
(505) 846–2455, DSN 246-2455

**Air Force Materiel Command Special Access Program**
AFMC/A9JC
4170 Hebble Creek Rd., Bldg 280, Door 21
Wright Patterson AFB, OH 43433-5006
(937) 257-5559, DSN 787-5559

**- A -**

| | |
|---|---|
| ACAT | Acquisition Category |
| AFFARS | Air Force Federal Acquisition Regulation Supplement |
| AFRL | Air Force Research Laboratories |
| AIS | Automated Information System |
| AO | Assessing Official |
| AOR | Assessing Official Representative |

**- B -**

| | |
|---|---|
| BCWP | Budgeted Cost of Work Performed |
| BOA | Basic Ordering Agreement |
| BOS | Base Operating Support |
| BPA | Blanket Purchase Agreement |

**- C -**

| | |
|---|---|
| CAGE | Commercial and Government Entity |
| CBB | Contract Budget Base |
| CCC | Canadian Commercial Corporation |
| CDR | Critical Design Review |
| CMM | Capability Maturity Model |
| CO | Contracting Officer |
| COR | Contracting Officer Representative |
| CPARS | Contractor Performance Assessment Reporting System |
| CPR | Cost Performance Report |
| C/SSR | Cost/Schedule Status Report |

**- D -**

| | |
|---|---|
| DAC | Designated Acquisition Commander |
| DFARS | Defense Federal Acquisition Regulation Supplement |
| DoD | Department of Defense |
| DRU | Direct Reporting Unit |
| DUNS | Dun & Bradstreet |

**- E -**

| | |
|---|---|
| EAC | Estimate At Completion |
| ECP | Engineering Change Proposal |

**- F -**

| | |
|---|---|
| FAR | Federal Acquisition Regulation |
| FCA | Functional Configuration Audit |
| FOIA | Freedom of Information Act |
| FSC | Federal Supply (or Service) Code |

**- G -**

| | |
|---|---|
| GSA | General Services Administration |

| | |
|---|---|
| GSU | Geographically Separated Unit |

**- H -**

| | |
|---|---|
| HCA | Head of Contracting Activity |

**- I -**

| | |
|---|---|
| IDIQ | Indefinite-Delivery-Indefinite-Quantity |
| IWSM | Integrated Weapons System Management |

**- M -**

| | |
|---|---|
| MAJCOM | Major Command |
| MOASP | Management and Oversight of the Acquisition of Services Process |

**- N -**

| | |
|---|---|
| NAICS | North American Industrial Classification System |
| NISPOM | National Industrial Security Program Operating Manual Supplement |

**- O -**

| | |
|---|---|
| OTB | Over Target Baseline |

**- P -**

| | |
|---|---|
| PEO | Program Executive Officer |
| PM | Program Manager |
| PPI | Past Performance Information |
| PPIRS | Past Performance Information Retrieval System |

**- R -**

| | |
|---|---|
| RSA | Randolph-Sheppard Act |
| RO | Reviewing Official |

**- S -**

| | |
|---|---|
| S&T | Science and Technology |
| SAP | Special Access Program |
| SBA | Small Business Administration |
| SCE | Software Capability Evaluation |
| SDCE | Software Development Capability Evaluation |
| SEI | Software Engineering Institute |
| SLA | State Licensing Agency |
| SPD | System Program Director |
| SPS | Standard Procurement System |
| SSI/FOUO | Source Selection Sensitive/For Official Use Only |

**- U -**

| | |
|---|---|
| UCA | Undefinitized Contractual Action |

Features of the CPARS website (http://www.cpars.navy.mil) include:

- The "production" CPAR system.
- The "practice" CPAR system. The practice system is a mirror image of the functionality of the production system using a separate database of simulated CPAR records. The practice system allows users to gain familiarity with the mechanics of the AIS without actually entering live evaluation data.
- A "requirements" page that describes hardware and software required, security access levels, security features, how to obtain a user account and technical service support, and lists Frequently Asked Questions with answers on automation and Air Force policy.
- A quality checklist that tutors users on completing a quality evaluation.
- Link to reference material.
- Link to CPARS Computer-Based Training.
- Access Request forms.
- Software Release history.
- Air Force automated metrics (updated quarterly).