# ATTACHMENT 2

# AFFARS PART 5342Contract Administration



---

**AFFARS LIBRARY**


- PART 5342
  Contract Administration
  - SUBPART 5342.4 — CORRESPONDENCE AND VISITS
    - 5342.490 Contractor visits to or performance on Air Force installations. (No Text)
      - 5342.490-1 Contract clause.
      - 5342.490-2 Contract clause.
  - SUBPART 5342.9 — BANKRUPTCY
    - 5342.902 Bankruptcy Procedures.
  - SUBPART 5342.15 — CONTRACTOR PERFORMANCE INFORMATION
    - 5342.1503 Procedures.


---



## PART 5342
## Contract Administration

Alert Mandatory Procedures Embedded

[*Revised August 18, 2005*]

### SUBPART 5342.4 — CORRESPONDENCE AND VISITS

**5342.490 Contractor visits to or performance on Air Force installations. (No Text)**

**5342.490-1 Contract clause.**

The contracting officer shall insert the clause substantially the same as the clause at 5352.242-9000, Contractor Access to Air Force Installations, in solicitations and contracts that require contractor personnel to make frequent visits to or perform work on Air Force installation(s).

**5342.490-2 Contract clause.**

The contracting officer shall insert the clause substantially the same as the clause at 5352.242-9001, Common Access Cards (CACs) for Contractor Personnel, in solicitations and contracts that require contractor personnel to meet one or both of the following criteria:

(a) Require logical access to Department of Defense computer networks and systems in either the unclassified environment or the classified environment where authorized by governing security

directives; and/or

(b) Perform work which requires the use of a CAC for installation entry control or physical access to facilities and buildings.

## SUBPART 5342.9 — BANKRUPTCY

### 5342.902 Bankruptcy Procedures.

Follow the **Mandatory Procedures** at MP5342.902 when notified of bankruptcy proceedings that affect the Air Force.

## SUBPART 5342.15 — CONTRACTOR PERFORMANCE INFORMATION

### 5342.1503 Procedures.

The acquisition team shall use the Contractor Performance Assessment Reporting System (CPARS) to record evaluations of contractor performance. Guidance on systematically assessing contractor performance and using past performance information is available in the Air Force CPARS Guide.

PAGE < TOP ∧ TOC HOME PAGE >