# ATTACHMENT 3

# User Manual for

## Contractor Performance Assessment Reporting System (CPARS)

**OCTOBER 2005**

**Current Version 2.1.0**

**http://cpars.navy.mil**

# Foreword

The purpose of this manual is to provide working-level procedures for entering, updating, revising, and viewing information in the Contractor Performance Assessment Reporting System (CPARS) Automated Information Systems (AISs). Detailed requirements of the CPARS business processes are contained in the CPARS policy guide. This system was developed to support the electronic processing of Contractor Performance Assessment Reports (DD2846/DD2847/DD2848).

This manual translates business process requirements into detailed step-by-step procedures for individuals utilizing the automated CPARS process. This User Manual was prepared by Naval Sea Logistics Center Detachment Portsmouth (NSLCDET PTSMH). NSLCDET PTSMH continuously enhances the Automated Information Systems and the User Manual to meet the needs of customers.

Please address any recommended modifications or improvements to:

CPARS Project Manager
Naval Sea Logistics Center Detachment Portsmouth
80 Daniel Street Suite 400
Portsmouth, NH 03801-3884
E-mail: webptsmh@navy.mil
Phone: Customer Support at DSN 684-1690 x486 or Commercial (603) 431-9460 x486
Fax: Com. (603) 431-9464 (No DSN fax available)

Suggestions for modifying the CPARS applications (problems, enhancements, and/or policy) may be submitted via the User Feedback option on the Main Menu of each assigned level in CPARS.

**Table Of Contents**

System Overview…………………………………………………………………………… 4

Accessing CPARS……………………………………………………………..…………… 6

Focal Point……………………………………………………………………………….... 8

Contract Data Entry……………………………………………………………………… 20

Assessing Official Representative……………………………………………………….22

Assessing Official…………………………………………………………………………25

Defense Contractor Representative…………………………………………………….29

Reviewing Official…………………………………………………………………………31

Command Point of Contact/Configuration Management Board Member…….………… 33

Senior Command Official or Designated Representative……………………………….40

Senior Contractor Representative……………………………………………………… 43

CPARS Reports…………………………………………………………..……………… 47

- CPAR Status Report……………………………………………………………………….47
- Contract Status Report…………………………………………………………………….53
- Ratings Metrics Report…………………………………………………………………….58
- Processing Times Report………………………………………………………………… 60

Change User Profile/Switch Access Levels………………...…………………………….. 62

User Feedback…………………………………………………………………………… 65

CPARS Email Notifications…………………………………………………..……… 66

Using CPARS Effectively……………………….………………………………….…..... 67

## System Overview

The CPARS system is a web-enabled application that is accessed via the Internet website, http:// cpars.navy.mil. The application consists of an Internet web server and a dedicated CPARS application server. By definition, CPARS information is Sensitive But Unclassified (SBU). To protect the security of CPARS information, all actual data entered into and retrieved from the application is encrypted using the security features incorporated into the web browser. Access to this system requires a browser, which supports 128-bit encryption (sometimes referred to as strong encryption or U.S. only encryption), **Netscape Communicator 6.1 or higher or Microsoft's Internet Explorer 4.01 or higher. Additional details on browser requirements and security are available at http://cpars.navy.mil.**

### BASIC WORKFLOW




To support this workflow, each user is assigned a unique level of access by the Focal Point. CPARS Focal Points define a User Access Matrix that restricts access on a contract-by-contract basis, based on an individual's assigned responsibility in the process.

Major Commands, Direct Reporting Units, Wing Commanders, Systems Command (SYSCOM) Commanders, Program Executive Officers (PEOs), Direct Reporting Program Managers (DRPMs), Headquarters Marine Corps, Commander Military Sealift Command, and other activity heads of contracting are responsible for overseeing the implementation of the CPARS process within their respective organizations.

The following paragraphs explain the correlation between defined access levels and the steps in the business process.

Step 1 – **Contract Registration**. Allows general contract information to be entered by anyone assigned those responsibilities. Contracts must be registered within 30 days after contract award.

Step 2 – **Enter Proposed Ratings**. Allows individuals assigned to management of specific contracts by an Assessing Official to enter proposed ratings and supporting narrative or remarks. These ratings are relative to the contractor's performance for a specific contract.

Step 3 – **Validate Proposed Ratings**. Allows the Assessing Official to establish performance ratings and/or modify proposed ratings for specific contracts. The Assessing Official is required to enter their name, title, organization, etc and forward the assessment to the contractor for review.

Step 4 – **Contractor Comments**. Allows the contractor being evaluated to review the proposed ratings and comment on any elements that may require further review or explanation. After review the contractor returns the assessment to the Assessing Official to continue with the workflow process.

Step 5 – **Review Contractor Comments.** Allows the Assessing Official to accept and finalize the assessment, or modify the proposed ratings and narrative, and/or forward the assessment to the Reviewing Official. If ratings are modified, the original proposed ratings are archived and then both ratings are forwarded to the Reviewing Official for review and comment.

Step 6 – **Reviewing Official Comments**. Allows the Reviewing Official (if applicable) to review the ratings established by the Assessing Official and the response by the contractor to ensure that the ratings are fair and supported by objective evidence. The Reviewing Official is required to comment and close the assessment.

Once the Reviewing Official completes the actions of step 6, the assessment is considered complete. Completed assessments are copied weekly to the Federal Past Performance Information Retrieval System (PPIRS) database. PPIRS is a warehouse of all assessments completed by Federal agencies and is accessed by source selection officials to support future source selections and best value decisions.

## Accessing CPARS

The CPARS application is accessible from **http://cpars.navy.mil**. The CPARS website offers links to CPARS, ACASS and CCASS and also provides various items of interest including reference material, training information, frequently asked questions, best practices, as well as other information. A Practice System is also available to help users practice, learn, and understand their roles. To use the Practice System, click on **Practice System Logon** located on the left side of the CPARS web page. After reading the Practice System instructions, click on Logon to the practice application (or the Login graphic) located at the center of the screen and the Practice System login screen displays.

To enter the CPARS Production System, click on **Production System Logon.**




Enter the appropriate User ID and Password (case sensitive). Click on **Login to CPARS**. The **Reset** button clears the User ID and Password boxes. The **Forgot Password** button allows the user to have their password re-set and emailed to them.

When accessing CPARS with a new password, the following New User Information screen will display. New users are required to change passwords and complete all fields identified with a red asterisk (*).




Enter current password in the **Current Password:** box. Enter a new password in the **New Password**: box. The password will display as asterisks. The password is case sensitive and must contain 8–15 alpha numeric characters with no special characters, the last three passwords are kept and may not be reused, passwords must begin and end with alpha characters, passwords cannot contain any characters more than twice in a row. (Check New Password Help (**?**) for password information).

Re-enter the new password in the **Confirm New Password:** box.

Complete the user information. Care must be taken to keep the user's e-mail address current/correct for the implementation of the electronic notification system. After all required information is entered, click the **Save User Password and Information** button and a confirmation pop-up screen displays. Click the **OK** button.

A list of all options available for a specified access level will appear on the User's Main Menu.

## Focal Point

The Focal Point is responsible for the collection, distribution, and control of assessments. Focal Points are key players in the success of the CPARS automated process. Focal Point access is granted only upon the completion of a signed Focal Point User Access Request Form available at **http://cpars.navy.mil.** Focal Points coordinate CPARS access (create User IDs/passwords) for a specifically assigned area of responsibility and also have the authority to enter a manually completed assessment. The Focal Point is also authorized to register contracts that will require a contractor performance assessment. The Focal Point will assist the Assessing Official in implementing the automated CPARS process by providing training and helping with administrative matters to ensure that assessments are completed in a timely manner and are of high quality.




**Register a Contract:** This option allows a Focal Point to input basic contract information into CPARS. The contract must be registered within 30 days after contract award. Registering a contract is the only function that the Focal Point may perform in the automated workflow process. To register a contract, the user must be logged on CPARS as a Focal Point and the Focal Point Main Menu must be displayed. When an assessment is to be completed at the contract level, enter the contract number in the **Contract #:** box and click the **Register a Contract** button. When an assessment is to be completed at the Task/Delivery Order level, enter the contract number in the **Contract #:** box **and** include the Order Number in the **Order #:** box and click the **Register a Contract** button. In either case, the Contract Registration data entry screen will display. Enter the Data Universal Numbering System (DUNS) or DUNS +4 that is applicable to the contract to be registered. If the DUNS is unknown, click the Company Name drop-down box and select one of the options and enter the applicable company name information in the adjacent space. Click the **Continue with Contract Registration** button. If more than one DUNS number is found, a listing of DUNS numbers and associated company names and addresses will be displayed. Click the appropriate DUNS number to continue with the contract registration process. The Register a Contract data entry screen displays and will be pre-filled with the contractor's DUNS, name and address. Continue with the contract registration process by entering basic contract information in the spaces provided. Required fields are identified with a red asterisk (*). The blue question mark (**?**) identifies that online help is available for the data entry field. The **green tabs** provide additional data entry boxes. Click each **green tab** and enter data in all of the required fields (*) to register and save the contract.

Click the **Validate and Save the Contract Data** button located at the bottom of the data entry screen. Click the **OK** button. To return to the Focal Point Main Menu, click the **Return to the Main Menu** button. **Return to the Main Menu** button does not save any information that has been entered.

**NOTE:** A contract/order only has to be registered one time. Once a contract is registered in CPARS, any of the contract registration fields can be later updated by entering the contract number in the **Contract #:** box and, if applicable, the order number in the **Order #:** box and clicking the **Register a Contract** button.

**Input a Completed CPAR:** This option allows the Focal Point to input an assessment that has been completed manually. **It must be emphasized that the Focal Point is not part of the automated workflow process.** The Focal Point can only input a **manually completed** assessment.

To input a completed CPAR, the Focal Point must be logged in CPARS and the Focal Point Main Menu must be displayed. Enter the contract number in the **Contract #:** box and the order number, if applicable, in the **Order #:** box. Click the **Input a Completed CPAR** button.

**If the contract has already been registered**, a data entry template will be displayed with the contractor's name, address, and DUNS already pre-filled. The **green tabs** provide additional data entry boxes. Click each **green tab** and fill-in the required fields (*) to enter a completed assessment.

**If the contract was not previously registered**, the Focal Point must first select the applicable form type for this contract. Next a data entry template will be displayed, but without the contractor's name, address, and DUNS pre-filled. The **green tabs** provide additional data entry boxes. Click each **green tab** and fill-in the required fields (*) to enter a completed assessment.

The assessment data entry template offers on-line help for all fields displayed with a blue question mark (**?**). Clicking on a blue question mark will provide an explanation of the information required in the adjacent field. Click **Close** to close the help window. The assessment data entry template identifies required fields with a red asterisk (*).

When using the **Input a Completed CPAR** option, the Focal Point is allowed to save an assessment that he or she has started to enter, but can not finish during the same Login session. Clicking the **Save Data** button will save the Focal Point's partially completed work. **NOTE: Report Type and Period of Performance** must be filled in to save a partially completed assessment. When the Focal Point is ready to finish entering the saved assessment, he or she will Login to CPARS, at the Main Menu enter the contract number in the **Contract #:** box and the order number, if applicable, in the **Order #:** box, and click on the **Input a Completed CPAR** button. The assessment that was in the process of being entered, but was saved and closed, will be displayed for additional data entry.

When the data entry process is complete, click the **Validate and Close the CPAR** button. To return to the Focal Point Main Menu, click the **Return to the Main Menu** button**.** The **Return to the Main Menu** button does not save any information that has been previously entered since the last save.

**Delete a Registered Contract:** This option allows the Focal Point to delete a previously registered contract. To delete a registered contract, enter the contract number in the **Contract #:** box and the order number, if applicable, in the **Order #:** box. Click the **Delete a Registered Contract** button and the **Delete Contract Confirmation** screen displays. Select the **Confirm Delete** button after verifying the correct contract is about to be deleted from the CPARS database. Select the **Cancel Delete and Return to the Main Menu** button to cancel the contract deletion process. **NOTE:** Contracts that have assessments started or completed cannot be deleted from the CPARS database.

**View/Print CPARs:** This option allows the Focal Point to view an assessment in a read-only format. To view an assessment, the user must be logged in CPARS as a Focal Point and the Focal Point Main Menu must be displayed. Enter a contract number in the **Contract #:** box and the order number, if applicable, in the **Order #:** box. Click the **View/Print CPARs** button and the assessment will appear in HTML format. If more than one assessment exists for the same contract (and order, if applicable), a list of assessments will display. Click on the contract

number of the assessment to be viewed in HTML format. Click the **View CPAR as PDF** button to view the assessment using Adobe Acrobat Reader. Once the assessment is displayed, the user is able to view and/or print the assessment on a local printer. To return to the Focal Point Main Menu, click the **Close** button.

**To-Do List:** This option is a quick and efficient way for the Focal Point to monitor and check the status of pertinent assessments in CPARS. Click the **To-Do List** button from the Focal Point Main Menu. A **To-Do List Parameters** screen displays. The Focal Point can select **Include All** to produce a list of all assessments that have been started and require action within his or her area of responsibility. Select **Limit by Contract Number** and enter a contract number in the adjacent field to limit the list of assessments to a specific contract. The Focal Point can also limit the To-Do List to a specific **User Role** or **User** by making the appropriate selections. Select the desired parameters and include a sort option, if required. Click the **Show To-Do List** button.




A list of assessments will display based on the parameters selected by the Focal Point. The **To Do List** identifies, for each assessment, the action required and the name of the individual responsible for completing the action. To return to the To-Do List Parameters screen, click the **Return to the To-Do List Parameters** button. The **Return to the Main Menu** button returns the user to the Focal Point's Main Menu.

**Access Authorization:** This option is used by Focal Points to provide access to CPARS, to modify existing user accounts, to view a list of existing users, to transfer access from one user to another, and to assign an Alternate Focal Point. To provide access to CPARS, the Focal Point must complete an Access Authorization Matrix (described below). An Access Authorization Matrix is required for all personnel involved in the automated workflow for the contracts within the Focal Point's area of control. The "role" or level of access assigned to an individual is based on information that the Focal Point receives from project management teams (and the like) for the contracts that require evaluating contractor performance.




**<u>Create New User Access:</u>** To create a new user account or to give an existing user access to a new contract number, click on the **Access Authorization** button located on the Focal Point Main Menu. Click the **Create New User Access** button from the **Access Authorization Menu**. The **Create New User Access** screen displays.




In step 1 the Focal Point must enter the Contract Number and Order Number, if applicable, and then click the **Add** button for each contract and order number entered. If an incorrect contract or order number is entered after clicking **Add**, highlight the incorrect contract number and click on the **Delete** button. In step 2, select the user role from the **Select User Role** drop-down box. In step 3, the Focal Point will enter a **New User Name** (First Name and Last Name only) and **Email** (optional, but recommended) or will **Select Existing User**. To select an existing user, click the **Search** button and the **Search for existing Government (or Contractor) Users:** window will display. Enter the full or partial last name and click on the **Search** button. A list of existing user names will display. Click on the desired name and the name will appear in the **Select Existing User** box. The **Delete** button removes the selected user name from the **Select Existing User:** box. In step 4, click the **Add User** button after entering the information required in steps 1 through 3. The Focal Point should repeat steps 2 through 4 as necessary to provide access to the contracts and order numbers identified in Step 1. A matrix will display containing each entry.

## CPARS - Create New User Access

1. Enter Contract(s): Contract: [ ] Order: [ ] Add | N4511236C0000 | Delete | Delete All

2. Select User Role: (Select User Role)

3. Enter New User Name: [ ]

Email: [ ] *(optional, new users only)*

or Select Existing User: Search [ ] Delete

4. Add User: Add User

| | User Role | User Name | User Email | User Id | Contracts | User Type |
|---|---|---|---|---|---|---|
| Delete | Contract Data Entry | DAVE SMITH | Dsmith@noemail.mil | | N4511236C0000; | New |
| Delete | Assessing Official Rep | BRAD BLAKE | Bblake@noemail.mil | | N4511236C0000; | New |
| Delete | Assessing Official | JAMES DOE | | P$JADOE | N4511236C0000; | Existing |
| Delete | Contractor Rep | FRANK FINCH | frank.finch@industry.com | | N4511236C0000; | New |
| Delete | Reviewing Official | SHERRY JONES | | P$SJONES | N4511236C0000; | Existing |

- Create User Access Matrix
- Clear All Data
- Return to the Access Authorization Menu
- Return to the Main Menu

To delete a user from the matrix, click the Delete button located to left of the users role. The **Clear All Data** button clears all data entered in the matrix. After all contracts/orders, roles, names, and emails have been entered, click the **Create User Access Matrix** button. A **User Access Authorization Matrix** displays.

## User Access Authorization Matrix

Please review the following User Matrix:

| User Role | User Name | User Email | User Id | Contracts | User Type |
|---|---|---|---|---|---|
| Contract Data Entry | DAVE SMITH | Dsmith@noemail.mil | | N4511236C0000; | New |
| Assessing Official Rep | BRAD BLAKE | Bblake@noemail.mil | | N4511236C0000; | New |
| Assessing Official | JAMES DOE | | P$JADOE | N4511236C0000; | Existing |
| Contractor Rep | FRANK FINCH | frank.finch@industry.com | | N4511236C0000; | New |
| Reviewing Official | SHERRY JONES | | P$SJONES | N4511236C0000; | Existing |

- Authorize Access to these Users
- Modify Access Matrix to Correct Mistakes
- Return to the Main Menu

This screen presents an opportunity for the Focal Point to review information for accuracy. If information has been entered incorrectly, click the **Modify Access Matrix to Correct Mistakes** button and the previous screen will display allowing the Focal Point to make the required changes. If all information is correct, click the **Authorize Access to these Users** button. The completed **User Access Authorization Matrix** displays providing User Role, User Name, User Email, User ID, Password, Status ("Authorized" indicates the access was created), Contracts and User Type. It is advisable to print the matrix for future reference as Focal Points must advise new users of their User ID and Password. Click on **Return to the Access Authorization Menu** or **Return to the Main Menu**, as applicable.

**User Access Authorization Matrix**

Access has been authorized for the following users to the associated Contracts.
Please print this page (in landscape) and inform the new users of their userid and password settings.
These users will be required to change their passwords the first time they login to the application.

| User Role | User Name | User Email | User Id | Password * | Status ** | Contracts | User Type |
|---|---|---|---|---|---|---|---|
| Contract Data Entry | DAVE SMITH | Dsmith@noemail.mil | P$DSMITH | FnYyHJar | Authorized | N4511236C0000; | New |
| Assessing Official Rep | BRAD BLAKE | Bblake@noemail.mil | P$BBLAK | YWeKPpPr | Authorized | N4511236C0000; | New |
| Assessing Official | JAMES DOE | | P$JADOE | *** | Authorized | N4511236C0000; | Existing |
| Contractor Rep | FRANK FINCH | frank.finch@industry.com | P$FFINC | Dub3vLvt | Authorized | N4511236C0000; | New |
| Reviewing Official | SHERRY JONES | | P$SJONES | *** | Authorized | N4511236C0000; | Existing |

* Note: *** in the Password column indicates an existing user.
** Note: if the Status indicates Failed, please contact the customer support desk for assistance.

Return to the Access Authorization Menu
Return to the Main Menu

**Modify Existing User Access:** This option allows the Focal Point to change existing users' access level; to remove users' access to contracts; to reset passwords; to update users' profile information; and to delete users from the CPARS application. To access the **Modify Existing User Access** option, click the **Access Authorization** button on the Focal Point Main Menu. Click the **Modify Existing User Access** button from the Access Authorization Menu and the Modify Existing User Access Screen displays.

**CPARS - Modify Existing User Access**

Select a Contract: (Select Contract) or User: (Select User)

View Access

**Users Authorized by You:**

| USER NAME | USER ID | PASSWORD | USER ROLE |
|---|---|---|---|

Return to the Access Authorization Menu
Return to the Main Menu

To modify existing user access by **contract**, click the **Select a Contract** drop-down box and all contracts authorized by the Focal point will display. Select the desired contract and click the **View Access** button. The **Users Authorized by You:** matrix displays.



**CPARS - Modify Existing User Access**

Select a Contract: N4511236C0000 or User: (Select User)

View Access

**Users Authorized by You:**

| | | USER NAME | USER ID | PASSWORD | USER ROLE |
|---|---|---|---|---|---|
| [Delete User] | [Modify] | BRAD BLAKE [Change Profile] | P$BBLAK | [Reset] | Assessing Official Rep |
| [Delete User] | [Modify] | DAVE SMITH [Change Profile] | P$DSMITH | [Reset] | Contract Data Entry |
| [Delete User] | [Modify] | FRANK FINCH [Change Profile] | P$FFINC | [Reset] | Contractor Rep |
| [Delete User] | [Modify] | JAMES DOE [Change Profile] | P$JADOE | [Reset] | Assessing Official |
| [Delete User] | [Modify] | SHERRY JONES [Change Profile] | P$SJONES | [Reset] | Reviewing Official |

Return to the Access Authorization Menu

Return to the Main Menu

A list of all users who have been given access to the specific contract will display and the Focal Point can then choose to Delete, Modify, Change Profile, or Reset password, as required.

[Delete User] – Clicking on this option allows the Focal Point to completely delete a user from the CPARS database.

[Modify] – Clicking on this option allows the Focal Point to modify the existing user's role. Click **[Modify]** and the **Modify User Access** view displays. Select the new user role from the **New User Role** drop-down box and click the **Modify User Access** button.

[User Name] – Clicking on the user's name allows the Focal Point to view the user's profile information including User ID, Name, Organization, Address, Email, and phone number(s).

[Change Profile] - Clicking on this option adjacent to a user's name allows the Focal Point to update the user's profile information including Name, Organization, Address, Email, and phone number(s).

[Reset] – This option allows the Focal Point to reset a user's password. Click **[Reset]** and the **Confirm Password Change** pop-up box will appear and includes a new temporary, system-generated password. The Focal Point must click the **OK** button to confirm and establish the new password in CPARS. It is the Focal Point's responsibility to convey the new temporary password to the user. Click the **OK** button and a pop-up message "Password has been reset" displays.

To modify an existing user's access by **User** name, click the **User** drop-down box and all user names that have been authorized access to CPARS by the Focal Point will display. Select the desired user name and click the **View Access** button. The **Users Authorized by You:** matrix displays.




A list of all users and the specific contracts they have been given access to will display and the Focal Point can then choose to Delete, Modify, Change Profile, or Reset password, as required.

**Return to the Access Authorization Menu** button allows the Focal Point to continue with other access authorization options. The **Return to the Main Menu** button returns the user to the Focal Point Main Menu.

**View Existing User Access:** This option produces a list of user names that have been authorized access to CPARS by the Focal Point. To access the **View Existing User Access** option, click the **Access Authorization** button on the Focal Point Main Menu. Click the **View Existing User Access** button from the Access Authorization Menu and the View Existing User Access screen displays.




**To View Existing User Access** by **Contract**, click the **Contract** drop-down box and all contracts authorized by the Focal Point will display. Select the desired contract number and then click the **View Access** button. A list of Users who have been given access to the specified contract will display. The User ID, User Role and Last Logon Date are also provided. If the Focal Point would like to view the User's profile information, click on the User's Name and the User ID, Name, Organization, Address, Email and Phone Number(s) will appear. The [Spreadsheet] function will export the data columns displayed into a Microsoft Excel Spreadsheet.

## CPARS - View Existing User Access

Contract: N4511236C0000 User: ALL

View Access

[Spreadsheet]

**Users Authorized by You:**

| USER NAME | USER ID | USER ROLE | LAST LOGON DATE |
|---|---|---|---|
| BRAD BLAKE | P$BBLAK | Assessing Official Rep | NEVER |
| DAVE SMITH | P$DSMITH | Contract Data Entry | NEVER |
| FRANK FINCH | P$FFINC | Contractor Rep | NEVER |
| JAMES DOE | P$JADOE | Assessing Official | NEVER |
| SHERRY JONES | P$SJONES | Reviewing Official | NEVER |

Return to the Access Authorization Menu

Return to the Main Menu

**To View Existing User Access** by **User**, click **User** drop-down box and all users authorized by the Focal Point will display. Select the desired user name and click the **View Access** button. A list of contracts that the user has been given access to will display. The User ID, User Role and Last Logon Date are also provided. If the Focal Point would like to view the User's profile information, click on the User's Name and the User ID, Name, Organization, Address, Email and Phone Number(s) will appear.

## CPARS - View Existing User Access

Contract: ALL User: SHERRY JONES

View Access

[Spreadsheet]

**Users Authorized by You:**

| USER NAME | USER ID | USER ROLE | LAST LOGON DATE | Contracts |
|---|---|---|---|---|
| SHERRY JONES | P$SJONES | Assessing Official Rep | NEVER | N4511204D9999 |
| SHERRY JONES | P$SJONES | Reviewing Official | NEVER | N4511236C0000 |

Return to the Access Authorization Menu

Return to the Main Menu

**Return to the Access Authorization Menu** button allows the Focal Point to continue other access authorization options. The **Return to the Main Menu** button returns the user to the Focal Point Main Menu.

**<u>Transfer User Access to Another User:</u>** This option allows the Focal Point to transfer CPARS access from one user to another user as the need arises. This function is particularly useful when individuals are reassigned and no longer involved with initiating or completing assessments.

To transfer user access to another user, click the **Access Authorization** button from the Focal Point Main Menu. Click the **Transfer User Access to Another User** button and CPARS Transfer User Access screen will display.




In Step 1, select a user name from the **Select From User** drop-down box. If the selected user no longer requires access to CPARS, click in the check box adjacent to **Delete User After Transfer** (a check mark will appear in the box). This action will delete the user from the CPARS database when the Focal Point clicks on the **Transfer Access** button. In Step 2, click on the **Select User Role** drop-down and select the role to be transferred. In Step 3, select the contract number to be transferred. In Step 4, the Focal Point will identify the transfer "To User." To select a user who already has access to CPARS, click the **Search** button and the **Search for existing Government/Contractor Users:** window displays. Enter the full or partial last name and click on the **Search** button. A list of existing user names will display. Click on the desired name and the name will appear in the **Select Existing User:** box. The **Delete** button removes the selected user name from the **Select Existing User:** box. If the "To User" is not an existing user, enter the name and e-mail address of the new user in the spaces provided. Click the **Transfer Access** button to complete the transfer process. **NOTE:** When transferring to a **New User**, CPARS will assign/identify the new user's User ID and Password. It is the Focal Point's responsibility to convey the User ID and Password to the new user.

**Return to the Access Authorization Menu** allows the Focal Point to continue with other access authorization options. The **Return to the Main Menu** button returns the user to the Focal Point Main Menu.

**Assign Alternate Focal Point:** This option allows the Focal Point to assign an individual as the Alternate Focal Point. An Alternate Focal Point has the very same privileges as the Primary Focal Point. The Primary and Alternate Focal Points are allowed to work in CPARS at the same time to create/manage user accounts and to run reports, etc. To assign an Alternate Focal Point, click the **Access Authorization** button from the Focal Point Main Menu and the **Access Authorization Menu** displays. Click the **Assign Alternate Focal Point** button and the Assign Alternate Focal Point screen displays.




The Focal Point must identify the designated Alternate Focal Point by entering a name in the **Enter New User Name:** box, or by selecting an existing user from the **Select Existing User:** drop-down box. The drop-down box includes a list of existing users that have been given access to CPARS by the Focal Point. The adjacent **View** button allows the Focal Point to view the existing user's profile information, including User ID, Name, Organization, Address, Email, and Phone Number(s). Once a new name is entered or an existing user selected, the Focal Point will click the **Assign Alternate Focal Point** button. **NOTE:** When the Alternate Focal Point is a **New User**, CPARS will assign/identify the new user's User ID and Password. It is the Primary Focal Point's responsibility to convey the User ID and Password to the new user. To delete the current Alternate Focal Point, click the **Delete Current Alternate Focal Point** button.

**Return to the Access Authorization Menu** button allows the Focal Point to continue other access authorization options. The **Return to the Main Menu** button returns the user to the Focal Point Main Menu.

**NOTE:** The remaining Focal Point Main Menu options are also applicable at various CPARS access levels. As such, each option is described in more detail in later and separate sections of this user manual. Please refer to the Table of Contents to locate and obtain additional information on the following menu options:

**CPAR Status Report:** This option allows the Focal Point to monitor the status of assessments that have been started or completed for each contract the Focal Point has given access to. The CPAR Status Report will display information as counts (e.g. number of assessments complete) or a list of assessments that allows the Focal Point to gain read-only access to each assessment. **(See CPAR Status Report Section for more specific information)**

**Contract Status Report:** This option allows the Focal Point to monitor the status of contracts that he or she has given access to. The Contract Status Report will display information as counts (e.g. number of contracts due for an assessment) or as a list of contracts that identifies the status of each contract (e.g. current, due, overdue) **(See Contract Status Report Section for more specific information)**

**Ratings Metrics Report:** This option allows the Focal Point to run a report that will identify the distribution of ratings for all completed assessments under the Focal Point's cognizance. The report can be qualified by date or major command. **(See Ratings Metrics Report Section for more specific information)**

**Processing Times Report:** This option allows the Focal Point to monitor the processing times for all assessments under his or her cognizance. For example, this report will identify the number of assessments completed for a specific month and how many were completed within the 120-day goal. **(See Processing Times Report Section for more specific information)**

**Change User Profile:** This option must be used whenever a user's name, address, email address, or phone number changes. This option also allows users to select additional, optional email notifications and to change their CPARS password. **(See User Profile Section for more specific information)**

**User Feedback:** This option allows users to communicate suggested CPARS improvements, policy comments, and problems to system administrators and the Configuration Management Board. **(See User Feedback Section for more specific information)**

## Contract Data Entry

The Contract Data Entry access level is authorized by the Focal Point to register and update basic contract information. The contract must be registered in CPARS within 30 days after contract award.




**Register a Contract:** This option allows a user to input basic contract information into CPARS. Registering a contract is the only function that the Contract Data Entry user may perform in the automated workflow process. To register a contract, the user must be logged on CPARS at the Contract Data Entry level and the Contract Data Entry Main Menu must be displayed. When an assessment is to be completed at the contract level, enter the contract number in the **Contract #:** box and click the **Register a Contract** button. When an assessment is to be completed at the Task/Delivery Order level, enter the contract number in the **Contract #:** box **and** include the Order Number in the **Order #:** box and click the **Register a Contract** button. In either case, the Contract Registration data entry screen will display. Enter the DUNS number (DUNS +4, if applicable) applicable to the contract to be registered. If the DUNS is unknown, click the Company Name drop-down box and select one of the options and enter the applicable company name information in the adjacent space. Click the **Continue with Contract Registration** button. If more than one DUNS number is found, a listing of DUNS numbers and associated company names and addresses will be displayed. Click the appropriate DUNS number to continue with the contract registration process. The Register a Contract data entry screen displays and will be pre-filled with the contractor's DUNS, name and address. Continue with the contract registration process by entering basic contract information in the spaces provided. Required fields are identified with a red asterisk (*). The blue question mark (?) identifies that online help is available for the data entry field. The **green tabs** provide additional data entry boxes. Click each **green tab** and enter data in all of the required fields (*) to register and save the contract.

Click the **Validate and Save the Contract Data** button located at the bottom of the data entry screen. Click the **OK** button. To return to the Contract Data Entry Main Menu, click the **Return to the Main Menu** button. **Return to the Main Menu** button does not save any information that has been entered.

**NOTE:** A contract/order only has to be registered one time. Once a contract is registered in CPARS, any of the contract registration fields can be later updated by entering the contract number in the **Contract #:** box and, if applicable, the order number in the **Order #:** box and clicking the **Register a Contract** button.

**View/Print Contract:** This option allows the Contract Data Entry user to view registered contracts in read-only format. To view a contract, the user must be logged on CPARS as a Contract Data Entry user and the Contract Data Entry Main Menu must be displayed. Enter a contract number in the **Contract #:** box and, if applicable, enter the order number in the **Order #:** box. Click the **View/Print Contract** button. The contract will be displayed in read only format and the user has the option to print the contract to a local printer. To return to the Contract Data Entry Main Menu, click the **Return to Main Menu** button.

**CPAR Status Report:** The CPAR Status Report at the Contract Data Entry level is unique in that the status of the assessment(s) is provided, but the entire assessment cannot be viewed. Entire assessments are not accessible at

the Contract Data Entry level because this is the only level in the automated workflow process that can be granted to a support contractor. Support contractors are not permitted to view another contractor's past performance assessments. Click the **CPAR Status Report** button from the Contract Data Entry Main Menu. A list of assessments and the current status of each will display. Click on the contract number of an assessment and only the basic contract information will display in a read-only format. Click **Close** to select another contract number to view. The **Return to the Main Menu** button returns the user to the Contract Data Entry Main Menu.

**Change User Profile/Switch Access Level:** This option must be used whenever a user's name, address, email address, or phone number changes. This option also allows users to select additional, optional email notifications and to change their CPARS password. The Switch Access Level feature is available when users are assigned more than one level in the workflow process. **(See User Profile Section for more specific information)**

**User Feedback:** This option allows users to communicate suggested CPARS improvements, policy comments, and problems to system administrators and the Configuration Management Board. **(See User Feedback Section for more specific information)**

## Assessing Official Representative

An Assessing Official Representative has the authority to initiate and update assessments, but **does not** have the authority to send the assessment to the Defense Contractor Representative or to finalize an assessment.




**<u>Register a Contract:</u>** This option allows an Assessing Official Representative to input basic contract information into CPARS. The contract must be registered within 30 days after contract award. To register a contract, the user must be logged on CPARS as an Assessing Official Representative and the Assessing Official Representative Main Menu must be displayed. When an assessment is to be completed at the contract level, enter the contract number in the **Contract #:** box and click the **Register a Contract** button. When an assessment is to be completed at the Task/Delivery Order level, enter the contract number in the **Contract #:** box **<u>and</u>** include the Order Number in the **Order #:** box and click the **Register a Contract** button. In either case, the Contract Registration data entry screen will display. Enter the DUNS number (DUNS +4, if applicable) applicable to the contract to be registered. If the DUNS is unknown, click the Company Name drop-down box and select one of the options and enter the applicable company name information in the adjacent space. Click the **Continue with Contract Registration** button. If more than one DUNS number is found, a listing of DUNS numbers and associated company names and addresses will be displayed. Click the appropriate DUNS number to continue with the contract registration process. The Register a Contract data entry screen displays and will be pre-filled with the contractor's DUNS, name and address. Continue with the contract registration process by entering basic contract information in the spaces provided. Required fields are identified with a red asterisk (*). The blue question mark (**?**) identifies that online help is available for the data entry field. The **green tabs** provide additional data entry boxes. Click each **green tab** and enter data in all of the required fields (*) to register and save the contract.

Click the **Validate and Save the Contract Data** button located at the bottom of the data entry screen. Click the **OK** button. To return to the Assessing Official Representative Main Menu, click the **Return to the Main Menu** button. **Return to the Main Menu** button does not save any information that has been entered.

**NOTE:** A contract/order only has to be registered one time. Once a contract is registered in CPARS, any of the contract registration fields can be later updated by entering the contract number in the **Contract #:** box and, if applicable, the order number in the **Order #:** box and clicking the **Register a Contract** button.

**<u>Initiate a CPAR:</u>** This option allows the Assessing Official Representative to initiate the assessment process by entering proposed ratings and remarks. **It must be noted that if the Assessing Official initiates the assessment, CPARS will not allow the Assessing Official Representative to access the assessment for data**

**entry purposes.** To initiate an assessment, the user must be logged in CPARS as an Assessing Official Representative and the Assessing Official Representative Main Menu must be displayed. If the assessment is to be completed at the contract level, enter the contract number in the **Contract #:** box and click the **Initiate an Assessment** button. If the assessment is to be completed at the Task/Delivery Order level, enter the contract number in the **Contract #:** box **and** include the Order Number in the **Order #:** box and click the **Initiate a CPAR** button. In either case, the data entry screens display and are pre-filled with the basic contract information and any miscellaneous information entered during contract registration. **NOTE:** The contract must be registered before an assessment can be initiated. The **green tabs** provide additional data entry fields. Click each **green tab** to complete the Initiate a CPAR process.

The assessment data entry screens identify required fields with a red asterisk (*). However, the Assessing Official Representative is allowed to save a partially completed assessment without addressing all the required fields. Clicking the **Save Data** button will save the partially completed assessment. **NOTE: Report Type and Period of Performance** must be filled in to save a partially completed assessment. When the Assessing Official Representative is ready to continue working on the assessment, simply Logon to CPARS, click on the **To-Do List** (see below) and click on the contract/order number of the assessment to be completed. The assessment that was previously initiated, but was saved and closed, will be displayed for additional data entry.

Online help is available during the data entry process. Fields identified with a blue question mark (**?**) indicate online help availability. Simply click on the blue question mark to obtain an explanation of the information to be entered in the adjacent field. A red bar located beneath any of the **green rating tabs** indicates at least one element has been rated for the specific performance area.

If the proposed ratings and remarks are ready for the Assessing Official's review, click the **Validate and Send to the Assessing Official** button. **NOTE:** All required fields must be completed at this time. The Assessing Official will be notified via e-mail that an assessment is ready for review. A message will appear stating that the Assessing Official has been notified. Click the **OK** button. The assessment will display in HTML format. Click the **View CPAR as PDF** button to open and view the assessment using Adobe Acrobat Reader. The Assessing Official Representative is now locked out of the assessment and may now only **view** the assessment. To return to the Assessing Official Representative Main Menu, click **Return to the Main Menu** button. **Return to the Main Menu** button does not save any information that has been entered.

**Delete an Incomplete CPAR:** This option allows the Assessing Official Representative to delete an assessment that has been initiated, but not yet sent to the Assessing Official. To delete an incomplete assessment, enter the contract number in the **Contract #:** box and the order number, if applicable, in the **Order #:** box at the Assessing Official Representative's Main Menu. Click the **Delete an Incomplete CPAR** button. The **Delete Record Confirmation** screen will display. Select the **Confirm Delete** button to delete the assessment from the CPARS database. Select the **Cancel Delete and Return to the Main Menu** button to cancel the deletion of the assessment.

**View/Print CPARs:** This option allows the Assessing Official Representative to view (or print) an assessment, but not modify or change any of the information on the form. To view (or print) an assessment, enter the contract number in the **Contract #:** box and the order number, if applicable, in the **Order #:** box. Click the **View/Print CPARS** button. If more than one assessment exists for the contract number a list of assessments will display. Click on the contract number of the assessment to be viewed. The assessment will display in HTML format. Click **View CPAR as PDF** to view the assessment using Adobe Acrobat Reader. Once the assessment has been displayed, the user is able to scroll through the report and/or print it on a local printer. To return to the Assessing Official Representative Main Menu, click the **Close** button.

**To-Do List:** This option is a quick and easy method for the Assessing Official Representative to see all the assessments that he or she needs to update and send to the Assessing Official for validation. The To-Do List will also include assessments that have been returned by the Assessing Official for rework. Click the **To-Do List** button from the Assessing Official Representative Main Menu. A list of assessments will display. Click on the appropriate contract number and the assessment is opened in data entry format ready for the Assessing Official Representative to complete the required action.

**<u>CPAR Status Report</u>:** This option allows the Assessing Official Representative to monitor the status of assessments that have been started or completed for each contract that he or she has been authorized access to. The CPAR Status Report will display information as counts (e.g. number of assessments complete) or a list of assessments that allows the Assessing Official Representative with read-only access to each assessment. **(See CPAR Status Report Section for more specific information)**

**<u>Contract Status Report:</u>** This option allows the Assessing Official Representative to monitor the status of contracts that he or she has been authorized access to. The Contract Status Report will display information as counts (e.g. number of contracts due for an assessment) or as a list of contracts that identifies the status of each contract (e.g. current, due, overdue) **(See Contract Status Report Section for more specific information)**

**<u>Change User Profile/Switch Access Level:</u>** This option must be used whenever a user's name, address, email address, or phone number changes. This option also allows users to select additional, optional email notifications and to change their CPARS password. This option also allows users to switch access levels (roles) if the user has been granted more than one access level by the Focal Point. **(See User Profile Section for more specific information)**

**<u>User Feedback:</u>** This option allows users to communicate suggested CPARS improvements, policy comments, and problems to system administrators and the Configuration Management Board. **(See User Feedback Section for more specific information)**

## Assessing Official

The Assessing Official is responsible for evaluating contractor performance and for validating the proposed ratings and remarks entered by the Assessing Official Representative(s). Assessing Officials have "signature" authority and are allowed to forward assessments to the Contractor Representative for review and comment. After receiving and reviewing contractor comments, the Assessing Official has the authority to close, modify, and/or forward the assessment to the Reviewing Official.




__**Register a Contract:**__ This option allows an Assessing Official to input basic contract information into CPARS. The contract must be registered within 30 days after contract award. To register a contract, the user must be logged on CPARS as an Assessing Official and the Assessing Official Main Menu must be displayed. When an assessment is to be completed at the contract level, enter the contract number in the **Contract #:** box and click the **Register a Contract** button. When an assessment is to be completed at the Task/Delivery Order level, enter the contract number in the **Contract #:** box __**and**__ include the Order Number in the **Order #:** box and click the **Register a Contract** button. In either case, the Contract Registration data entry screen will display. Enter the DUNS number (DUNS +4, if applicable) applicable to the contract to be registered. If the DUNS is unknown, click the Company Name drop-down box and select one of the options and enter the applicable company name information in the adjacent space. Click the **Continue with Contract Registration** button. If more than one DUNS number is found, a listing of DUNS numbers and associated company names and addresses will be displayed. Click the appropriate DUNS number to continue with the contract registration process. The Register a Contract data entry screen displays and will be pre-filled with the contractor's DUNS, name and address. Continue with the contract registration process by entering basic contract information in the spaces provided. Required fields are identified with a red asterisk (*). The blue question mark (**?**) identifies that online help is available for the data entry field. The **green tabs** provide additional data entry boxes. Click each **green tab** and enter data in all of the required fields (*) to register and save the contract.

Click the **Validate and Save the Contract Data** button located at the bottom of the data entry screen. Click the **OK** button. To return to the Assessing Official Representative Main Menu, click the **Return to the Main Menu** button. **Return to the Main Menu** button does not save any information that has been entered.

**NOTE:** A contract/order only has to be registered one time. Once a contract is registered in CPARS, any of the contract registration fields can be later updated by entering the contract number in the **Contract #:** box and, if applicable, the order number in the **Order #:** box and clicking the **Register a Contract** button.

**Initiate a CPAR:** This option allows the Assessing Official to initiate the assessment process by entering proposed ratings and remarks. **It must be noted that if the Assessing Official initiates the assessment, CPARS will not allow the Assessing Official Representative to access the assessment for data entry purposes.** To initiate an assessment, the user must be logged in CPARS as an Assessing Official and the Assessing Official Main Menu must be displayed. If the assessment is to be completed at the contract level, enter the contract number in the **Contract #:** box and click the **Initiate a CPAR** button. If the assessment is to be completed at the Task/Delivery Order level, enter the contract number in the **Contract #:** box **and** include the Order Number in the **Order #:** box and click the **Initiate a CPAR** button. In either case, the data entry screens display and are pre-filled with the basic contract information and any miscellaneous information entered during contract registration. **NOTE:** The contract must be registered before an assessment can be initiated. The **green tabs** provide additional data entry fields. Click each **green tab** to complete the Initiate an Assessment process.

The assessment data entry screens identify required fields with a red asterisk (*). However, the Assessing Official is allowed to save a partially completed assessment without addressing all the required fields. Clicking the **Save Data** button will save the partially completed assessment. **NOTE: Report Type and Period of Performance** must be filled in to save a partially completed assessment. When the Assessing Official is ready to continue working on the assessment, simply Logon to CPARS, click on the **To-Do List** (see below) and click on the contract/order number of the assessment to be completed. The assessment that was previously initiated, but was saved and closed, will be displayed for additional data entry.

Online help is available during the data entry process. Fields identified with a blue question mark (**?**) indicate online help availability. Simply click on the blue question mark to obtain an explanation of the information to be entered in the adjacent field. A red bar located beneath any of the **green rating tabs** indicates at least one element has been rated for the specific performance area.

The Assessing Official will click on the **Return to the Assessing Official Representative** button whenever the Assessing Official determines the assessment requires additional detail and/or clarification from the Assessing Official Representative. The Assessing Official Representative will revise the assessment as requested. This exchange between the Assessing Official and the Assessing Official Representative may occur until the Assessing Official is satisfied with the level of detail and the quality of the assessment. The Return to the Assessing Official Representative option is only available when the assessment is initiated by an Assessing Official Representative.

When the proposed ratings and remarks are ready for the Contractor Representative's review and comment, click the **Validate and Send to the Contractor** button. **NOTE:** All required fields must be completed at this time. If the Assessing Official would like to receive a copy of the Contractor Transmittal Letter, the adjacent check box should be checked. The Contractor Representative will be notified via e-mail that an assessment is ready for review and comment. A message will appear stating that a notice has been sent to the Contractor Representative. Click the **OK** button. The assessment will display in HTML format. Click the **View CPAR as PDF** button to open and view the assessment using Adobe Acrobat Reader. The Assessing Official is now locked out of the assessment and may only **view** the assessment. To return to the Assessing Official Main Menu, click **Return to the Main Menu** button. **Return to the Main Menu** button does not save any information that has been entered.

**NOTE:** The assessment will not be forwarded if a Contractor Representative (with email address) has not been given access to the contract/order by the Focal Point. In this case, after selecting **Validate and Send to the Contractor,** the Assessing Official will see a pop-up box stating that a Contractor Representative (with email address) has not been assigned and the Focal Point should be contacted to resolve the situation.

**Delete an Incomplete CPAR:** This option allows the Assessing Official to delete an assessment that has been initiated, but not yet sent to the Contractor Representative. To delete an incomplete assessment, enter the contract number in the **Contract #:** box and the order number, if applicable, in the **Order #:** box at the Assessing Official's Main Menu. Click the **Delete an Incomplete CPAR** button. The **Delete Record Confirmation** screen will display. Select the **Confirm Delete** button to delete the assessment from the CPARS database. Select the **Cancel Delete and Return to the Main Menu** button to cancel the deletion of the assessment.

**View/Print CPARs:** This option allows the Assessing Official to view (or print) an assessment, but not modify or change any of the information on the form. To view (or print) an assessment, enter the contract number in the

**Contract #:** box and the order number, if applicable, in the **Order #:** box. Click the **View/Print CPARs** button. If more than one assessment exists for the contract number a list of assessments will display. Click on the contract number of the assessment to be viewed. The assessment will display in HTML format. Click **View CPAR as PDF** to view the assessment using Adobe Acrobat Reader. Once the assessment has been displayed, the user is able to scroll through the report and/or print it on a local printer. To return to the Assessing Official Main Menu, click the **Close** button.

**To-Do List:** This option is a quick and easy method for the Assessing Official to see all assessments that are awaiting his or her action. Click the **To-Do List** button from the Assessing Official Main Menu. A list of assessments will display. The list includes assessments that have been started and saved by the Assessing Official; those that have been forwarded by the Assessing Official Representative; assessments returned by the Contractor Representative; and finally, assessments that have not been returned by the Contractor Representative within the 30-day comment period. Click on the appropriate contract number and the assessment is opened in data entry format ready for the Assessing Official to complete the required action.

When the proposed ratings and remarks are ready for the Contractor Representative's review and comment, click the **Validate and Send to the Contractor** button. **NOTE:** All required fields must be completed at this time. If the Assessing Official would like to receive a copy of the Contractor Transmittal Letter, the adjacent check box should be checked. The Contractor Representative will be notified via e-mail that an assessment is ready for review and comment. A message will appear stating that a notice has been sent to the Contractor Representative. Click the **OK** button. The assessment will display in HTML format. Click the **View Assessment as PDF** button to open and view the assessment using Adobe Acrobat Reader. The Assessing Official is now locked out of the assessment and may now only **view** the assessment. To return to the Assessing Official Main Menu, click **Return to the Main Menu** button. **Return to the Main Menu** button does not save any information that has been entered.

**NOTE:** The assessment will not be forwarded if a Contractor Representative (with email address) has not been given access to the contract/order by the Focal Point. In this case, after selecting **Validate and Send to the Contractor,** the Assessing Official will see a pop-up box stating that a Contractor Representative (with email address) has not been assigned and the Focal Point should be contacted to resolve the situation.

The Assessing Official will use the To-Do List to review contractor comments (Action Required is "Finalize Ratings"). The Assessing Official has the option to **Accept the Ratings and Send to the Reviewing Official, Accept the Ratings and Close the CPAR (if not contentious)** or **Modify the Ratings**. If Modify the Ratings is selected, both the original assessment (including contractor comments) and the modified assessment are stored together in CPARS. Whenever a modified assessment is viewed, users have the option to view/print the original assessment. If Modify the Ratings is selected, the Assessing Official has the option to **Validate and Send to the Reviewing Official** or **Validate and Close the CPAR (if not contentious)**. The contractor will receive an automated email whenever an assessment is completed and can subsequently retrieve the completed assessment from CPARS.

The Assessing Official will use the To-Do List to retrieve assessments that are not returned by the Contractor Representative within the allotted 30-day comment period (Action Required is "Contractor Overdue, Finalize Ratings"). However, it is recommended that the Assessing Official contact the Contractor Representative to determine if extenuating circumstances prevented the contractor from commenting within the allotted time. The Assessing Official will evaluate whether the 30-day comment period should be extended or if the assessment will be completed without contractor comment. Assessments completed without contractor comment are annotated in the Remarks with the following system-generated statement: "The report was delivered/received by the contractor on XX/XX/200X. The contractor neither signed nor offered comment in response to this assessment." The Assessing Official has the option to **Accept the Ratings and Send to the Reviewing Official** or **Modify the Ratings.** Modify the Ratings is explained in the preceding paragraph.

When the **Accept the Ratings and Send to the Reviewing Official** button is selected, the Reviewing Official will be notified via e-mail that an assessment is ready for review and comment. A message indicating that a notice was sent to the Reviewing Official appears. Click the **OK** button. After accepting the ratings and clicking **OK** button, an assessment Process Feedback screen appears. Select a rating (scale of 1 to 10) from the drop-down box to rate

the effectiveness of the assessment process in improving communication between the activity and the contractor evaluated. Click **Save Feedback and Return to the Main Menu** to return to the Assessing Official Main Menu.

**CPAR Status Report:** This option allows the Assessing Official to monitor the status of assessments that have been started or completed for each contract that he or she has been authorized access to. The CPAR Status Report will display information as counts (e.g. number of assessments complete) or a list of assessments that allows the Assessing Official with read-only access to each assessment. **(See CPAR Status Report Section for more specific information)**

**Contract Status Report:** This option allows the Assessing Official to monitor the status of contracts that he or she has been authorized access to. The Contract Status Report will display information as counts (e.g. number of contracts due for an assessment) or as a list of contracts that identifies the status of each contract (e.g. current, due, overdue) **(See Contract Status Report Section for more specific information)**

**Change User Profile/Switch Access Level:** This option must be used whenever a user's name, address, email address, or phone number changes. This option also allows users to select additional, optional email notifications and to change their CPARS password. This option also allows users to switch access levels (roles) if the user has been granted more than one access level by the Focal Point. **(See User Profile Section for more specific information)**

**User Feedback:** This option allows users to communicate suggested CPARS improvements, policy comments, and problems to system administrators and the Configuration Management Board. **(See User Feedback Section for more specific information)**

## Defense Contractor Representative

The Defense Contractor Representative is responsible for reviewing and commenting on proposed ratings and remarks for all assessments forwarded by the Government Assessing Official. An assessment is required to be prepared by the government to document contractor performance for each contract/order that meets specified dollar values. The Defense Contractor Representative is allotted 30 days to review and comment on each assessment forwarded to his or company.




**<u>View/Print CPARs:</u>** This option allows the Defense Contractor Representative to view (or print) an assessment that has been forwarded for comment or that has been previously completed in CPARS. This option does not allow Defense Contractor Representatives to enter comments on the assessment. See the **To-Do List** below to determine how to enter comments on an assessment. To view (or print) an assessment, enter the contract number in the **Contract #:** box and the order number, if applicable, in the **Order #:** box. Click the **View/Print CPARs** button. If more than one assessment exists for the contract number a list of assessments will display. Click on the contract number of the assessment to be viewed and/or printed. The assessment will display in HTML format. Click **View CPAR as PDF** to view the assessment using Adobe Acrobat Reader. Once the assessment has been displayed, the user is able to scroll through the report and/or print it on a local printer. To return to the Defense Contractor Representative Main Menu, click the **Close** button.

**<u>To-Do List:</u>** This option is used by the Defense Contractor Representative to review and comment on assessments that have been forwarded by the Assessing Official. The Defense Contractor Representative is allotted a 30-day review/comment period starting from the date the Assessing Official forwarded the assessment. If the Defense Contractor Representative does not provide comments within the 30-day period, the Government may complete the assessment without Defense Contractor Representative comments. Defense Contractor Representatives are encouraged to contact the Assessing Official to request an extension to the 30-day comment period whenever extenuating circumstances arise. The Defense Contractor Representative, within the first seven days of the comment period, may request a meeting with the Assessing Official to discuss the assessment.

To input comments the Defense Contractor Representative must be logged on CPARS as a Defense Contractor Representative and the Defense Contractor Representative Main Menu must be displayed.

Click on the **To-Do List** button. Then locate and click on the contract number of the assessment that has been forwarded for review and comment. The assessment will open in read-only format except for specific fields located on the **Ratings** and **Contractor Rep** tabs. Fields on the Contractor Rep tab that are identified with a red asterisk (*) are mandatory and must be completed by the Defense Contractor Representative. Fields identified with a blue question mark (**?**) indicate online help availability. Simply click on the blue question mark to obtain an explanation of the information to be entered in the adjacent field. A red bar located beneath any of the **Green Rating Tabs** indicates at least one element has been rated for the specific performance area.

Click on each of the **Green Tabs** to review the proposed ratings and remarks. After the assessment has been reviewed, the Defense Contractor Representative clicks the **Green Contractor Rep Tab** and completes the required information including Name, Title, Telephone Number, Concurrence, and Remarks. To save partially completed remarks and information, click the **Save Data** button. To return to the Defense Contractor Representative Main Menu, click **Return to the Main Menu**. **Return to the Main Menu** button does not save any of the information that has been entered.

When narrative comments and all required information located on the Contractor Rep Tab has been completed, click the **Validate and Send to the Assessing Official** button to save the information and to return the assessment to the Assessing Official. A notice will be sent to the Assessing Official. Click the **OK** button and a **Process Feedback** screen appears. Select a rating from 1 to 10 from the drop-down box to rate the effectiveness of the assessment process in improving communication between your company and the Government office that is evaluating performance. Click **Save Feedback and View the CPAR or Save Feedback and Return to the Main Menu**.

**CPAR Status Report:** This option allows the Defense Contractor Representative to monitor the status of assessments that have been started or completed for each contract the Defense Contractor Representative has been given access to. The CPAR Status Report will display information as counts (e.g. number of assessments complete) or a list of assessments that allows the Defense Contractor Representative to gain read-only access for assessments that are Rated or Completed. **(See CPAR Status Report Section for more specific information)**

**Contract Status Report:** This option allows the Defense Contractor Representative to monitor the status of contracts that he or she has given access to. The Contract Status Report will display information as counts (e.g. number of contracts due for an assessment) or as a list of contracts that identifies the status of each contract (e.g. current, due, overdue) **(See Contract Status Report Section for more specific information)**

**Change User Profile:** This option must be used whenever a user's name, address, email address, or phone number changes. This option also allows users to select additional, optional email notifications and to change their CPARS password. **(See User Profile Section for more specific information)**

**User Feedback:** This option allows users to communicate suggested CPARS improvements, policy comments, and problems to system administrators and the Configuration Management Board. **(See User Feedback Section for more specific information)**

## Reviewing Official

The Reviewing Official is responsible for ensuring that the assessment is a fair and accurate assessment of the Defense Contractor's performance for the specific contract/order and performance period. The Reviewing Official must acknowledge consideration of any significant discrepancies between the Assessing Official's assessment and the contractor's remarks.




**View/Print CPARs:** This option allows the Reviewing Official to view (or print) an assessment, but not modify or change any of the information on the form. To view (or print) an assessment, enter the contract number in the **Contract #:** box and the order number, if applicable, in the **Order #:** box. Click the **View/Print CPARs** button. If more than one assessment exists for the contract number a list of assessments will display. Click on the contract number of the assessment to be viewed. The assessment will display in HTML format. Click **View CPAR as PDF** to view the assessment using Adobe Acrobat Reader. Once the assessment has been displayed, the user is able to scroll through the report and/or print it on a local printer. To return to the Reviewing Official Main Menu, click the **Close** button.

**To-Do List:** This option is used by the Reviewing Official to complete the assessment process for all assessments forwarded by the Assessing Official. To review and input comments on assessments, the user must be logged on CPARS as a Reviewing Official and the Reviewing Official Main Menu must be displayed.

Click on the **To-Do List** button. Then locate and click on the contract number of the assessment that has been forwarded for review, comment, and completion. The assessment will open in read-only format except for the fields located on the **Reviewer Tab**. Fields on the Reviewer Tab that are identified with a red asterisk (*) are mandatory and must be completed by the Reviewing Official. Fields identified with a blue question mark (**?**) indicate online help availability. Simply click on the blue question mark to obtain an explanation of the information to be entered in the adjacent field. A red bar located beneath any of the **Green Rating Tabs** indicates at least one element has been rated for the specific performance area.

Click on each of the **Green Tabs** to review the entire assessment. After the assessment has been reviewed, the Reviewing Official clicks the **Green Reviewer Tab** and completes the required information including Name, Title, Organization, Telephone Number, and Remarks. The Reviewing Official must acknowledge consideration of any significant discrepancies between the Assessing Official's assessment and the contractor's remarks. To save partially completed remarks and information, click the **Save Data** button. To return to the Reviewing Official Main Menu, click **Return to the Main Menu**. **Return to the Main Menu** button does not save any of the information that has been entered.

When all required information located on the Reviewer Tab has been completed, click the **Validate and Close the CPAR** button to save and close the assessment. Click the **OK** button to confirm that the assessment was closed. An automatic email notice is sent to the Defense Contractor Representative. Click the **Return to the Main Menu**

button to return to the Reviewing Official Main Menu. **NOTE:** That completed assessments are copied to the Federal Past Performance Information Retrieval System (PPIRS) to support future source selections.

**CPAR Status Report:** This option allows the Reviewing Official to monitor the status of assessments that have been started or completed for each contract the Reviewing Official has been given access to. The CPAR Status Report will display information as counts (e.g. number of assessments complete) or a list of assessments that allows the Reviewing Official to gain read-only access for each assessment. **(See CPAR Status Report Section for more specific information)**

**Contract Status Report:** This option allows the Reviewing Official to monitor the status of contracts that he or she has been given access to. The Contract Status Report will display information as counts (e.g. number of contracts due for an assessment) or as a list of contracts that identifies the status of each contract (e.g. current, due, overdue) **(See Contract Status Report Section for more specific information)**

**Change User Profile/Switch Access Level:** This option must be used whenever a user's name, address, email address, or phone number changes. This option also allows users to select additional, optional email notifications and to change their CPARS password. This option also allows users to switch access levels (roles) if the user has been granted more than one access level by the Focal Point. **(See User Profile Section for more specific information)**

**User Feedback:** This option allows users to communicate suggested CPARS improvements, policy comments, and problems to system administrators and the Configuration Management Board. **(See User Feedback Section for more specific information)**

## Command POC/Configuration Management Board Member

This access level offers managers complete visibility of the CPARS process across an entire service, agency or major command. In addition, this level is used to give access to Senior Command Officials who require oversight of the CPARS process for specific commands (called APMs) within the service or agency. The Command POC is also able to view Status Reports, Ratings Metrics Reports, and Processing Times Reports. The Command POC access is granted only upon completion of a signed CPARS Command POC Access Request Form.




**Senior Command Official Access Authorization:** This option is used by the Command POC to create and manage all Senior Command Official user accounts within the applicable service, agency, or major command. Each Senior Command Official will be given access to an "APM" or "APMs" within the service, agency, or major command. To provide access to CPARS, the Command POC clicks on the **Senior Command Official Access Authorization** button. The Senior Command Official Access Authorization Menu will appear (below).




**Create New User Access:** To provide access to a new Senior Command Official, the Command POC clicks on the **Create New User Access** button located at the Senior Command Official Access Authorization Menu. The CPARS Senior Command Officials Authorization Matrix displays.




**To give APM access to an existing user:** In Step 1, the Command POC selects an **existing** user name from the (Select User) drop-down box and then clicks on the first **Select** button located beneath **User Name:** Clicking the Select button will populate the first blank field with the existing user's name. In step 2, select an APM from the (Select APM) drop-down box and then click the **ADD** button located across from existing user name selected in Step 1 to give the user access to the APM. Steps 1 and 2 can be repeated up to four times for each matrix.

**To give APM access to a new user:** In step 1, the Command POC enters a **new** user name in the first field beneath **User Name:** The **Select** button is not required for new users. In Step 2, select an APM from the (Select APM) drop-down box. Click the **ADD** button located across from the new user name entered in Step 1 to give the user access to the APM. Steps 1 and 2 can be repeated up to four times for each matrix.

The **View** button allows the Command POC to view the existing user's name, organization, address, email address, and phone number. The Clear button will clear a user name from the **User Name** box. To delete an APM from the **APM(s)** box, highlight the APM and then click the **Delete** button. The **Clear All Data** button clears ALL names and APMs entered on the Senior Command Officials Authorization Matrix.

After entering the User Names and APM(s), the Command POC clicks on the **Create User Access Matrix** button. A Senior Command Official Authorization Matrix displays.

**Senior Command Official Authorization Matrix**

Please review the following Senior Command Official Matrix:

| User Name | User Type | APM(s) |
|---|---|---|
| FRANK FINCH | New | NAVSEALOGCEN & DETS; |
| LARRY LIBBY | New | NAVSHIPYARDS & SOSs; |
| | | |
| | | |

Authorize Access to these Senior Command Officials

Modify Access Matrix to Correct Mistakes

Return to the Main Menu

The Command POC should review the matrix carefully for accuracy. To correct mistakes, click the **Modify Access Matrix to Correct Mistakes** button and CPARS will revert to the Senior Command Officials Authorization Matrix (prior screen). Make the necessary corrections. If the information is correct, the Command POC clicks the **Authorize Access to these Senior Command Officials** button and a Senior Command Official Authorization Matrix displays providing User Name, User ID, Password, Status, User Type and APM(s). It is advisable to print the information and immediately notify new users of the system generated User ID and Password. Click the **Return to the Access Authorization Menu** to create or modify additional user accounts or click on the **Return to the Main Menu** button to return to the Command POC Main Menu.

**Senior Command Official Authorization Matrix**

Access has been authorized for the following Senior Command Official users to the associated APMs.
Please print this page and inform the new users of their userid and password settings.
These users will be required to change their passwords the first time they login to the application.

| User Name | User Id | Password | Status * | User Type | APM(s) |
|---|---|---|---|---|---|
| FRANK FINCH | P$FFINCH | jZfBfs6N | Authorized | New | NAVSEALOGCEN & DETS; |
| LARRY LIBBY | P$LLIBB | KyZLjZS2 | Authorized | New | NAVSHIPYARDS & SOSS; |
| | | | | | |
| | | | | | |

* Note: if the Status indicates Failed, please contact the customer support desk for assistance.

Return to the Access Authorization Menu

Return to the Main Menu

__Modify Existing User Access by User:__ This option allows the Command POC to modify the access of his or her designated Senior Command Officials. The Modify Existing User Access by User allows the Command POC to add or delete APM(s) for a Senior Command Official or the Senior Command Official's user account can be deleted from CPARS when access is no longer required. Click the **Modify Existing User Access by User** button and Access Authorization screen displays.

## CPARS - Access Authorization

**Senior Command Officials Authorized by You:**

| | | USER NAME | USER ID | APM(s) |
|---|---|---|---|---|
| [Delete User] | [Modify User] | FRANK FINCH | P$FFINCH | NAVSEALOGCEN & DETS |
| [Delete User] | [Modify User] | LARRY LIBBY | P$LLIBB | NAVSHIPYARDS & SOSs |
| [Delete User] | [Modify User] | NAVY TESTERB | NAVYB | NAVSEALOGCEN & DETS |

Return to the Access Authorization Menu

Return to the Main Menu

[User Name] – Allows the Command POC to view the user's profile information, including name, organization, address, email address, and phone number. Click the **[User Name]** to see the user profile information. Click the **Close** button to return to previous screen.

[Delete User] – This option is used to **Delete** a Senior Command Official from CPARS. Click the **[Delete User]** button and the following screen displays:

## CPARS - Access Authorization

**Remove all access and delete the following user:**

| USER NAME | USER ID | APM(s) |
|---|---|---|
| LARRY LIBBY | P$LLIBB | NAVSHIPYARDS & SOSs |

Delete User

Return to the Access Authorization Menu

Return to the Main Menu

Click the **Delete User** button and a pop-up message displays confirming that the Senior Command Official has been deleted from CPARS. Click the **OK** button. The **Return to the Access Authorization Menu** button allows the Command POC to continue with additional access authorization work. The **Return to the Main Menu** button returns the user to the Command POC Main Menu.

[Modify User] – This option allows the Command POC to add or delete APM(s) for an existing Senior Command Official. Click the **[Modify User]** button and the **Senior Command Official Authorization Matrix** screen displays (see below). In Step 1, Select an APM from the **Select an APM** drop-down box and click the **ADD** button to give the Senior Command Official access to the selected APM. The selected APM will appear in the **New APM(s)** box. If an incorrect APM was added, highlight it in the **New APM(s)** box and click the **Remove** button. Reselect the correct APM from the **Select an APM** drop-down box and click the **Add** button. In Step 2, if the Senior Command Official has access to an APM that is no longer required, highlight the APM in the **Current APM** box and click the **Delete** button. The deleted APM will appear in the **Deleted APM(s)** box. If the wrong APM was selected for deletion, highlight it in the Delete APM(s) box and click the **Undelete** button. The APM will reappear in the **Current APM(s)** box.

## CPARS - Senior Command Official Authorization Matrix

**Modify Senior Command Official Access:**

Senior Command Officials will be able to view Status Reports for CPARs within their APM(s).

**User Name:** FRANK FINCH

1. To add user access to an APM, Select an APM below and click [Add].

**Select an APM:** (Select APM) | Add >> | << Remove | **New APM(s):**

2. To remove current user access to an APM, Select an APM from the Current APMs and click [Delete].

**Current APM(s):** NAVSEALOGCEN & DETS | Delete >> | << Undelete | **Deleted APM(s):**

- Modify User Access
- Return to the Access Authorization Menu
- Return to the Main Menu

After all changes have been entered, click the **Modify User Access** button. The Senior Command Official Authorization Matrix displays.

**Senior Command Official Authorization Matrix**

Please review the following Senior Command Official Matrix:

| User Name | User Type | APM(s) | Delete APM(s) |
|---|---|---|---|
| FRANK FINCH | Existing | NUWC & DIVS/DETS; | |
| | | | |
| | | | |
| | | | |

- Authorize Access to these Senior Command Officials
- Modify Access Matrix to Correct Mistakes
- Return to the Main Menu

Review the authorization matrix to verify the information is correct. To correct mistakes, click the **Modify Access Matrix to Correct Mistakes** button CPARS will revert to the prior screen where corrections can be made. If the information is correct click the **Authorize Access to these Senior Command Officials** button. A confirmation screen will display identifying the APM(s) the Senior Command Official has been authorized access to. The **Return to the Main Menu** button returns the user to the Command POC Main Menu.

**View Existing User Access:** This option produces a list of the Senior Command Officials who have been given access to CPARS by the Command POC. Click the **View Existing User Access** button and the following screen displays:




The report displays the Senior Command Officials' name, User ID, Last Logon Date and APM(s).

[User Name] – Allows the Command POC to view the user's profile information, including name, organization, address, email address, and phone number. Click the **[User Name]** to see the user profile information. Click the **Close** button to return to previous screen.

**Return to the Access Authorization Menu** allows the Command POC to perform other access authorization options. The **Return to the Main Menu** button returns the user to the Command POC Main Menu.

**CPAR Status Report:** This option allows the Command POC to monitor the status of assessments that have been started or completed for all contracts within the respective service or agency. The CPAR Status Report will display information as counts (e.g. number of assessments complete) or a list of assessments that allows the Command POC to gain read-only access to each assessment. **(See CPAR Status Report Section for more specific information)**

**Contract Status Report:** This option allows the Command POC to monitor the status of contracts within the respective service or agency. The Contract Status Report will display information as counts (e.g. number of contracts due for an assessment) or as a list of contracts that identifies the status of each contract (e.g. current, due, overdue) **(See Contract Status Report Section for more specific information)**

**Ratings Metrics Report:** This option allows the Command POC to run a report that will identify the distribution of ratings for all completed assessments within the service or agency. The report can be qualified by date, Focal Point, or major command (APM). **(See Ratings Metrics Report Section for more specific information)**

**Processing Times Report:** This option allows the Command POC to monitor the processing times for all assessments within the service or agency. For example, this report will identify the number of assessments completed for a specific month and how many were completed within the 120-day goal. **(See Processing Times Report Section for more specific information)**

**Change User Profile:** This option must be used whenever a Command POC's name, address, email address, or phone number changes. This option also allows users to change their CPARS password. **(See User Profile Section for more specific information)**

**User Feedback:** This option allows users to communicate suggested CPARS improvements, policy comments, and problems to system administrators and the Configuration Management Board. **(See User Feedback Section for more specific information)**

## Senior Command Official

A Senior Command Official is a senior level employee (or designated representative) who is a proponent of the CPARS application and process. This access level is typically assigned to the Program Executive Officer (PEO), Direct Reporting Program Manager (DRPM), Systems Command Directorate, or Major field activity C.O. This access level allows Senior Command Officials to quickly identify the status of contracts or assessments within their respective major command (APM).




<u>**To-Do List:**</u> This option allows the Senior Command Official to quickly identify the actions within the command that need to be taken to complete in-process assessments. Click the **To-Do List** button from the Senior Command Official Main Menu. A To-Do List Parameter screen displays. Select the desired parameters and sort option, if required, and click the **Show To-Do List** button. The **Return to the Main Menu** button returns the user to the Senior Command Official Main Menu.



A list of assessments for the Senior Command Official's command (APM) will display.

**CPARS - To-Do List**

| CONTRACT NUMBER | CAGE CODE | PERIOD OF PERFORMANCE | | ROLE | ACTION REQUIRED | ASSIGNED | USER |
|---|---|---|---|---|---|---|---|
| N4511201D0430 | CPARS | 04/01/2002 | 04/15/2003 | Assessing Official Rep | Update, Send to Assessing Official | 06/03/2005 | JOHN DOE |
| N4511201D0430 | CPARS | 04/01/2002 | 04/15/2003 | Assessing Official Rep | Update, Send to Assessing Official | 06/03/2005 | NAVY TESTER2 |
| N4511201S0001 | CPARS | 09/01/1997 | 05/01/1998 | Reviewing Official | Input Comments, Close CPAR | 09/24/2003 | MAY DEREKTEST |
| N4511201S0001 | CPARS | 09/01/1997 | 05/01/1998 | Reviewing Official | Input Comments, Close CPAR | 09/24/2003 | NAVY TESTER6 |
| N4511201S1970 | CPARS | 02/15/2000 | 02/14/2001 | Reviewing Official | Input Comments, Close CPAR | 10/29/2003 | MAY DEREKTEST |

Return to the To-Do List Parameters

Return to the Main Menu

This report displays the Contract Number, Cage Code, Period of Performance, User Role, Action Required, Date Assigned and the name of the person responsible for the action.

[User Name] – Allows the Senior Command Official to view the user's profile information, including name, organization, address, email address, and phone number. Click the **[User Name]** to see the user profile information. Click the **Close** button to return to previous screen.

The **Return to the To-Do List Parameters** button allows the Senior Command Official to change the To-Do List Parameters and run additional reports. The **Return to the Main Menu** button returns the user to the Senior Command Official Main Menu.

**CPAR Status Report:** This option allows the Senior Command Official to monitor the status of assessments that have been started or completed for all contracts within the respective command (APM). The CPAR Status Report will display information as counts (e.g. number of assessments complete) or a list of assessments that allows the Senior Command Official to gain read-only access to each assessment. **(See CPAR Status Report Section for more specific information)**

**Contract Status Report:** This option allows the Senior Command Official to monitor the status of contracts within the respective command. The Contract Status Report will display information as counts (e.g. number of contracts due for an assessment) or as a list of contracts that identifies the status of each contract (e.g. current, due, overdue) **(See Contract Status Report Section for more specific information)**

**Ratings Metrics Report:** This option allows the Senior Command Official to run a report that will identify the distribution of ratings for all completed assessments within the service or agency. The report can be qualified by date or command (APM). **(See Ratings Metrics Report Section for more specific information)**

**Processing Times Report:** This option allows the Senior Command Official to monitor the processing times for all assessments within the respective command. For example, this report will identify the number of assessments completed for a specific month and how many were completed within the 120-day goal. **(See Processing Times Report Section for more specific information)**

**Change User Profile:** This option must be used whenever a user's name, address, email address, or phone number changes. This option also allows the Senior Command Official to elect to receive an optional email notification that would be sent whenever an assessment is for "Due" to be initiated. The Change User Profile option also allows the Senior Command Official to change his or her CPARS password. **(See User Profile Section for more specific information)**

**User Feedback:** This option allows users to communicate suggested CPARS improvements, policy comments, and problems to system administrators and the Configuration Management Board. **(See User Feedback Section for more specific information)**

## Senior Contractor Representative

The Senior Contractor Representative access level allows a designated corporate official to view specific completed CPARS assessments. Additional features at this level allow the Senior Contractor Representative to quickly identify assessments that have been sent to the company for comment. Senior Contractor Representative access is provided by the Naval Sea Logistics Center Detachment Portsmouth, New Hampshire, upon receipt of a completed Senior Contractor Representative User Access Request Form.




**View/Print Completed CPARs:** This option allows the Senior Contractor Representative to view assessments that have been completed by the Government for contracts awarded to the corporation or any of its divisions or subsidiaries. To view a completed assessment, the user must log on CPARS as a Senior Contractor Representative and the Senior Contractor Representative Menu must be displayed. Click the **View/Print Completed CPARs** button and the View/Print Completed CPARs qualifier screen displays.




The Senior Contractor Representative can search for completed assessments by Contract Number/Order Number, Business Sector/Subsector, Acquisition Program Manager (these are major commands), DUNS, CAGE Code, Federal Supply Classification (FSC), and North American Industrial Classification System (NAICS). Select the appropriate qualifiers and then click the **List the CPARs that Meet these Qualifiers** button. A list of completed assessments will display. Click on the contract number of the assessment to be viewed and a new window opens and displays the assessment in HTML format. Click the **View CPAR as PDF** button to view assessment in Adobe Acrobat Reader. Once the assessment is displayed, the user is able to scroll through the entire assessment and/or print the assessment on a local printer. The **Return to the View/Print CPARs Qualifier Menu** button allows the Senior Contractor Representative to select new qualifiers and run another report. The **Return to the Main Menu** button returns the user to the Senior Contractor Representative Main Menu.



**View Contractor Reps:** This option allows the Senior Contractor Representative to quickly identify all Contractor Representatives (and view their contact information) within the corporation who have been authorized to enter comments on CPARS assessments. Click **View Contractor Reps** from the Senior Contractor Representative Main Menu and the View Contractor Reps screen displays. The Senior Contractor Representative can view Contractor Representatives by Contract Number, User Name, or DUNS. Select the desired option(s) and click View. A list of Contractor Reps with User Name, User ID and Last Logon Date displays. Click on the **User Name** to view the individual's profile information including name, address, email address, and phone number. The **Return to the Main Menu** button returns the user to the Senior Contractor Representative Main Menu.




**To-Do List:** This option allows the Senior Contractor Representative to identify all assessments that have been forwarded to the corporation, its divisions or subsidiaries, for contractor review and comment. The assessments identified on this list require contractor review and comment and should be returned to the government by the required due date or they may be closed by the government without contractor review and comment. Click the **To-Do List** button from the Senior Contractor Representative Main Menu. A To-Do List Parameters screen displays.



To view a list of all assessments within the Senior Contractor Representative's area of responsibility, the Senior Contractor Representative selects **Include All**. Select **Limit by Contract Number** and enter a specific contract number to limit the search to one contract. The Senior Contractor Representative can limit the To-Do List to a specific Contractor Representative by selecting **Limit by User** and highlighting the appropriate name. Finally, the To-Do List can be limited to one of the corporation's assigned DUNS numbers by selecting **Limit by DUNS** and highlighting the DUNS from the drop-down box. Select the desired parameter(s) and the sort option and then click the **Show To-Do List** button. A list of assessments will display.




This report displays Contract Number, DUNS, Period of Performance, Action Required, Date Assigned, Due Date and User Name.

[User Name] – Allows the Senior Contractor Representative to view the Contractor Representative's profile information, including name, organization, address, email address, and phone number. Click the **[User Name]** to see the user profile information. Click the **Close** button to return to previous screen.

**Return to the To-Do List Parameters** button allows the Senior Contractor Representative to select new qualifiers and run another report. . The **Return to the Main Menu** button returns the user to the Senior Contractor Representative Main Menu.

**CPAR Status Report:** This option allows the Senior Contractor Representative to monitor the status of assessments that have been started or completed for all contracts within the respective corporation. The CPAR Status Report will display information as counts (e.g. number of assessments complete) or a list of assessments that allows the Senior Contractor Representative to gain read-only access to each assessment. **(See CPAR Status Report Section for more specific information)**

**Contract Status Report:** This option allows the Senior Contractor Representative to monitor the status of contracts within the respective command. The Contract Status Report will display information as counts (e.g. number of contracts due for an assessment) or as a list of contracts that identifies the status of each contract (e.g. current, due, overdue) **(See Contract Status Report Section for more specific information)**

**Ratings Metrics Report:** This option allows the Senior Contractor Representative to run a report that will identify the distribution of ratings for all completed assessments within the corporation. The report can be qualified by date or DUNS. **(See Ratings Metrics Report Section for more specific information)**

**Change User Profile:** This option must be used whenever a user's name, address, email address, or phone number changes. The Change User Profile option also allows the Senior Contractor Representative to change his or her CPARS password. **(See User Profile Section for more specific information)**

**User Feedback:** This option allows users to communicate suggested CPARS improvements, policy comments, and problems to system administrators and the Configuration Management Board. **(See User Feedback Section for more specific information)**

## CPARS REPORTS

The CPARS application provides a variety of reports (CPAR Status Report, Contract Status Report, Ratings Metrics Report, Processing Times Report) depending on a user's access level. These reports are used to help users monitor the status of the CPARS processes. You will note some of the report parameters or options vary slightly depending on the user's access level, but the reports function the same and as described in the following sections.

## CPAR STATUS REPORT

The **Assessing Official Representative, Assessing Official, Defense Contractor Representative and the Reviewing Official CPAR Status Report** screens are displayed in the following examples. As previously mentioned, slight variations of this report occur at different access levels and are described as applicable.

The CPAR Status Report allows users to monitor the status of assessments within their purview. The CPAR Status Report will display information as counts (e.g. number of assessments complete) or a list of assessments is available that provides the user with read-only access to each assessment. To run a CPAR Status Report, click the **CPAR Status Report** button from the user's Main Menu. A CPAR Status Report Parameters menu will display.




If the user leaves the default values as **Include All** (beneath Data Options) and **Counts** (beneath Report Options) and then clicks on the **Run Report** button, the report identifies the status of **all** the user's assessments by counting

the number of each assessment at each step of the automated workflow process (shown below). Percentages are also provided.

## CPAR Status Report - 10/28/2005

**DATA: ALL; GROUPED BY: All**

| All | Registered | Initiated | Drafted | Rated | Reviewed | Finalized | Completed | Totals |
|---|---|---|---|---|---|---|---|---|
| Counts | 207<br>37% | 32<br>6% | 98<br>18% | 9<br>2% | 4<br>1% | 52<br>9% | 154<br>28% | 556 |
| **TOTALS:** | **207**<br>**37%** | **32**<br>**6%** | **98**<br>**18%** | **9**<br>**2%** | **4**<br>**1%** | **52**<br>**9%** | **154**<br>**28%** | **556** |

*** STATUS**
**Registered:** The Contract is registered, No CPARs have been initiated.
**Initiated:** CPAR initiated; waiting for Assessing Official Rep to send to Assessing Official.
**Drafted:** CPAR initiated; waiting for Assessing Official signature.
**Rated:** Signed by Assessing Official; waiting for Contractor comments.
**Reviewed:** Signed by Contractor; waiting for Assessing Official to finalize.
**Finalized:** Ratings finalized; waiting for Reviewing Official comments.
**Completed:** The CPAR has been completed.

Run Another CPAR Status Report
Return to the Main Menu

Counts can be grouped by **All** or **Contract Activity**. **NOTE: Focal Point** Group By options include All, Contract Activity and APM; **Command POC** Group By options include All, Contract Activity, APM and Focal Point; **Senior Command Official** Group By options include All, Contract Activity and Focal Point; **Senior Contractor Representative** Group By options include All, Contract Activity, APM and DUNS. **All** is the default value. The CPAR Status Report may be further qualified by selecting **Limit Data** under **Data Options.** Limit data allows the user to focus in on or limit the report to specific assessments. For example, the user might be interested in how many contracts he or she has registered. To limit the report to registered contracts, the user would check the box adjacent to **Registered** and click the **Run Report** button. **Include All** takes all the user's assessments into account.




Select additional **Limit Data** parameters by clicking the box(es) next to the desired parameter. A check will now display in the box(es). If a report by **Contract Activity DODAAC** is desired, enter the specific contract DODAAC in the box provided. The report can also be run for a specific contract number by entering the contract number in the **Contract Number** box. **NOTE:** The **Focal Point** access level may limit their reports by Contract Activity DODAAC, Contract Number and APM; **Command POC** access level may limit their reports by Contract Activity DODAAC, Contract Number, APM and Focal Point: **Senior Command Official** access level may limit their reports by Contract Activity DODDAC, Contract Number and APM; **Senior Contractor Representative** access level may limit their reports by Contract Activity DODDAC, Contract Number and DUNS. Click **Run Report** button to produce the desired output.

To run a CPAR Status Report that results in a list of assessments, click on the **List of CPARS** radio button under **Report Options**. A list of **Data Columns to Include** displays.




To include any of these column names, click the box adjacent to the column name. A check will display in the box adjacent to the column name(s) selected. The CPAR Status Report may be sorted by up to three sort options. Select the desired option(s) from the **Sort By:** drop-down boxes. Column Names that are typically included in the List of CPARS are Notes, Viewed, Contract Number, Period of Performance, User List, and Activity Log.

**NOTE:** Default column names for reports for **Command POC**, **Senior Command Official**, and **Senior Contractor Representative** access levels **do not** include Notes, User List, or Activity Log.

To include all of the user's assessments, select **Include All** (if not already selected) beneath **Data Options**. **Include All** is the default value.

Click the **Run Report** button to produce a list of assessments. A list of assessments based on the user's selected parameters displays. The CPAR Status Report shown on the following page contains the Data Options and Report Options selected on the CPAR Status Parameters screen displayed above.

## CPAR Status Report - 10/28/2005

**DATA: STATUS: Rated; FORM TYPE: Services/IT/Operations; CPAR PHASE: Intermediate; SORTED BY: Contract Number;** [Spreadsheet]

| | Viewed | Contract Number | Period of Performance Being Assessed | Current Status | *Focal Point | Due Date | User List | Activity Log |
|---|---|---|---|---|---|---|---|---|
| [Notes] | | N4511201D1111 | 01/27/2003 - 01/26/2004 | Rated | NAVY TESTER7 | 05/25/2004 | [Users] | [Log] |
| [Notes] | | N4511202F0211 | 05/01/2003 - 05/01/2004 | Rated | NAVY TESTER7 | 08/29/2004 | [Users] | [Log] |
| [Notes] | | N4511233C8888 | 09/21/2001 - 09/20/2002 | Rated | NAVY TESTER7 | 01/18/2003 | [Users] | [Log] |

**Count: 3**

x- indicates the record has been selected for viewing

*** STATUS**

**Registered:**The Contract is registered, No CPARs have been initiated.
**Initiated:**CPAR initiated; waiting for Assessing Official Rep to send to Assessing Official.
**Drafted:**CPAR initiated; waiting for Assessing Official signature.
**Rated:**Signed by Assessing Official; waiting for Contractor comments.
**Reviewed:**Signed by Contractor; waiting for Assessing Official to finalize.
**Finalized:**Ratings finalized; waiting for Reviewing Official comments.
**Completed:**The CPAR has been completed.

Run Another CPAR Status Report
Return to the Main Menu

**[Notes]** – This option serves as "post-it notes" for each assessment that has been started, but not completed. Click on the **[Notes]** to enter or view notes that have been entered by the Assessing Official Representative, Assessing Official, or Focal Point. (This feature is only available at these levels) Click on **[Notes]** and a Status Report Notes pop-up displays. Enter notes in the **New Note:** field. Click the **Save** button to save the new note. Click the **Close** button to return to the list of assessments without saving new remarks.

## CPARS - Status Report Notes

**Contract:** N4511201D1111 **Period of Performance:** 01/27/2003 - 01/26/2004
**New Note:**
Contractor requested additional 10 days.
Save Close

| From | | Received |
|---|---|---|
| NAVY TESTER3 | Contractor granted 15 day extension. | 10/28/2005 03:51 |

**Contract Number** - Click on the specific **Contract Number** and the assessment will display in HTML format. Click the **View CPAR as PDF** button to view assessment in Adobe Acrobat Reader. If the Assessing Official modified the assessment, the window contains a **View Original CPAR** button. Click the **View Original CPAR** button to view the original assessment. Click the **Print** button to print the assessment on a local printer. Click the **Close** button to return to the list of assessments. A **green x** appears in the Viewed column adjacent to the contract number for the assessment that was just viewed.

**Focal Point** – Click on the Focal Point's name to view the Focal Point's profile information, including Name, Organization, Address, Email Address and Phone Number(s). Click the **Close** button to return to the list of assessments.

**Users** – Click on Users and a new window opens and presents the User List. The User List identifies all users who have been given access to the assessment.

**[Spreadsheet]** – Click on the **[Spreadsheet]** in the upper right hand corner of the list of assessments to create a Microsoft Excel version of the report.

**Log** – Click on Log and a new window opens and presents the Activity Log. The Activity Log provides an audit trail of the history of actions taken on the assessment. For example, it identifies who has access to the assessment and when they were given access. The Activity Log also identifies when the applicable contract was registered, when the assessment was initiated as well as who took the action(s). A list of actions recorded in the Activity Log is provided below:

- Contract Data Entry Assigned (Name Listed)
- Assessing Official Representative Assigned (Name Listed)
- Assessing Official Assigned (Name Listed)
- Contractor Representative Assigned (Name Listed)
- Reviewing Official Assigned (Name Listed)
- Contract Registered
- Contract Registration Updated
- Assessment Initiated by Assessing Official Representative
- Assessment Updated by Assessing Official Representative
- Assessment Initiated by Assessing Official Representative and Sent to Assessing Official
- Returned to the Assessing Official Representative
- Assessment Drafted by Assessing Official
- Assessment updated by Assessing Official
- Assessment Rated by Assessing Official and Sent to the Contractor
- Assessment Updated by Contractor
- Contractor Review Not Completed; Email Sent to Contractor/Assessing Official.
- Contractor Review Complete. Assessment Sent to the Assessing Official.
- Contractor 30-Day Review Expired; Email Sent to Assessing Official.
- Assessment Modified by Assessing Official
- Assessment Finalized by Assessing Official and Sent to the Reviewing Official
- Assessment Updated by Reviewing Official
- Assessment Closed by Reviewing Official
- Assessment Sent to Assessing Official
- Assessment Overdue (120 days); Email Sent to Assessing Official and Focal Point
- Assessment Entered by Focal Point
- Assessment Updated by Focal Point
- Assessment Closed by Focal Point

## CONTRACT STATUS REPORTS

The **Assessing Official Representative, Assessing Official, Defense Contractor Representative and the Reviewing Official Contract Status Report** screens are displayed in the following examples. As previously mentioned, slight variations of this report occur at different access levels and are described as applicable.

The Contract Status Report is designed to track the status of <u>contracts</u>. This report will show whether a contract is current, due or overdue for an assessment for all contracts under the user's purview. The Contract Status Report will display information as counts (e.g. number of contracts due for an assessment) or as a list of contracts that identifies the status of each contract (e.g. current, due, overdue) **(See Contract Status Report Section for more specific information)**

To run a Contract Status Report, click the **Contract Status Report** button from the user's Main Menu. A Contract Status Report Parameters menu will display.




If the user leaves the default values as **Include All** (beneath Data Options) and **Counts** (beneath Report Options) and then clicks on the **Run Report** button, the report identifies the status of **all** the user's contracts by counting the number of that are current, due, overdue, or have a Final assessment. Percentages are also provided. (see below)

## Contract Status Report - 10/31/2005

**DATA: ALL; GROUPED BY: All**

| All | Current | Due | Overdue | Final | Undetermined | Totals |
|---|---|---|---|---|---|---|
| Counts | 1 | 10 | 54 | 5 | 0 | 70 |
| | 1% | 14% | 77% | 7% | 0% | |
| **TOTALS:** | **1** | **10** | **54** | **5** | **0** | **70** |
| | **1%** | **14%** | **77%** | **7%** | **0%** | |

*** STATUS**

**Current:** All required CPARs for this contract have been completed or are not yet due.
**Due:** The latest CPAR for this contract should be in progress at this time.
**Overdue:** The latest CPAR for this contract has not been completed within the 120 day period.
**Final:** The Final CPAR for this contract has been completed, no further CPARs are due.

Run Another Contract Status Report
Return to the Main Menu

To run a new Contract Status Report, click the **Run Another Contract Status Report** button. The **Return to the Main Menu** button returns the user to the Main Menu.

Counts may be grouped by **All** or **Contract Activity**. **NOTE: Focal Point** Group By options include All, Contract Activity, and APM; **Command POC** Group By options include All, Contract Activity, APM, and Focal Point; **Senior Command Official** Group By options include All, Contract Activity and Focal Point; **Senior Contractor Representative** Group By options include All, Contract Activity, APM, and DUNS. **All** is the default. **Limit Data** allows the user to focus in on or limit the report to specific contracts. For example, the user might be interested in how many Systems contracts he or she has that are Due for an assessment. To limit the report to Systems contracts that are due for an assessment, the user would check the boxes adjacent to **Systems** and **Due** and click the **Run Report** button. **Include All** takes all the user's contracts into account.




Select **Limit Data** parameters by clicking the box next to the desired parameter(s). A check will now display in the box. If a report by **Contract Activity DODAAC** is desired, enter the specific Contract DODAAC in the box provided. The report can also be run for a specific contract by entering the contract number in the **Contract Number:** box. **NOTE:** The **Focal Point** access level may limit their reports by Contract Activity DODAAC, Contract Number and APM; **Command POC** access level may limit their reports by Contract Activity DODAAC, Contract Number, APM, and Focal Point; **Senior Command Official** access level may limit their reports by Contract Activity DODAAC, Contract Number and APM; **Senior Contractor Representative** access level may limit their reports by Contract Activity DODAAC, Contract Number and DUNS. Click **Run Report** button to generate the report.

To run a Contract Status Report and view a List of Contracts, click the **Contract Status Report** button from the user access Main Menu. Click on the **List of Contracts** button under **Report Options**. A list of **Data Columns to Include** displays.




To include any of these column names, click the box adjacent to the column name. A check will display in the box adjacent to the column name(s) selected. The Contract Status Report may be sorted by up to three sort options. Select the desired option(s) from the **Sort By:** drop-down boxes. Column Names that are always included in the List of Contracts are Viewed, Contract Number, Status, and Due Date.

To include all of the user's contracts, select **Include All** (if not already selected) beneath **Data Options**. **Include All** is the default value. The user may choose to limit or filter the contracts that he or she wants to include on the report by selecting **Limit Data** under **Data Options.**

Click the **Run Report** button to view a List of Contracts. The List of Contracts example shown below is based upon the Contract Status Parameters selected and shown above.

**Contract Status Report - 10/31/2005**

**DATA: STATUS: Due; FORM TYPE: Systems; SORTED BY: Contract Number;** [Spreadsheet]

| Viewed | Contract Number | Status | Due Date | Last Completed CPAR Period of Performance | Focal Point |
|---|---|---|---|---|---|
| | N4511233C0010 | Due | 11/25/2005 | 07/26/2004 - 07/26/2005 | TED HOHMAN |
| | N4511233C0025 | Due | 11/30/2005 | - | TED HOHMAN |

**Count: 2**

x- indicates the record has been selected for viewing

* **STATUS**

**Current:** All required CPARs for this contract have been completed or are not yet due.

**Due:** The latest CPAR for this contract should be in progress at this time.

**Overdue:** The latest CPAR for this contract has not been completed within the 120 day period.

**Final:** The Final CPAR for this contract has been completed, no further CPARs are due.

Run Another Contract Status Report

Return to the Main Menu

**Contract Number** – Click on the **Contract Number** to view all assessments for the contract number selected. After clicking on the Contract Number a pop-up window will open that lists all assessments that have been started or completed for the contract. Click on the contract number for the assessment to be viewed and it will display in HTML format. Click the **View CPAR as PDF** button to view the assessment in Adobe Acrobat Reader. If the assessment has been modified, the pop-up screen contains a **View Original CPAR** button. Click the **View Original CPAR** button to view the original assessment. Click the **Print** button to print the assessment on a local printer. Click the **Close** button to return to the contract status report. A **green x** will now display in the Viewed column adjacent to the contract number viewed.

**Focal Point** – Click on the Focal Point's name to view the Focal Point's profile information, including Name, Organization, Address, Email Address and Phone Number(s). Click the **Close** button to return to the list of assessments.

**[Spreadsheet]** – Click on the **[Spreadsheet]** in the upper right hand corner of the list of assessments to create a Microsoft Excel version of the report.

To run another Contract Status Report, click the **Run Another Contract Status Report** button and select new parameters from the Contract Status Parameters screen. The **Return to the Main Menu** button returns to the user's Main Menu.

## RATINGS METRICS REPORT

**The Ratings Metrics Report** option is available to **Focal Points**, **Command POCs**, **Senior Command Officials**, and **Senior Contractor Representatives.** This report is provided to help users monitor the distribution of ratings for completed assessments.

To run a Ratings Metrics Report, click the **Ratings Metrics Report** button from the user's Main Menu. A Ratings Metrics Parameters screen will display. The Ratings Metrics Report can be run to include all completed assessments by selecting **Include All Dates** or can be limited to a specific date range by selecting **Period of Performance Date Range** and entering the dates in the specified format. **NOTE:** **Focal Points** and **Senior Command Officials** may also limit the report to a specific **APM**; **Command POC** may limit the report to a specific APM or Focal Point; **Senior Contractor Representatives** may limit reports to a specific DUNS. Click the **Run Report** button.




The Ratings Metrics Report will display. **NOTE:** The below example does not show the entire report.

**CPARS Ratings Metrics Report - 10/31/2005**

**Data: Period of Performance: ALL; APM: ALL;**

| **AO Recommendation** | Systems | Ship Repair/Overhaul | Services | Information Technology | Operations | Total |
|---|---|---|---|---|---|---|
| Definitely Would | 2 | 3 | 0 | 0 | 3 | 8 |
| Probably Would | 0 | 0 | 0 | 0 | 0 | 0 |
| Might or Might Not | 4 | 3 | 1 | 0 | 2 | 10 |
| Probably Would Not | 4 | 2 | 1 | 0 | 0 | 7 |
| Definitely Would Not | 8 | 2 | 1 | 0 | 1 | 12 |
| **Technical (Quality of Product)** | Systems | Ship Repair/Overhaul | | | | Total |
| Exceptional(Dark Blue) | 12 | 5 | | | | 17 |
| Very Good(Purple) | 0 | 2 | | | | 2 |
| Satisfactory(Green) | 1 | 0 | | | | 1 |
| Marginal(Yellow) | 0 | 1 | | | | 1 |
| Unsatisfactory(Red) | 2 | 0 | | | | 2 |
| **Product Performance** | Systems | Ship Repair/Overhaul | | | | Total |
| Exceptional(Dark Blue) | 0 | 0 | | | | 0 |
| Very Good(Purple) | 0 | 0 | | | | 0 |

To run a new Ratings Metrics Report, click the **Run Another Ratings Metrics Report** button. The **Return to the Main Menu** button returns the user to the Main Menu.

## PROCESSING TIMES REPORT

The **Processing Times Report** option is available to **Focal Points**, **Command POCs** and **Senior Command Officials.** This report is provided to help users monitor the assessment processing times for assessments completed within their organization.

To run a Processing Times Report, click the **Processing Times Report** button on the user's Main Menu. The Processing Times Report displays.

**CPARS Processing Times Report - 10/31/2005**

| | | | | Average Processing Times (Days) | | | | |
|---|---|---|---|---|---|---|---|---|
| **Month** | **Number of CPARs** | **<= 120 Days** | **> 120 Days** | **Total** | **Rate** | **Contractor Comments** | **Finalize** | **Review** |
| 2004-Oct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2004-Nov | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2004-Dec | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005-Jan | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005-Feb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005-Mar | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005-Apr | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005-May | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005-Jun | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005-Jul | 6 | 0 | 6 | 732 | 732 | 1 | 1 | 1 |
| 2005-Aug | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 0 |
| 2005-Sep | 5 | 0 | 5 | 806 | 806 | 1 | 1 | 1 |

Select [Contract Activity ▾] and click on a month above to see further details below.

[Return to the Main Menu]

The Processing Times Report presents one year of data. The months displayed in **blue** indicate that assessments were completed during the month. For each month, the report identifies the number of assessments completed; the number of assessments completed within the 120-day goal, and the number of assessments that exceeded the 120-day goal. In addition, the total average processing times are provided as well as the average processing times for each major step of the automated workflow process. The Select drop-down box allows users to "break out" each month by Contract Activity, APM or by Focal Point. Contract Activity is the default. Choose a selection from the drop down box, if applicable, and click on the desired month to view a more detailed report.

**Month: 2005-Jul**

| | | | | Average Processing Times (Days) | | | | |
|---|---|---|---|---|---|---|---|---|
| **Contract Activity** | **Number of CPARs** | **<= 120 Days** | **> 120 Days** | **Total** | **Rate** | **Contractor Comments** | **Finalize** | **Review** |
| N45112 | 6 | 0 | 6 | 732 | 732 | 1 | 1 | 1 |

Click on a Contract Activity above to see further details below.

Return to the Main Menu

In this particular example, only one Contract Activity (N45112) applies to the user. To view the six assessments completed for the month, click on the **N45112** (Contract Activity) and the report displays processing times information at the assessment level.

**Month: 2005-Jul** **Contract Activity: N45112**

| | | | | Processing Times (Days) | | | | |
|---|---|---|---|---|---|---|---|---|
| **Contract Number** | **Period of Performance** | **Focal Point** | **APM** | **Total** | **Rate** | **Contractor Comments** | **Finalize** | **Review** |
| N4511233C0007 | 07/22/2001-07/21/2002 | TED HOHMAN (THOHM) | NAVMED | 1097 | 1097 | 1 | 1 | 0 |
| N4511233C0008 | 07/22/2001-07/21/2002 | TED HOHMAN (THOHM) | NAVSHIPYARDS & SOSs | 1097 | 1097 | 1 | 1 | 0 |
| N4511233C0009 | 07/22/2001-07/21/2002 | TED HOHMAN (THOHM) | PEO(IT) | 1097 | 1097 | 1 | 1 | 0 |
| N4511233C0010 | 07/26/2003-07/25/2004 | TED HOHMAN (THOHM) | MARINE CORPS | 366 | 366 | 1 | 1 | 1 |
| N4511233C0011 | 07/26/2003-07/25/2004 | TED HOHMAN (THOHM) | DRPM(AAA) | 366 | 366 | 1 | 1 | 1 |
| N4511233C0012 | 07/26/2003-07/25/2004 | TED HOHMAN (THOHM) | SEA 02 | 366 | 366 | 1 | 1 | 0 |

Return to the Main Menu

The **Return to the Main Menu** button returns the user to the Main Menu.

## Change User Profile/Switch Access Level

**Change User Profile/Switch Access Level:** This option is identified as **Change User Profile** at the Contractor Representative, Senior Contractor Representative, Command POC, Senior Command Official, and Business Analysis Reports access levels as they are not allowed to switch access levels. The **Change User Profile / Switch Access Level** option is available at the Contract Data Entry, Assessing Official Representative, Assessing Official, and Reviewing Official access levels.

The **Change User Profile/Switch Access Level** option is very important as it is the primary method that users at all access levels keep their profile information up-to-date. For example, if a user's email address changes, the user would access the Change User Profile/Switch Access Level option to update the email address in CPARS. The Change User Profile/Switch Access Level is also used to change user preferences (receive optional email notifications), to change a user's password, and to switch access levels, where available. To update user information, click the **Change User Profile/Switch Access Level** button from the Main Menu. The User Profile Menu will display.




Click the **Change User Information** button and the User Information screen displays.



The user is able to update any of the profile information fields noted above. Fields identified with a red asterisk **(*)** are required. After all necessary changes are made, click the **Save User Information** button and a confirmation pop-up screen displays. Click the **OK** button. The **Return to the User Profile Menu** button allows the user to continue with other User Profile options. The **Return to the Main Menu** button returns the user to the Main Menu. A user may want to receive email notifications as assessments move through each step of the workflow process. To receive optional email notifications, click the **Change User Profile/Switch Access Level** button from the Main Menu and the User Profile Menu will display. Click the **Change User Preferences** button and the User Preferences screen displays.




The user can select to receive optional email notifications by clicking on the box adjacent to the emails he or she would like to receive. A check will appear in all the boxes selected. Some email options are mandatory and cannot be de-selected. All mandatory emails are identified with a 'radio button' rather than a box. **NOTE:** That the User Preference menu and its optional emails are not available at the Contract Data Entry, Senior Contractor Representative, or Command POC access levels. Click the **Save Preferences** button and a confirmation pop-up will display. Click the **OK** button.

The **Return to the User Profile Menu** button allows the user to continue with other User Profile options. The **Return to the Main Menu** button returns the user to the Main Menu.

To change a CPARS login password, click the **Change User Profile/Switch Access Level** button from the Main Menu and the User Profile Menu will display. Click the **Change Login Password** button and the Change Login Password screen displays.




Enter the current password in the **Current Password:** box. Enter a new password in the **New Password**: box. The small blue question mark (**?**) located at the top of the Change Login Password screen indicates that online help is available for the change password feature. Click on the blue question mark to review the standard DoD conventions that must be followed when creating passwords. The password will display as asterisks. Re-type the password in the Confirm New Password: box. **NOTE:** Passwords are valid for a period of 90 days. If a user logs onto CPARS with an expired password, the Change Login Password screen is presented and the user will be required to establish a new password. Click the **Save Password** button and a confirmation pop-up will display. Click the **OK** button.

The Switch Access Level option is available at the Contract Data Entry, Assessing Official Representative, Assessing Official, and Reviewing Official access levels. **Switch Access Level** allows the user to switch between two or more roles only when the Focal Point has provided the user with multiple access levels. To switch access level click on the **Change User Profile/Switch Access Level** button from the Main Menu. The User Profile Menu will display.




The **Access Level** drop-down box identifies each of the access levels the Focal Point has authorized. To switch levels, select the desired access level from the **Access Level** drop-down box and click the **Switch** button. The user will be taken to the Main Menu of the switched access level. The user will only have access to the contracts and assessments that have been authorized by the Focal Point for the switched level. **NOTE:** The switched access level will remain in effect until the user switches to a different access level.

## User Feedback

The **User Feedback** option is available at all access levels and allows CPARS users to identify and submit system problems, make suggestions for system improvements, or recommend changes in policy. To submit comments, click the **User Feedback** from the user's Main Menu and a System Feedback screen will display.




Select the type of request from the **Type of Request** drop-down box. Select the priority of the request from the **Requested Priority** drop-down box. Enter a brief description in the **Short Description** box and a complete description in the **Description** box. Click the **Submit Feedback** button. Click **OK** when the confirmation message displays. The help desk monitors CPARS for all feedback submitted. Requests for enhancements and policy changes are routed through the Configuration Management Board (CMB) for review, discussion, and disposition. However, please be aware that the CMB currently meets three times a year. Users submitting feedback will receive a response and an explanation of the CMB's decision on whether or not an enhancement or change will be accepted. The **Return to the Main Menu** button returns the user to the Main Menu.

## CPARS EMAIL NOTIFICATIONS

The CPARS application will send the following email notifications:

- An automatic notification will be sent to the Assessing Official and Focal Point when an assessment is due to be started. This email is weekly and continues until the assessment is initiated.
- An automatic notification will be sent to the Assessing Official and Focal Point when an assessment has not been completed within the 120-day goal (overdue). This email is weekly and continues until the assessment is completed.
- When the Assessing Official Representative forwards an assessment to the Assessing Official.
- When the Assessing Official forwards an assessment to the Contractor Representative.
- When the Contractor Representative returns an assessment to the Assessing Official.
- When the Assessing Official sends an assessment to the Reviewing Official.
- The Contractor Representative receives an email when the assessment is completed.
- An automatic notification will be sent to the Assessing Official and Contractor Representative identifying assessments that have been forwarded to the Contractor Representative for review and comment, but have not been returned to the Assessing Official. This email is weekly and continues until the assessment is returned by the Contractor Representative or is retrieved by the Assessing Official after the 30-day comment period has expired.
- An automatic notification will be sent to the Assessing Official when the contractor 30-day comment period expires. This email is weekly and continues until the assessment is returned by the Contractor Representative or is retrieved by the Assessing Official.
- An automatic notification will be sent to the Focal Point identifying assessments that are archived because the completed assessment is over six years old.

## USING CPARS EFFECTIVELY

### When Registering Contracts or Working on Assessments:

- The small blue question mark (**?**) indicates online help is available for the adjacent field. Click on the blue question mark and the online help window opens.

- A red asterisk (*) designates a required field. All required fields must be completed to register a contract. However, assessments can be started and saved without all required fields being completed. For assessments, required fields must be completed whenever assessments are validated and sent to the next workflow step.

- A small calendar located adjacent to a date field allows the user to populate the date field with the use of a mouse. Click on the calendar and select the correct date. This will assure the date is entered in the correct format.

- There is a character counter located at the bottom of data entry screens that help users identify how many characters they have entered in text fields. Keep an eye on the character field to determine how much text has been entered.

- CPARS has a time-out feature of 20 minutes. The time-out clock is located at the bottom of data entry screens and appears whenever the system is idle (user not typing). If the user has a data entry screen open and no work is performed for 20 minutes the system will perform an automatic save. The time-out clock is re-set whenever the user performs a save or clicks on any of the green tabs.

- A red bar beneath a Rating Tab indicates that at least one element has been rated.

### General System Information:

- Have you received an email advising that you have an assessment to work on? Use the To-Do List to open and work on the assessment.

- Use the Forgot Password feature to receive a system-generated, temporary password. You will still have to remember your User ID. Your Focal Point and the Help Desk also have the ability to reset passwords.

- The CPAR Status Reports and Contract Status Reports are available to help monitor the status of contracts and assessments.

- Run a CPAR Status Report (List of CPARs) to identify who has access to an assessment (User List) or to find out the history of the assessment (Activity Log).