# ATTACHMENT 4

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLR GROUP OF AMERICA, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-579C |
| | ) | (Judge Sweeney) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Declaration of Dennis Christopher-Joseph Moran

I, Dennis Christopher-Joseph Moran, declare as follows:

1. I am a Contractor and Material Past Performance Products Manger in the Portsmouth detachment of the Naval Sea Logistics Center ("Center"). I have been a Product Manager in NSLC Portsmouth since approximately April 2006.

2. As part of my duties, I administer the Contractor Performance Assessment Reporting System ("CPARS") and Past Performance Information Retrieval System ("PPIRS database").

3. After a Reviewing Official closes a Contractor Performance Assessment Report ("CPAR") evaluation, as described in the User Manual for CPARS, the CPAR is considered complete. On a weekly basis, completed CPARS are automatically copied to the PPIRS database without further action by anyone at the Center, which has been the practice since prior to 2007.

4. When an Assessing Official revises his or her rating after contractor comments, both the original rating and the revised version, as well as the contractor comments, will appear in the "Contractor Comments" section of the CPAR, as displayed in the PPIRS database.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of July, 2008.

Dennis Christopher-Joseph Moran