# ATTACHMENT 5

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: F3SF556052A2

PAGE 1 OF 33

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| FA4452-06-C-0003-P00004 | 14-Apr-2006 | | FA4452-06-R-0004 | 22-Mar-2006 |

7. FOR SOLICITATION INFORMATION CALL: a. NAME: STITH, TRENIECE; b. TELEPHONE NUMBER *(No Collect Calls)*: 618-256-9945

8. OFFER DUE DATE/LOCAL TIME: 12:00 PM 27 Mar 2006

9. ISSUED BY CODE FA4452
HQ AMC/A7KQ
507 SYMINGTON DR, RM W202
SCOTT AFB IL 62225-5022
TEL: 618-256-9999
FAX: 618-256-5724

10. THIS ACQUISITION IS
[ ] UNRESTRICTED
[X] SET ASIDE: 100 % FOR
[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[X] 8(A)
NAICS: 541512
SIZE STANDARD: $23M

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS: Net 30 days

[X] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING: DO-C9

14. METHOD OF SOLICITATION: [ ] RFQ [ ] IFB [X] RFP

15. DELIVER TO CODE

**SEE SCHEDULE**

16. ADMINISTERED BY CODE

**SEE ITEM 9**

17a. CONTRACTOR/OFFEROR CODE 1NBY0
BLR GROOUP OF AMERICA INC
AMAR S MURTHY
1701 RIVER RUN SUITE 750
FORT WORTH TX 76107-6553
TEL. 817-870-4700
FACILITY CODE

18a. PAYMENT WILL BE MADE BY CODE F67100
DFAS LIMESTONE
P.O. BOX 369020
COLUMBUS OH 43236-9020

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

**See Schedule**

26. TOTAL AWARD AMOUNT (For Govt. Use Only)

**$564,968.00**

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REFERENCE OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

31c. DATE SIGNED: 14-Apr-2006

30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)*
KREKE, NANCY / CONTRACTING OFFICER
TEL: 618-256-9963 EMAIL: nancy.kreke@scott.af.mil

5352.242-9000 CONTRACTOR ACCESS TO AIR FORCE INSTALLATIONS (JUN 2002)

(a) The contractor shall obtain base identification and vehicle passes for all contractor personnel who make frequent visits to or perform work on the Air Force installation(s) cited in the contract. Contractor personnel are required to wear or prominently display installation identification badges or contractor-furnished, contractor identification badges while visiting or performing work on the installation.

(b) The contractor shall submit a written request on company letterhead to the contracting officer listing the following: contract number, location of work site, start and stop dates, and names of employees and subcontractor employees needing access to the base. The letter will also specify the individual(s) authorized to sign for a request for base identification credentials or vehicle passes. The contracting officer will endorse the request and forward it to the issuing base pass and registration office or security police for processing. When reporting to the registration office, the authorized contractor individual(s) should provide a valid driver's license, current vehicle registration, valid vehicle insurance certificate, and Scott AFB Form 21 to obtain a vehicle pass.

(c) During performance of the contract, the contractor shall be responsible for obtaining required identification for newly assigned personnel and for prompt return of credentials and vehicle passes for any employee who no longer requires access to the work site.

(d) When work under this contract requires unescorted entry to controlled or restricted areas, the contractor shall comply with AFI 31-101, Volume 1, The Air Force Installation Security Program, and AFI 31-501, Personnel Security Program Management, as applicable.

(e) Upon completion or termination of the contract or expiration of the identification passes, the prime contractor shall ensure that all base identification passes issued to employees and subcontractor employees are returned to the issuing office.

(f) Failure to comply with these requirements may result in withholding of final payment.

## CONTRACT ADMINISTRATION

A. The Government Point of Contact:

HQ AMC/A7KQB
Jennifer Gasparich – Contract Specialist
618-256-9940
jennifer.gasparich@scott.af.mil

HQ AMC/A7KQB
Nancy Kreke – Contracting Officer
618-256-9963
nancy.kreke@scott.af.mil

B. The Quality Assurance Personnel (QAP) for purposes of performing technical, administration, inspection and acceptance of services provided under this contract is:

HQ AMC/A6IE
Jo A. Brown-Leiker
Ph - 618-229-5482
Fax –618-229-6131
Jo.brown-leiker@scott.af.mil

Alternate QAP

HQ/AMC/A6II
D. Kris Wise
Ph – 618-229-5491
Fax – 618-229-6131
Donna.wise@scott.af.mil

**WIDE AREA WORKFLOW – RECEIPT AND ACCEPTANCE (WAWF-RA)**
**ELECTRONIC RECEIVING REPORT AND INVOICING INSTRUCTIONS**

**IN ACCORDANCE WITH DFARS 232.7002, USE OF ELECTRONIC PAYMENT REQUESTS IS MANDATORY. USE OF WAWF WILL SPEED UP YOUR PAYMENT PROCESSING TIME AND ALLOW YOU TO MONITOR YOUR PAYMENT STATUS ONLINE. THERE ARE NO CHARGES OR FEES TO USE WAWF.**

Requests for payments must be submitted electronically via the Internet through the Wide Area WorkFlow – Receipt and Acceptance (WAWF-RA) system at https://wawf.eb.mil.

Questions concerning payment should be directed to the Defense Finance Accounting Services (DFAS) Dayton/Omaha at (800) 330-8168 or faxed to (866) 244-2894. Please have your order number and invoice number ready when contacting DFAS about payment status. You can also access payment information using the DFAS Vendor Pay Inquiry System (VPIS) web site at http://www.dod.mil/dfas/money/vendor.

**THE FOLLOWING CODES WILL BE REQUIRED TO ROUTE YOUR RECEIVING REPORTS, INVOICES AND ADDITIONAL E-MAILS CORRECTLY THROUGH WAWF.**

| | |
|---|---|
| **CONTRACT NUMBER:** | **FA4452-06-C-0003** |
| **DELIVERY ORDER NUMBER:** | |
| **TYPE OF DOCUMENT:** | **Invoicing and Receiving Report Combo** |
| **CAGE CODE:** | **INBY0** |
| **ISSUE BY DODAAC:** | **FA4452** |
| **ADMIN DODAAC:** | **FA4452** |
| **INSPECT BY DODAAC:** | **F3SF55** |
| **SERVICE ACCEPTOR / SHIP TO:** | **F3SF55** |
| **LOCAL PROCESSING OFFICE:** | |
| **PAY OFFICE DODAAC:** | **F03000** |

**SEND MORE E-MAIL NOTIFICATIONS:**

| | |
|---|---|
| **CONTRACT ADMINISTRATOR:** | jennifer.gasparich@scott.af.mil |
| **CONTRACTING OFFICER:** | nancy.kreke@scott.af.mil |
| **ADDITIONAL NOTIFICATION:** | Jo.brown-leiker@scott.af.mil |
| **ADDITIONAL NOTIFICATION:** | Donna.wise@scott.af.mil |
| **ADDITIONAL NOTIFICATION:** | |

BPN ver 01.04.2006

PERFORMANCE WORK STATEMENT

Performance Work Statement
Air Mobility Command Directorate of Communications and Information
Air Traffic Management System Engineering Support
March 22, 2006

**1.0 DESCRIPTION OF SERVICES**

1.1 This Performance Work Statement (PWS) identifies and defines the tasks required to provide on-site support to the Directorate of Communications and Information's Air Traffic Management Systems Office (AMC/A67). The Contractor shall provide specific expertise in the civil aviation domain to provide functional, technical liaison, and analytical support, e.g., aeronautical system engineering, network design, architectural, technical, and analytical services, for the integration and interoperability of Air Mobility Command's (AMC) Command and Control (C2) systems with the Federal Aviation Administration's (FAA) National Airspace System (NAS) and those of other Civil Aviation Authorities (CAA). The expertise provided shall include experience and background in the operations, analysis, enterprise and systems engineering, and aviation systems integration from the civil aviation domain. To accomplish this, AMC/A67 is acquiring contractor support, to include at least one key personnel with FAA Part 139 certification and experience with the FAA's ATM systems, as well as the technical resources available to provide a high level of service.

1.2 The primary focus is to provide technical guidance and recommendations to AMC to either minimize the impact of, or exploit, the new capabilities of worldwide ATM modernization in support of AMC's objective to create effective and seamless interactions with Department of Defense (DOD), Department of Transportation (DOT), FAA, and CAA agencies and their systems. In conducting these assessments, the Contractor shall analyze specific AMC systems and procedures, which directly link to FAA, DOD, DOT, and other CAA systems. The need for integration and interoperability among the DOD, FAA, and CAA is key to achieving AMC's mission objectives and solving the anticipated aviation challenges projected for homeland security and other operations.

1.3 In the performance of this contract, the Contractor is expected to assist AMC with orchestrating coordination, particularly with organizations and agencies external to AMC and DOD, which are involved with civil-military ATM activities. The Contractor shall conduct technical analyses, as required, to assess FAA/CAA systems, processes, protocols, and procedures and shall provide AMC with recommendations on how best to interface with these systems to meet AMC mission requirements. The Contractor shall review and maintain awareness of relevant documents that support activity areas involved in global ATM modernization.

1.4 Keeping pace with modernized ATM efforts will require the development/ establishment of prototype processes/procedures, a Program Plan, and System(s) Specification(s). Implementation will facilitate aircraft/crew dynamic re-tasking, lower aircraft crew cycle-time, reduction of fuel burned, more cargo throughput, and higher velocity, for both staged and "keeper" missions. Given the current world situation we can anticipate greater challenges and lower tolerance for ineffective/inefficient aviation security/traffic management system/procedures.

**1.5 SPECIFIC SUPPORT SERVICES**

**1.5.1 Task 1 – System Engineering**

The Contractor shall support the AMC ATM systems modernization efforts to define and engineer systems, processes, protocols, and procedures that are compatible with the applicable interfacing civil aviation ATM systems, to include the development, documentation and maintenance of the corresponding operational, systems and technical architectures, as required. The Contractor shall participate in the development of prototype solutions as part of this task.

The Contractor shall provide system integration support for specific projects/subtasks identified by AMC/A67. The Contractor shall design, organize, develop, participate in, and/or lead project working-groups and recommend courses of action in support of AMC objectives. The Contractor shall identify and track project milestones in concert with, and approved by, AMC/A67. These will be briefed at regularly scheduled technical and management progress meetings.

The Contractor shall identify/review and validate system requirements to support synchronization and adaptation/integration/interoperability of the AMC flight planning system with FAA and other CAA systems, in coordination with appropriate AMC staff directorates and Air Force Flight Standards Agency (AFFSA.)

The Contractor shall establish system/software testing/protocols and procedures/ interfaces with the following, but not limited to: FAA William J. Hughes Technical Center (WJHTC), other CAAs, EuroControl, DOT's Volpe Center, across AMC domains, and DOD domains, as required.

The Contractor shall provide subject matter expertise on the NAS Management Design documents and related system documents as required.

Deliverables for this task may include, but are not limited to, technical reports, white papers, briefings, and trip reports.

### 1.5.2 Task 2 – Review/Analyze/Link/Develop Architectures

The Contractor shall analyze internally/externally-developed architectures and work with the appropriate government-designated architecture product stewards to ensure the potential civil aviation domain implications to the Mobility Air Force (MAF) are accurately defined/described in the applicable architecture products.

The Contractor shall assist in linking developed architecture products to other FAA/CAA/DOT architectures where required.

The contractor shall assist in the development of architectural products. The contractor shall participate in architectural working groups, integrated product teams, or other groups as required.

Deliverables for this task may include, but are not limited to, architectural products, technical reports, white papers, briefings, and trip reports

### 1.5.3 Task 3 – Task Management

The Contractor shall develop, document and maintain a task management plan describing the technical approach, the organizational resources, the management controls and a risk assessment/management strategy to be employed to meet the cost, performance and schedule requirements throughout performance of this contract. The task management plan shall include all of the items identified and defined in the following sub-paragraphs.

The Contractor shall develop a project-tracking plan at the task and subtask levels. The plan shall be updated as required and included in the monthly status report. The Contractor shall work with project managers to identify milestones, which may impact the project plan. The Contractor shall provide a task management plan, task and subtask level, cost report depicting funds status (projected vs. actual) and percent project completion. The Contractor shall advise the Government when funds require reprogramming to ensure optimal use of available funds. Cost reports and percent project completion shall be provided by the 5th working day of the month for the previous month.

The Contractor shall provide a monthly progress status report by the 5th calendar day of the month following the reporting period. This report is to be provided for each PWS task. The report shall include, but is not limited to, the following items: (1) activities during the reporting period, (2) problems and corrective actions taken, (3) activities planned for the coming period, (4) Government actions required and (5) milestone completion report, (6) Resource

Expenditure Summary that includes the Task, Labor Category, Activity worked, Individual's Name, and Hours Expended.

The Contractor shall provide Program Management Reviews (PMRs) to the Government on a quarterly basis. The Contractor shall prepare a PMR PowerPoint presentation based upon Government-provided format and required content Program Management Reviews may be conducted via video teleconferencing at the Government's request.

### 1.5.4 Task 4 – Analysis Support

The Contractor shall provide supporting documentation, technical and financial analysis (including "what-if" scenarios/alternative courses of action) in support of decisions, to include investment, supporting AMC's Air Traffic Management System(s) modernization. The analysis shall include, but not be restricted to, the following elements:

- Assumptions made to bound the problem
- Alternatives proposed to solve the problem
- Life-cycle cost analysis (Net Present Value analysis) for each alternative
- Life-cycle benefit analysis for each alternative to include both quantified (Net Present Value analysis) and un-quantified monetary benefits
- Objective benefit analysis for each alternative
- Sensitivity analysis for each alternative
- Discussion of benefits and recommendations

The final deliverable shall follow Government-provided formats and shall also include worksheets (financial spreadsheets), cost estimates with sources, and all other supporting documentation. The Contractor shall interact with the Government subject matter experts (both functional experts and program managers) in meetings within office settings to gather requirements, background information (such as published requirements statements) and assumptions in order to complete the analysis of alternatives.

Deliverables for this task may include, but are not limited to, technical reports, white papers, briefings, and trip reports.

### 1.6 Deliverables List

All deliverables shall meet professional standards and meet the requirements set forth in the PWS. Unless otherwise specified, documents will be delivered in electronic format using the Microsoft Office suite of applications and loaded in the AMC electronic repository (currently AMCAM). Other deliverables will be loaded into the AMC electronic repository (currently AMCAM) using AMC provided tools (e.g., Rational tools, BPwin, Erwin, and Netviz) and will be updated for currency as required.

| Deliverable Title | Task | PWS Paragraph | Delivery Date |
|---|---|---|---|
| **Technical Reports** | Task 1<br>Task 2<br>Task 4 | 1.5.1<br>1.5.2<br>1.5.4 | As required |
| **Briefings** | Task 1<br>Task 2<br>Task 4 | 1.5.1<br>1.5.2<br>1.5.4 | As required |
| **White Papers** | Task 1<br>Task 2<br>Task 4 | 1.5.1<br>1.5.2<br>1.5.4 | As required |
| **Trip Reports** | Task 1<br>Task 2<br>Task 4 | 1.5.1<br>1.5.2<br>1.5.4 | Reports due by the 3rd work day after the completion of the trip |

| | | | |
|---|---|---|---|
| **Architecture Product Inputs** | Task 2 | 1.5.2 | As required |
| **Task Management Plan,** | Task 3 | 1.5.3 | 15 workdays after project start and updated as major changes occur |
| **Project Tracking Plan** | Task 3 | 1.5.3 | 15 workdays after project start and updated monthly |
| **Program Management Review** | Task 3 | 1.5.3 | Quarterly |
| **Cost Reports** | Task 3 | 1.5.3 | Report due by the 5th working day of the month for the previous month |
| **Analysis Documentation** | Task 4 | 1.5.4 | As required |
| **Monthly Status Report** | All Tasks | All | Monthly Progress Status Report: Reports due by 5th work day of each month for the previous month |

**2.0 SERVICE DELIVERY SUMMARY**

| Performance Objective | PWS Paragraph | Performance Threshold |
|---|---|---|
| **Provide Technical Reports** | 1.5.1<br>1.5.2<br>1.5.4 | No more than one instance of the reports being submitted beyond the required delivery date. |
| **Conduct Briefings** | 1.5.1<br>1.5.2<br>1.5.4 | No more than one instance of the briefing being conducted beyond the required scheduled date. |
| **Provide White Papers** | 1.5.1<br>1.5.2<br>1.5.4 | No more than one instance of the required information being submitted beyond the required delivery date. |
| **Architecture Product Inputs** | 1.5.2 | No more than one instance of a new or updated document being submitted beyond the required delivery date |

**3.0 GOVERNMENT-FURNISHED PROPERTY AND SERVICES**

**3.1 Government-Furnished Information (GFI) and Equipment (GFE).** The Government will provide the Contractor with access to DOD and Air Force publications, directives, policy letters and standards relevant to this PWS. In addition, within 3 weeks of formal requests, the Government will make every effort to arrange meetings, working groups, visits and interviews with all applicable organizations and personnel to facilitate performance of this task. The Government will provide up to two workspaces at a government facility for the on-site support, to include the following: standard workstation office equipment (office work area, telephone, computer, software, base network access, etc.); E-mail accounts on the AMC Office Information System (OIS); telephone service with DSN and commercial access; unescorted access to Buildings 1600 and 1700 on Scott AFB to contractor personnel assigned to this task order (as required).

**4.0 GENERAL INFORMATION**

**4.1 Contract Employees** The Contractor shall provide highly qualified and motivated individuals who possess the skills, knowledge and training to perform the services required by this contract. The personnel shall be capable of working independently and with a demonstrated working knowledge of civil aviation ATM systems. All services and products provided in response to the requirements identified in this Performance Work Statement shall comply with Section 508 of the Rehabilitation Act of 1973 (1.39 U.S.C. 794d,) and the Architectural and Transportation Barriers Compliance Board Electronic and Information Technology (EIT) Accessibility Standards (36 CFR part 1194.)

**4.2 Period of Performance** This requirement includes a base period and four additional one-year option periods, if exercised. The base year period shall start upon contract award and continue through one year (365 calendar days).

**4.3 Hours of Work** Contractor personnel are expected to conform to AMC/A67 normal operating hours (08:00L - 17:00L). Work shall generally consist of a 40-hour workweek, Monday through Friday, excluding Federal Holidays. The Contractor personnel shall observe all Federal Holidays. The Contractor shall ensure continuity of operations during periods of personnel turnover and long-term absences. Long-term absences are considered those longer than two weeks duration.

**4.4 Personnel Retention** The contractor shall retain quality personnel. The contractor shall notify the Government of any key personnel replacements as soon as possible before effective date of move.

**4.5 Travel and Other Direct Costs** Travel and Other Direct Costs (ODCs) will be cost-reimbursable contract line items to the Contractor. The Contracting Officer (CO) and the QAP must approve and validate the anticipated travel and ODC costs prior to the Contractor incurring these costs.

4.5.1 Travel Cost. Contractor personnel may be required to travel outside the commuting vicinity of their duty locations. The Contractor shall submit a travel itinerary and estimated cost for approval by the CO and QAP. Estimated amounts in the contract shall not be exceeded unless authorized by the CO. Any travel required in support of PWS tasks shall be billed in accordance with the Joint Travel Regulations (JTR) on a cost-reimbursable basis. Travel may be required, but not limited to two trips to Europe, one trip to PACAF, five trips to NJ and five trips DC. The Airfare shall be the prevailing rates for commercial airlines at tourist class. When required, the most reasonable means of ground transportation (i.e., taxi, bus, car rental, Metro) shall also be used. The Government shall not reimburse local travel and related expenses to the Contractor for daily travel to or from work at Scott AFB nor to meetings off-site within the local commuting area.

4.5.2 Other Direct Costs. The CO and the QAP must approve and validate the anticipated ODC costs prior to the Contractor incurring these costs. Contractor personnel may be required to incur costs in the preparation of briefings, presentations (e.g., Kinkos) and expediting delivery of the same via courier (e.g., FedEx).

**4.6 Security** The Contractor shall acquire all necessary Scott Air Force Base passes for Contractor personnel. The Contractor shall provide employee identification badges. The Government will provide security badges. The personnel filling these positions must possess a Security Clearance granted by the DOD and their parent Contractor facility should also have the appropriate Facility Clearance in accordance with DOD National Industrial Security Program (NISPOM) 5220.22R prior to performing work on any classified Government systems or products. The security clearance level for this acquisition is **SECRET**. Personnel requiring security clearances must possess the clearance prior to the contract start date. The Contractor shall comply with all appropriate provisions of applicable security regulations. Specific security requirements are identified in the DD Form 254, Department of Defense Contract Security Classification Specification. All classified documents shall be received, shipped and stored according to the *DD254* provided for this PWS. Required security training on local procedures and policies will be provided by the QAP and shall be completed satisfactorily by Contractor personnel before they can perform their tasks.

The Contractor shall not provide architecture products outside A67E. Any requests to obtain architectures must be channeled through the Government to determine releasability.

4.6.1 Identification of Non-Disclosure Requirements. Due to the sensitive nature of the data and information being worked with on a daily basis, completion of non-disclosure statements will be required by contractor personnel to ensure information that is considered sensitive or proprietary is not compromised.

**4.7 Physical Security** The Contractor shall safeguard all Government-owned equipment and materials in the Contractor's possession or used in the day-to-day performance of the Contract. The Government will not be held accountable/responsible for any Contractor items that may have been lost or stolen. Responsibility for the Contractor's compliance with internal security at the site shall be assigned to the Contractor. All Contractor

personnel shall be briefed on site security operating procedures prior to, or upon commencement of, contract award and shall be debriefed upon termination. The Contractor shall be responsible for all continuing security training of their personnel.

**4.7.1 Identification Badges** The Contractor is required to provide identification badges for their employees. All Contractor personnel shall wear these badges while on duty on the Government site. Badges are required to identify the individual, company name, and be clearly and distinctly marked as Contractor. Size, color, style, etc. are to be mutually agreed to by Contractor and the QAP.

**4.8 Quality Control Plan** The Contractor shall establish, execute and maintain a comprehensive quality system. Contractor shall document the quality system in a quality control plan and shall submit the plan as a part of their proposal IAW the Request for Proposal. The Government has the right to require revisions of the Quality Control Plan should the incorporated plan fail to control the quality of the services provided at any time during the contract performance. The plan shall include, but is not limited to the following:

- A description of the inspection system covering all services listed
- It shall specify the frequency of the inspections
- The title of the individual(s) who shall perform the inspection and their organizational placement
- A description of the methods for identifying, correcting and preventing defects in the quality of service performed before the level becomes unacceptable
- On-site records of all inspections conducted by the Contractor. The inspection record's format shall include –
    - Date, time and location of the inspection
    - A signature block for the person who performed the inspection
    - Rating of acceptable or unacceptable
    - Area designated for deficiencies noted and corrective action taken
    - Total number of inspections

**4.9 Privacy Act** Work on this project may require personnel to have access to Privacy Information. Personnel shall adhere to the Privacy Act, Title 5 of the U.S. Code, Section 552a and applicable agency rules and regulations.

**4.10 Contractor-Furnished Items and Services** Except for those items specifically stated in paragraph 3.1 as Government-furnished, the Contractor shall furnish everything needed to perform this contract.

**4.11 Kickoff Meeting** The Contractor shall initiate work on this contract by meeting with AMC/A67 representatives to ensure a common understanding of the requirements, expectations, and ultimate end products. The Contractor shall discuss the overall understanding of the project and review the background information and materials provided by the Government. Discussions will also include the scope of work, deliverables to be produced, how the efforts will be organized and project conducted; assumptions made/expected and results. A concerted effort shall be made to gain a thorough understanding of the Government's expectations. However, nothing discussed in this or in any subsequent meetings or discussions between the Government and the Contractor shall be construed as adding, deleting, or modifying any task order requirements, including deliverable specifications and due dates.